BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Acis Capital Management, L.P.<br><br>DEBTOR | [3] Motion for leave Emergency Motion to Abrogate or Modify 11 U.S.C. § 303(f), Prohibit Transfer of Assets, and Impose, inter alia, 11 U.S.C § 363 Filed by Petitioning Creditor Joshua Terry, [9] Emergency Motion to set hearing (related documents 8 Motion to dismiss case (Joint Motion Seeking Emergency Hearing on: Joint Motion of Acis Capital Management, L.P. and Acis Capital Management GP, LLC to Dismiss Involuntary Petitions and Request for Award of Fees, Costs, and Damages) Filed by Alleged Debtor Acis Capital Management, L.P. | Case # 18−30264−sgj7 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Petitioning Creditor Joshua Terry<br><br>**PLAINTIFF / MOVANT** | VS | Alleged Debtor Acis Capital Management, L.P.<br><br>**DEFENDANT / RESPONDENT** |
| R. Patel/B. Shaw<br><br>**ATTORNEY** | | G. Cruciani/M. Fritz/M. Warner<br><br>**ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| Terry Exhibits: A–Y | Alleged Debtor Exhibits: 1–7, 9–18, 20–37, 39, 40 (admitted under limited basis stated on the record), and 41–53 |
| (see enclosed exhibit list) | (see enclosed exhibit list) |
| | Demonstrative of Alleged Debtor: tabbed invoices from Exhibit 40 |

| | | |
|---|---|---|
| Nicole Whittington<br>REPORTED BY | 2/6/2017–2/7/2017<br>HEARING DATE | Stacey G. Jernigan<br>JUDGE PRESIDING |