Rakhee V. Patel – SBT #00797213
Annmarie Chiarello – SBT #24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
Email: rpatel@winstead.com
Email: achiarello@winstead.com

Brian P. Shaw
State Bar No. – 24053473
shaw@clousedunn.com
**CLOUSE DUNN LLP**
1201 Elm Street, Suite 5200
Dallas, Texas 75270-2142
Telephone:  (214) 220-3888
Facsimile:   (214) 220-3833

**ATTORNEYS FOR JOSHUA N. TERRY,
PETITIONING CREDITOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 18-30264-SGJ7 |
| § | | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | | Chapter 7 |
| § | | |
| DEBTOR. § | | |
| § | | |

_____

| | | |
|---|---|---|
| IN RE: § | | Case No. 18-30265-SGJ7 |
| § | | |
| **ACIS CAPITAL MANAGEMENT GP,** § | | Chapter 7 |
| **LLC** § | | |
| § | | |
| DEBTOR. § | | |

## WITNESS LIST FOR TRIAL

Joshua N. Terry ("Mr. Terry") files this Witness List in connection with the March 20, 2018 Trial (the "Trial") on *(I) the Involuntary Petitions; and (II) Joint Motion of Acis Capital Management, L.P. and Acis Capital Management GP, LLC to Dismiss Involuntary Petitions and*

*Request for Award of Fees, Costs, and Damages*[1] and designates the following witnesses and exhibits:

## WITNESSES

1. Joshua N. Terry;

2. James Dondero;

3. Isaac Leventon;

4. Scott Ellington;

5. Frank Waterhouse;

6. Amy G Margolis for Stanton Advisors via Deposition by Written Question;

7. Terry Reeves for Elite Document Technology via Deposition by Written Question;

8. Tami Marter for Global Deposition Services (CSI) via Deposition by Written Question;

9. Greg Waller for Andrews Kurth Kenyon, LLP via Deposition by Written Question;

10. Lisa S. Tsai for Reid, Collins & Tsai, LLP via Deposition by Written Question;

11. Margaret E. Shockley for TASA Group via Deposition by Written Question;

12. James Stanton of Stanton Advisors via Deposition by Written Question;

13. Jeffery Hickman of CT Corporation via Deposition by Written Question;

14. Emely Nebria of JAMS, Inc. via Deposition by Written Question;

15. Any witness designated or called by any other party; and

16. Any impeachment or rebuttal witnesses.

Mr. Terry reserves the right to amend or supplement this Witness List at any time prior to Trial and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. Mr.

---

[1] Pursuant to the *Agreed Scheduling Order Regarding Discovery and Hearing on: (I) Joint Motion of Acis Capital Management, L.P. and Acis Capital Management GP, L.L.C. to Dismiss Involuntary Petitions and Request for Award of Fees, Costs, and Damages and (II) Involuntary Petitions* [Case No. 18-30264, Docket No. 33 & Case No. 18-30265, Docket No. 31] (the "Agreed Scheduling Order"), Section 303(i) issues are bifurcated. Therefore, Mr. Terry does not address those issues based on the order and agreement of the parties.

**JOSHUA N. TERRY'S WITNESS LIST**                                                                                            **Page 2 of 4**

Terry further reserves the right to provide any documents amended or supplemented in this Witness List to opposing counsel and to this Court as they become available.

**DATED: March 17, 2018.**

                Respectfully submitted,

                **WINSTEAD PC**
                500 Winstead Building
                2728 N. Harwood Street
                Dallas, Texas  75201
                (214) 745-5400 (Phone)
                (214) 745-5390 (Facsimile)
                e-mail:  rpatel@winstead.com
                e-mail:  achiarello@winstead.com

                By:   */s/ Rakhee V. Patel*
                Rakhee V. Patel – SBT # 00797213
                Annmarie Chiarello – SBT # 24097496

                **ATTORNEYS FOR JOSHUA N. TERRY, PETITIONING CREDITOR**

                -and-

                Brian P. Shaw
                State Bar No.  24053473
                shaw@clousedunn.com
                **CLOUSE DUNN LLP**
                1201 Elm Street, Suite 5200
                Dallas, Texas 75270-2142
                Telephone:  (214) 220-3888
                Facsimile:   (214) 220-3833

                **ATTORNEYS FOR JOSHUA N.TERRY, PETITIONING CREDITOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2018, a true and correct copy of the foregoing Witness List will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Annmarie Chiarello*
One of Counsel

4844-4044-1183v.3
61588-3 3/17/2018