```
                                                          Page 1
 1
                     REPORTER'S RECORD
 2
                       VOLUME ___ OF ___
 3
             TRIAL COURT CAUSE NO. DC-17-15244-B
 4
 5   JOSHUA N. TERRY,               ) IN   THE   DISTRICT COURT
                 Plaintiff,         )
 6                                  )
     VS.                            )
 7                                  ) OF DALLAS COUNTY, TEXAS
     ACIS CAPITAL MANAGEMENT, L.P. )
 8   and ACIS CAPITAL MANAGEMENT    )
     GP, LLC,                       )
 9               Defendants.        ) 44TH JUDICIAL DISTRICT
10
11
12
13              PLAINTIFF'S APPLICATION FOR
14              TEMPORARY RESTRAINING ORDER
15                    which was heard on
16                Wednesday, January 24, 2018
17
18
19        On the 24th day of January 2018, the following
20   proceedings came on to be heard in the above-entitled
21   and numbered cause before the Honorable Bonnie Lee
22   Goldstein, Judge Presiding, held in Dallas, Dallas
23   County, Texas.
24        Proceedings reported by machine shorthand
25   utilizing computer-assisted realtime transcription.
```

David W. Langford, CSR  Hon. Bonnie L. Goldstein
(214) 653-7395  Judge, 44th District Court

Exhibit C
Page 1 of 7

Page 2

```
 1
 2   APPEARANCES:
 3
 4
 5   MR. BRIAN P. SHAW                    ATTORNEYS FOR PLAINTIFF
     Texas State Bar No. 24053473
 6   Email:  Shaw@ClouseDunn.com
     CLOUSE DUNN, LLP
 7   1201 Elm Street, Suite 5200
     Dallas, Texas  75270-2142
 8   Telephone:  (214) 220-3888
     Facsimile:  (214) 220-3833
 9
10
11
12
13   MR. GARY CRUCIANI                    ATTORNEYS FOR DEFENDANTS
     Texas State Bar No. 5177300          Acis Capital Management,
14   GCruciani@McKoolSmith.com            L.P. and Acis Capital
     MR. MICHAEL P. FRITZ                 Management GP, LLC
15   Texas State Bar No. 24036599
     Email:  MFritz@McKoolSmith.com
16   McKOOL SMITH, P.C.
     300 Crescent Court, Suite 1500
17   Dallas, Texas  75201
     Telephone:  (214) 978-4000
18   Facsimile:  (214) 978-4044
19
20
21
22                  *         *         *
23
24
25
```

David W. Langford, CSR                                  Hon. Bonnie L. Goldstein
(214) 653-7395                                          Judge, 44th District Court

Exhibit C
Page 2 of 7

Page 3

```
 1
 2
 3
 4
 5                       INDEX TO THE
 6
 7              PLAINTIFF'S APPLICATION FOR
 8              TEMPORARY RESTRAINING ORDER
 9                     which was heard on
10                Wednesday, January 24, 2018
11
12   PROCEEDINGS                                   Page  Vol
13   Appearances stated on the record.............    4
14   Motion presented by Mr. Brian Shaw...........    5
15   Response by Mr. Gary Cruciani................   12
16   Response by Mr. Brian Shaw...................   30
17   Discussion with the Court....................   33
18   Recitation of agreement on the record........   42
19   Further proceedings on the record............   44
20   Court Reporter's Certificate.................   46
21
22
23
24
25
```

Page 26

```
 1                Acis, and the beneficial owners--those
 2   three folks--get the servicing fees.  Okay.  But
 3   because it has no employees, all of the services
 4   necessary are being provided by a Highland entity,
 5   what I mentioned earlier.  Okay.  So Highland provides
 6   all of the back office support--again, legal,
 7   accounting, administrative and the like.  So that's
 8   the structure.
 9                I'm not sure if I answered the Court's
10   question, but that's the structure.
11                THE COURT:  You did.  Then perhaps
12   explain to me -- perhaps you can give me better
13   language, because I believe their judgment should be
14   protected.  My rulings have not been appealed yet,
15   which would require a supersedeas.
16                How would you propose that I modify this
17   TRO so that we can protect whatever assets that Acis
18   has so that I don't stop the normal course of the
19   business?  What suggestion would you make?
20                MR. CRUCIANI:  Sure.  Number one, in
21   terms of the judgment being protected, they are
22   entitled to protection from some, you know, from some
23   fraudulent transfer that would avoid the judgment.
24                There is nothing to suggest that you
25   can't, in the ordinary course of your business, do a
```

David W. Langford, CSR  
(214) 653-7395  

Hon. Bonnie L. Goldstein  
Judge, 44th District Court

Exhibit C  
Page 4 of 7

Page 27

1  refinance. Your Honor, it would be like if you owned
2  a house, and I had a judgment against you for a car
3  wreck, that somehow I could enjoin you from refinancing
4  your house.
5              THE COURT: Well, no, I understand that.
6  That's not my question. My question is -- I understand
7  what -- I'm trying to minimize the impact on your
8  ability to get your investors and to keep this all
9  going, from their ability --
10             Because, again, I don't have anything in
11 place while the rest of this is being fought, if it
12 goes to the Court of Appeals in some fashion. And I
13 understand that Highland is involved with Mr. Terry
14 in Judge Moore's court.
15             I'm not trying to shut down the business.
16 I'm trying to protect what they are asking me to
17 protect. And I'm asking for solutions because, as it
18 sits, without more, it is unreasonable for 14 days.
19             I don't want to shut down your ability to
20 get investors because that's in nobody's best interest.
21 If you want to get 30 days to terminate the contract,
22 I don't think I can stop you from doing that if that's
23 that contractual right, necessarily.
24             I can say, though, that those moneys that
25 are going for those servicing fees need to be put

Page 31

```
 1  happening.
 2              So it is not like we haven't tried.
 3              THE COURT:  Right.  But he hasn't heard
 4  my side of it, what my thoughts are.
 5              MR. SHAW:  Sure.
 6              THE COURT:  So this may be helpful to him
 7  to be able to relate to his client, the judge is going
 8  to do something.  And I'm trying to minimize the impact
 9  to ongoing business relationships while reserving the
10  assets for you with regard to your ability to collect.
11              I am not going backwards right now.  I'm
12  going from today forward.  And I just -- I don't know
13  how these contracts work.
14              MR. SHAW:  And that's what I think is
15  important.  I think you really honed in on the issue,
16  which is Acis.  This is about Acis.  Right.  This is
17  not about Highland.  This is not about any other
18  affiliate.
19              And you listen to what Mr. Cruciani says,
20  you are going to be -- it is going to be devastating
21  for Acis.  It is going to be devastating for Acis
22  somehow to transfer $30 million of assets out with
23  no consideration?  That's devastating for Acis
24  if you don't enjoy them from transferring.
25              So this whole idea, these hedge fund
```

Page 46

```
 1   STATE  OF  TEXAS     )
 2   COUNTY OF DALLAS     )
 3            I, David W. Langford, Official Court Reporter
 4   in and for the 44th District Court of Dallas County,
 5   State of Texas, do hereby certify that the above and
 6   foregoing contains a true and correct transcription
 7   of all portions of evidence and other proceedings
 8   requested orally by counsel for the parties to be
 9   included in this volume of the Reporter's Record in
10   the above-styled and numbered cause, all of which
11   occurred in open court and were reported by me.
12            I further certify that this Reporter's Record
13   of the proceedings truly and correctly reflects the
14   exhibits, if any, offered by the respective parties.
15            I further certify that the total cost for the
16   preparation of this Reporter's Record is $575.00  and
17   was paid by the attorney for the Defendants.
18            WITNESS MY OFFICIAL HAND on this the 24th day
19   of January 2018.
20
                       ____/s/__David W. Langford_____
21                     David W. Langford, Texas CSR #1442
                       Certificate Expires:  12-31-2019
22                     E-mail:  dwlangford@dallascounty.org
                       Official Reporter, 44th District
23                     Court of Dallas County, Texas
                       George Allen Sr. Courts Building
24                     600 Commerce Street, Suite 520-C
                       Dallas, Texas  75202-4631
25                     Telephone:  (214) 653-7395
```