BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Acis Capital Management, L.P. | Trial re Involuntary Petition and Joint Motion to Dismiss | Case # 18−30264−sgj7 |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Joshua Terry | VS | ACIS Capital Management |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | | |
|---|---|---|
| Rakhee Patel | | Michael Warner |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

Joint exhibits 1–7; 9–18; 20–37; 39–53; 59; 61–67; 73, 74; 82–94; 100–125; 129–136; 138–173; 175–180; 182–184; 187–197 admitted.
Demonstrative exhibits 1–18 discussed, not admitted.

| | | |
|---|---|---|
| C. Ecker | 3/21/2018; 3/22/2018, 3/23/2018; 3/27/2018; 3/29/2018 | Stacey G. Jernigan |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |