**Fill in this information to identify the case:**

Debtor name: Acis Capital Management, L.P.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 18-30264

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. NexBank SSB | Checking | 2134 | $634,373.99 |
| 3.2. Texas Capital Bank | Checking | 6890 | $0.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.          $634,373.99
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. Accounts receivable

| Debtor | Acis Capital Management, L.P. | Case number (If known) | 18-30264 |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 3,412,995.18 | - | 0.00 | =.... | $3,412,995.18 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 231,888.91 | - | 0.00 | =.... | $231,888.91 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**  $3,644,884.09
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Debtor  **Acis Capital Management, L.P.**                                    Case number (If known) **18-30264**
        Name

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Acis Capital Management, L.P.**  Case number *(If known)* **18-30264**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $634,373.99 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $3,644,884.09 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*..........................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,279,258.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,279,258.08 |

**Fill in this information to identify the case:**

Debtor name: **Acis Capital Management, L.P.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **18-30264**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: Acis Capital Management, L.P.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 18-30264

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Andrews Kurth Kenyon LLP**<br>600 Travis<br>Suite 4200<br>Houston, TX 77002<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $211,088.13 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Case Anywhere LLC**<br>21860 Burbank Boulevard<br>Suite 125<br>Woodland Hills, CA 91367<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $417.20 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**CSI Global Deposition Services**<br>4950 N. O'Connor Road<br>Suite 152<br>Irving, TX 75062-2778<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $38,452.56 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**CT Corporation**<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $517.12 |

| Debtor | Acis Capital Management, L.P. | Case number (if known) | 18-30264 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>David Langford<br>1321 Indian Creek<br>DeSoto, TX 75115<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $550.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>David Simek<br>31 Woodacres Road<br>Brookville, NY 11545<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,233.19 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Drexel Limited<br>309 23rd Street<br>#340<br>Miami Beach, FL 33139<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $6,359.96 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Elite Document Technology<br>400 N. Saint Paul Street<br>Suite 1300<br>Dallas, TX 75201<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $199.72 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Highfield Equities, Inc.<br>3131 McKinney Avenue<br>Suite 215<br>Dallas, TX 75204<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,510.04 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,770,731.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>JAMS, Inc.<br>18881 Von Karman Avenue<br>Suite 350<br>Irvine, CA 92612<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,352.27 |

| Debtor | Acis Capital Management, L.P. | Case number (if known) | 18-30264 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX 75201<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $368.75 |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>Joshua Terry<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,949,749.15 |
| 3.14 | Nonpriority creditor's name and mailing address<br>KPMG LLP (USA)<br>Two Financial Center<br>60 South Street<br>Boston, MA 02111<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $34,000.00 |
| 3.15 | Nonpriority creditor's name and mailing address<br>Lackey Hershman LLP<br>3102 Oak Lawn Avenue<br>Suite 777<br>Dallas, TX 75219<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $236,977.54 |
| 3.16 | Nonpriority creditor's name and mailing address<br>McKool Smith, P.C.<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $70,082.18 |
| 3.17 | Nonpriority creditor's name and mailing address<br>Reid Collins & Tsai, LLP<br>1301 S. Capital of Texas Highway<br>Building C, Suite 300<br>Austin, TX 78746<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $17,383.75 |
| 3.18 | Nonpriority creditor's name and mailing address<br>Stanton Advisors LLC<br>300 Coles Street<br>Apartment 802<br>Jersey City, NJ 07310<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |

| Debtor | Acis Capital Management, L.P. | Case number (if known) | 18-30264 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address<br>**Stanton Law Firm**<br>**9400 North Cnetral Expressway**<br>**Suite 1304**<br>**Dallas, TX 75231**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $88,133.99 |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address<br>**The TASA Group, Inc.**<br>**1166 DeKalb Pike**<br>**Blue Bell, PA 19422-1853**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14,530.54 |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,454,637.09 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,454,637.09 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Acis Capital Management, L.P. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-30264 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Governing Document | |
| | State the term remaining | | Acis CLO 2013-1 Chemical Holdings, LLC |
| | List the contract number of any government contract | | 1209 Orange Street<br>Wilmington, DE 19801 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Investment Management Agreement | |
| | State the term remaining | | Acis CLO 2013-1 Ltd.<br>c/o Appleby Trust |
| | List the contract number of any government contract | | Clifton House 75 Fort St., P.O. Box 1350<br>Grand Cayman, Cayman Islands KY1-1108 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Governing Document | |
| | State the term remaining | | Acis CLO 2013-1, Ltd.<br>c/o Appleby Trust |
| | List the contract number of any government contract | | Clifton House 75 Fort St., P.O. Box 1350<br>Grand Cayman, Cayman Islands KY1-1108 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Collateral Administration Agreement | |
| | State the term remaining | | Acis CLO 2013-2 Ltd.<br>c/o Maples FS Limited |
| | List the contract number of any government contract | | P,O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Islands KY1-1102 |

| Debtor 1 | Acis Capital Management, L.P. | | Case number (if known) 18-30264 |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2013-2 Ltd. |
| | List the contract number of any government contract | | c/o Maples FS Limited P.O. Box 1093, Boundary Hall, Cricket Sq Grand Cayman, Cayman Islands LY1-1102 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Document** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2014-3 Chemical Holdings, LLC |
| | List the contract number of any government contract | | 1209 Orange Street Wilmington, DE 19801 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Collateral Administration Agreement** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2014-3 Ltd. |
| | List the contract number of any government contract | | c/o Maple FS Limited P.O. Box 1093, Boundary Hall, Cricket Sq Grand Cayman, Cayman Islands KY1-1102 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2014-3 Ltd. |
| | List the contract number of any government contract | | c/o Maple FS Limited P.O. Box 1093, Boundary Hall, Cricket Sq Grand Cayman, Cayman Islands KY1-1102 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Document** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2014-3 Ltd. |
| | List the contract number of any government contract | | c/o Maple FS Limited P.O. Box 1093, Boundary Hall, Cricket Sq Grand Cayman, Cayman Islands KY1-1102 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Document** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2014-4 Chemical Holdings, LLC |
| | List the contract number of any | | 1209 Orange Street Wilmington, DE 19801 |

| Debtor 1 | Acis Capital Management, L.P. | | Case number (if known) | 18-30264 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Collateral Administration Agreement**<br><br>Acis CLO 2014-4 Ltd.<br>c/o Maple FS Limited<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Islands KY1-1102 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Investment Management Agreement**<br><br>Acis CLO 2014-4 Ltd.<br>c/o Maple FS Limited<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Islands KY1-1102 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Governing Document**<br><br>Acis CLO 2014-4 Ltd.<br>c/o Maple FS Limited<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Island KY1-1102 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Governing Document**<br><br>Acis CLO 2014-5 Chemical Holdings, LLC<br>1209 Orange Street<br>Wilmington, DE 19801 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Collateral Administration Agreement**<br><br>Acis CLO 2014-5 Ltd.<br>c/o Maple FS Limited<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Islands KY1-1102 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | Acis CLO 2014-5 Ltd.<br>c/o Maple FS Limited<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Islands KY1-1102 |

| Debtor 1 | Acis Capital Management, L.P. | | Case number (if known) 18-30264 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Document** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2014-5 Ltd.<br>c/o Maple FS Limited<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Islands KY1-1102 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Document** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2015-6 Chemical Holdings, LLC<br>1209 Orange Street<br>Wilmington, DE 19801 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2015-6 Ltd.<br>c/o Maple FS Limited<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, Cayman Islands KY1-1102 |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Document** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO 2015-6 Ltd.<br>P.O. Box 1093, Boundary Hall, Cricket Sq<br>Grand Cayman, KY1-1102, Cayman Islands |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | Acis CLO Management, LLC<br>1209 Orange Street<br>Wilmington, DE 19801 |
| | List the contract number of any government contract | | |

| Debtor 1 | Acis Capital Management, L.P. | | Case number (if known) | 18-30264 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-Advisory Agreement** | |
| | State the term remaining | | Acis CLO Management, LLC |
| | List the contract number of any government contract | | 1209 Orange Street |
| | | | Wilmington, DE 19801 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | |
| | State the term remaining | | Acis CLO Value Fund II (Cayman), L.P. |
| | List the contract number of any government contract | | P.O. Box 309, Ugland House |
| | | | Grand Cayman, Cayman Islands KY1-1104 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | |
| | State the term remaining | | Acis CLO Value Fund II GP, LLC |
| | List the contract number of any government contract | | P.O. Box 309, Ugland House |
| | | | Grand Cayman, Cayman Islands KY1-1104 |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | |
| | State the term remaining | | Acis CLO Value Fund II, L.P. |
| | List the contract number of any government contract | | 300 Crescent Court |
| | | | Suite 700 |
| | | | Dallas, TX 75201 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Document** | |
| | State the term remaining | | Acis CLO Value GP, LLC |
| | List the contract number of any government contract | | 1209 Orange Street |
| | | | Wilmington, DE 19801 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Management Agreement** | |
| | State the term remaining | | Acis CLO Value Master Fund II, L.P. |
| | List the contract number of any | | P.O. Box 309, Ugland House |
| | | | Grand Cayman, Cayman Islands KY1-1104 |

| Debtor 1 | Acis Capital Management, L.P. | | Case number (if known) | 18-30264 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

government contract

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Investment Management Agreement**

State the term remaining

List the contract number of any government contract

Acis Funding GP, Ltd.
c/o Maples Corporate Services Limited
P.O. Box 309, Ugland House
Grand Cayman, Cayman Islands KY1-1104

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Investment Management Agreement**

State the term remaining

List the contract number of any government contract

Acis Funding L.P.
c/o Maple Corp. Services Ltd.
P.O. Box 309, Ugland House
Grand Cayman, Cayman Islands KY1-1101

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

Acis Loan Funding, Ltd.
300 Crescent Court
Suite 700
Dallas, TX 75201

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Power of Attorney**

State the term remaining

List the contract number of any government contract

BayVK R2 Lux S.A., SICAV FIS
15 rue de Flaxweiler
L-6776 Grevenmacher

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Investment Management Agreement**

State the term remaining

List the contract number of any government contract

BayVK R2 Lux S.A., SICAV-FIS
15 rue de Flaxweiler
L-6776 Grevenmacher

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

BayVK R2 Lux S.A., SICAV-FIS
15 rue de Flaxweiler
L-6776 Grevenmacher

---

| Debtor 1 | Acis Capital Management, L.P. | | Case number (if known) 18-30264 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Power of Attorney** | |
|---|---|---|---|
| | State the term remaining | | BNP Paribas Securities Services<br>Luxembourg Branch<br>60 Avenue John F. Kennedy<br>1855 Luxembourg |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Fee Waiver** | |
|---|---|---|---|
| | State the term remaining | | CLO Holdco, Ltd.<br>c/o Intertrust Corp. Srvs (Cayman) Ltd.<br>190 Elgin Ave, George Town<br>Grand Cayman, Cayman Islands KY1-9005 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Side Letter** | |
|---|---|---|---|
| | State the term remaining | | Drexel Limited<br>309 23rd Street 340<br>Miami Beach, FL 33139 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | Hewett's Island CLO I-R, Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093, Queensgate House<br>Grand Cayman, Cayman Islands KY1-1102 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Side Letter** | |
|---|---|---|---|
| | State the term remaining | | Highfield Equities, Inc.<br>3131 McKinney Avenue<br>Suite 215<br>Dallas, TX 75201 |
| | List the contract number of any government contract | | |

| Debtor 1 | Acis Capital Management, L.P. | | Case number (if known) | 18-30264 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

**Expense Agreement**

State the term remaining

List the contract number of any government contract

Highland Capital Management, L.P.
1209 Orange Street
Wilmington, DE 19801

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

**Promissory Note**

State the term remaining

List the contract number of any government contract

Highland Capital Management, L.P.
1209 Orange Street
Wilmington, DE 19801

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase and Sale Agreement**

State the term remaining

List the contract number of any government contract

Highland Capital Management, L.P.
1209 Orange Street
Wilmington, DE 19801

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest

**Shared Services Agreement**

State the term remaining

List the contract number of any government contract

Highland Capital Management, L.P.
1209 Orange Street
Wilmington, DE 19801

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

**Sub-Advisory Agreement**

State the term remaining

List the contract number of any government contract

Highland Capital Management, L.P.
1209 Orange Street
Wilmington, DE 19801

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

**Audit Engagement Letter**

State the term remaining

List the contract number of any

KPMG LLP
2323 Ross Avenue
Dallas, TX 75201-2721

---

Debtor 1    __Acis Capital Management, L.P.__
       First Name     Middle Name     Last Name

Case number (*if known*)    __18-30264__

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| | | | |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Audit Engagement Letter** | |
| | State the term remaining | | KPMG LLP<br>Aon Center<br>200 E. Randolph Street<br>Chicago, IL 60601-6436 |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Master Repurchase Agreement** | |
| | State the term remaining | | Mizuho Securities USA Inc.<br>320 Park Avenue<br>12th Floor<br>New York, NY 10022 |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | State Street (Guerney Limited)<br>First Floor, Dorey Court<br>Admiral Park, St. Peter Port<br>Acis Loan Funding, Ltd. |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Collateral Administration Agreement** | |
| | State the term remaining | | The Bank of New York Mellon Trust Co<br>225 Liberty Street<br>New York, NY 10286 |
| | List the contract number of any government contract | | |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Governing Documents** | |
| | State the term remaining | | The Dugaboy Investment Trust<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 |
| | List the contract number of any government contract | | |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | U.S. Bank National Association<br>Attn: Michael Zak<br>60 Livingston Avenue<br>EP-MN-WS3D<br>Saint Paul, MN 55107 |

| Debtor 1 | Acis Capital Management, L.P. | | | Case number (if known) | 18-30264 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

**Investment Management Agreement**

State the term remaining

List the contract number of any government contract

Universal-Investment-Luxembourg S.A.
15 rue de Flaxweiler
L-6776 Grevenmacher

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

**Power of Attorney**

State the term remaining

List the contract number of any government contract

Universal-Investment-Luxembourg S.A.
15 rue de Flaxweiler
L-6776 Grevenmacher

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

**Services Agreement**

State the term remaining

List the contract number of any government contract

Universal-Investment-Luxembourg S.A.
15 rue de Flaxweiler
L-6776 Grevenmacher

---

Fill in this information to identify the case:

Debtor name: **Acis Capital Management, L.P.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **18-30264**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   *Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Acis Capital Management GP, LLC | 300 Crescent Court Suite 700 Dallas, TX 75201 | All parties listed on Schedules F and G | ☐ D ____<br>☐ E/F  X<br>☐ G  X |