**Fill in this information to identify the case:**

Debtor name **Acis Capital Management, L.P.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **18-30264**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 1/01/2018 to Filing Date | ■ Operating a business ☐ Other | $1,057,615.91 |
   | **For prior year:** From 1/01/2017 to 12/31/2017 | ■ Operating a business ☐ Other | $13,542,943.20 |
   | **For year before that:** From 1/01/2016 to 12/31/2016 | ■ Operating a business ☐ Other | $14,473,422.41 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 1/01/2018 to Filing Date | Interest, external legal and admin support | $70,673.08 |
   | **For prior year:** From 1/01/2017 to 12/31/2017 | Interest, external legal and admin support | $748,474.74 |
   | **For year before that:** From 1/01/2016 to 12/31/2016 | Interest | $102,738.89 |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

Debtor  **Acis Capital Management, L.P.**        Case number (if known) **18-30264**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75208 | 11/2/2017 | $234,013.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75208 | 11/3/2017 | $941,958.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75208 | 12/8/2017 | $89,655.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | David Simek<br>31 Woodacres Road<br>Brookville, NY 11545 | 11/15/2017 | $2,068.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | David Simek<br>31 Woodacres Road<br>Brookville, NY 11545 | 11/30/2017 | $24,266.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | David Simek<br>31 Woodacres Road<br>Brookville, NY 11545 | 12/12/2017 | $1,718.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | David Simek<br>31 Woodacres Road<br>Brookville, NY 11545 | 12/29/2017 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Acis Capital Management, L.P.                Case number *(if known)*   18-30264

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **FINRA**<br>**1735 K Street, NW**<br>**Washington, DC 20006** | 11/22/2017 | $70.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | **Highland CLO Management, Ltd.**<br>**PO Box 309, Ugland House**<br>**Grand Cayman, KY1-1104, Cayman**<br>**Islands** | 12/19/2017 | $2,830,459.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Highland Capital Management, L.P.**<br>**300 Crescent Court**<br>**Suite 700**<br>**Dallas, TX 75201** | 2/1/2017 | $976,688.47 | Contractual payment |
| 4.2. | **Highland Capital Management, L.P.**<br>**300 Crescent Court**<br>**Suite 700**<br>**Dallas, TX 75201** | 2/1/2017 | $1,096,033.37 | Services |
| 4.3. | **Highland Capital Management, L.P.**<br>**300 Crescent Court**<br>**Suite 700**<br>**Dallas, TX 75201** | 2/2/2017 | $3,574.80 | Expense reimbursement |
| 4.4. | **Highland Capital Management, L.P.**<br>**300 Crescent Court**<br>**Suite 700**<br>**Dallas, TX 75201** | 2/14/2017 | $67.44 | Expense reimbursement |
| 4.5. | **Highland Capital Management, L.P.**<br>**300 Crescent Court**<br>**Suite 700**<br>**Dallas, TX 75201** | 4/17/2017 | $315,574.30 | Services |
| 4.6. | **Highland Capital Management, L.P.**<br>**300 Crescent Court**<br>**Suite 700**<br>**Dallas, TX 75201** | 4/18/2017 | $438,497.51 | Services |
| 4.7. | **Highland Capital Management, L.P.**<br>**300 Crescent Court**<br>**Suite 700**<br>**Dallas, TX 75201** | 4/18/2017 | $375,855.01 | Contractual payment |

Debtor   Acis Capital Management, L.P.                          Case number (if known)  18-30264

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 4/19/2017 | $330,249.69 | Services |
| 4.9. Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 5/1/2017 | $974,426.41 | Services |
| 4.10 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 5/1/2017 | $974,426.41 | Contractual Payment |
| 4.11 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 5/31/2017 | $2,809,518.47 | Unsecured loan repayments incl interest |
| 4.12 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 5/31/2017 | $581,036.15 | Services |
| 4.13 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 7/18/2017 | $373,167.08 | Contractual payment |
| 4.14 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 8/1/2017 | $971,603.02 | Contractual payment |
| 4.15 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 8/7/2017 | $1,339,422.12 | Services |
| 4.16 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 8/16/2017 | $53.41 | Expense reimbursement |
| 4.17 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 10/18/2017 | $372,872.82 | Contractual payment |
| 4.18 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 10/18/2017 | $728,702.26 | Services |
| 4.19 Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 10/24/2017 | $501,979.18 | Unsecured loan repayments including interest |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   Acis Capital Management, L.P.        Case number (if known) 18-30264

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.20   Highland Capital Management, L.P.<br>·      300 Crescent Court<br>     Suite 700<br>     Dallas, TX 75201 | 10/25/2017 | $46,648.82 | Expense reimbursement |
| 4.21   Highland Capital Management, L.P.<br>·      300 Crescent Court<br>     Suite 700<br>     Dallas, TX 75201 | 10/25/2017 | $67,966.85 | Expense reimbursement |
| 4.22   Highland Capital Management, L.P.<br>·      300 Crescent Court<br>     Suite 700<br>     Dallas, TX 75201 | 11/1/2017 | $967,223.91 | Contractual payment |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Joshua N. Terry v. Acis<br>Capital Management, L.P. and<br>Acis Capital Management GP,<br>LLC<br>DC-17-15244 | Petition to confirm<br>arbitration award | 44th District Court<br>Hon. Bonnie Lee Goldstein,<br>Presiding<br>George L. Allen, Sr. Courts<br>Building<br>600 Commerce Street, 5th<br>Floor New Tower<br>Dallas, TX 75202 | ☐ Pending<br>■ On appeal<br>☐ Concluded |

Debtor  Acis Capital Management, L.P.                                    Case number (if known) 18-30264

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Joshua N. Terry v. Highland Capital Management, L.P., Acis Capital Management, L.P., Acis Capital Management GP, LLC, James Dondero, as trustee of The Dugaboy Investment Trust, and Mark K. Okada<br>JAMS Arbitration No. 1310022713 | Wrongful termination, breach of contract, conversion, fraud, breach of fiduciary duty | JAMS<br>8401 N. Central Expressway, Suite 610<br>Dallas, TX 75225 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:  Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

---

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Acis Capital Management, L.P.                              Case number *(if known)* 18-30264

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **The borrowing base of the CLOs is determined at the time of issuance. Because the securities trade in the 144a markets, the debtor is unable to determine the current holders of such securities once the securities are traded in the secondary market. However, some of the debtor's affiliates hold equity positions in the CLOs and therefore, the debtor is privy to the affiliates' information.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   __Acis Capital Management, L.P.__                    Case number (if known)  __18-30264__

cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Jefferies LLC**<br>**520 Madison Avenue**<br>**New York, NY 10022** | XXXX-0897 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other__ | 7/2017 | $0.00 |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Jefferies LLC**<br>**520 Madison Avenue**<br>**New York, NY 10022** | **Highland Accounting**<br>**300 Crescent Court, Ste 700**<br>**Dallas, TX 75201** | No physical assets held at the time of closing | ■ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Acis CLO 2013-1, Ltd.**<br>**Clifton House**<br>**75 Fort Street, P.O. Box 1350**<br>**Grand Cayman, KY1-1108, Cayman Islands** | n/a - contract | Management agreement | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Acis CLO 2014-3, Ltd.**<br>**PO Box 1093**<br>**Boundary Hall, Cricket Square**<br>**Grand Cayman, KY1-1102, Cayman Islands** | n/a - contract | Management agreement | $0.00 |

---

Debtor    Acis Capital Management, L.P.                                    Case number *(if known)*   18-30264

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Acis CLO 2014-4, Ltd. PO Box 1093 Boundary Hall, Cricket Square Grand Cayman, KY1-1102, Cayman Islands | n/a - contract | Management agreement | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Acis CLO 2014-5, Ltd. PO Box 1093 Boundary Hall, Cricket Square Grand Cayman, KY1-1102, Cayman Islands | n/a - contract | Management agreement | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Acis CLO 2015-6, Ltd. PO Box 1093 Boundary Hall, Cricket Square Grand Cayman, KY1-1102, Cayman Islands | n/a - contract | Management agreement | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| BayVK R2 Lux S.A. 15, rue de Flaxweile L-6776 Grevenmacher, Luxembourg | n/a - contract | Management agreement | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Hewett's Island CLO I-R, Ltd. PO Box 1093GT, Queensgate House South Church St., George Town Grand Cayman, KY1-1102, Cayman Islands | n/a - contract | Management agreement | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Debtor   Acis Capital Management, L.P.                                    Case number *(if known)*  18-30264

24. Has the debtor notified any governmental unit of any release of hazardous material?

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|
| 25.1. Acis CLO Value Fund II GP, LLC<br>300 Crescent Ct., Ste 700<br>Dallas, TX 75201 | General Partner of an investment fund | EIN:<br>From-To | Dates business existed<br>90-0786733<br>7/2010 - Present |
| 25.2. Acis CLO Value Fund II Incentive Holding<br>300 Crescent Ct., Ste 700<br>Dallas, TX 75201 | Incentive holding | EIN:<br>From-To | N/A<br>1/2013 - Present |
| 25.3. Acis CLO Value Master Fund II, L.P.<br>300 Crescent Ct., Ste 700<br>Dallas, TX 75201 | Investment fund | EIN:<br>From-To | 98-1077730<br>7/2010 - Present |
| 25.4. Highland CLO Funding, Ltd.<br>c/o Highland HDF Advisor Ltd.<br>300 Crescent Ct., Ste 700<br>Dallas, TX 75201 | Private equity fund | EIN:<br>From-To | N/A<br>1/9/2016 - 11/15/2017 |
| 25.5. Acis CLO Management, LLC<br>300 Crescent Ct., Ste 700<br>Dallas, TX 75201 | Relying advisor | EIN:<br>From-To | 81-5194942<br>5/16/2014 - 12/19/2017 |
| 25.6. Acis CLO Management GP, LLC<br>300 Crescent Ct., Ste 700<br>Dallas, TX 75201 | General Partner of an investment fund | EIN:<br>From-To | 36-4786631<br>5/16/2014 - 12/19/2017 |
| 25.7. Acis CLO Management Holdings, L.P.<br>PO Box 309, Ugland House<br>Grand Cayman, KY1-1104<br>Cayman Islands | Investment fund | EIN:<br>From-To | 98-1347870<br>1/12/2017 - 12/19/2017 |

| Debtor | Acis Capital Management, L.P. | | Case number (if known) 18-30264 |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.8. Acis CLO Management Intermediate Holdings I, LLC<br>300 Crescent Ct., Ste 700<br>Dallas, TX 75201 | Investment holding | Dates business existed<br>EIN: 35-2586937<br>From-To 3/1/2017 - 12/19/2017 |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Highland Capital Management, L.P.<br>300 Crescent Court, Ste 700<br>Dallas, TX 75201 | 1/1/2011 - current |
| 26a.2. James Dondero<br>300 Crescent Court, Ste 700<br>Dallas, TX 75201 | 1/1/2011 - current |
| 26a.3. Frank Waterhouse<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | 1/1/2012 - current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Highland Capital Management, L.P.<br>300 Crescent Court<br>Suite 700<br>Dallas, TX 75201 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Acis Capital Management, L.P.        Case number *(if known)*  18-30264

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Acis Capital Management GP, LLC | 300 Crescent Ct., Ste 700 Dallas, TX 75201 | General Partner | 0.1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Neutra, Ltd. | PO Box 309, Ugland House Grand Cayman, KY1-1104 Cayman Islands | Limited Partner | 99.9 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| The Dugaboy Investment Trust | 300 Crescent Ct., Ste 700 Dallas, TX 75201 | Limited Partner | 1/21/2011 - 12/19/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark Okada | 300 Crescent Ct., Ste 700 Dallas, TX 75201 | Limited Partner | 1/21/2011 - 12/19/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Highland CLO Management. Ltd. Maples Corporate Services Limited PO Box 309, Ugland House Grand Cayman, KY1-1104, Cayman Islands | $9,541,446.00 | 11/3/2017 | |
| | Relationship to debtor Affiliate | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Immediately Prior to 12/19/2017 Federal: N/A (stand alone entity) | EIN:  N/A |

Debtor    **Acis Capital Management, L.P.**                              Case number *(if known)* **18-30264**

| Name of the parent corporation | Employer Identification number of the parent corporation | |
|---|---|---|
| **Immediately Prior to 12/19/2017**<br>**State (TX): Highland Capital Management, L.P.\*** | **EIN:** | **75-2716725** |
| **From 12/19/2017 Forward**<br>**Federal: Neutra, Ltd.** | **EIN:** | **98-1090422** |
| **From 12/19/2017 Forward**<br>**State (TX): Highland Capital Management, L.P.\*** | **EIN:** | **75-2716725** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the parent
                                                                 corporation

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 30, 2018

_____            I-Saac Leventon
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Authorized Signatory

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Note to question 31:

\*Highland Capital Management, L.P. is not technically the parent of the Acis entities shown.  However, the combined TX Franchise report for the entire group is filed under the name of Highland Capital Management, L.P.