Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
817-810-5250 Telephone
817-810-5255 Facsimile
**mwarner@coleschotz.com**
**bwallen@coleschotz.com**

Gary Cruciani (TX Bar No. 05177300)
Michael P. Fritz (TX Bar No. 24036599)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
214-978-4000 Telephone
214-978-4044 Facsimile
**gcruciani@mckoolsmith.com**
**mfritz@mckoolsmith.com**

*Attorneys for Debtor Acis Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

In re

ACIS CAPITAL MANAGEMENT, L.P.

Debtor.

Chapter 7

Case No. 18-30264-SGJ7

**DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
LISTS, STATEMENTS, AND SCHEDULES**

**PART I: DECLARATION OF ACIS CAPITAL MANAGEMENT, L.P.:**

As the individual authorized to act on behalf of Acis Capital Management, L.P., I hereby declare under penalty of perjury that I have read the information provided in (i) that certain Notice of List of Scheduled Parties Pursuant to Fed. R. Bankr. P. 1007(a)(2) [Docket No. 139]; (ii) those certain Schedules A/B, D, E/F, G, and H [Docket No. 164]; (iii) that certain Amended Notice of List of Scheduled Parties Pursuant to Fed. R. Bankr. P. 1007(a)(2) [Docket No. 168]; and (iv) that certain creditor matrix [Docket No. 176] filed electronically in this case and that the

information provided therein is, to the best of my knowledge, true and correct.[1] I hereby further declare under penalty of perjury that I have read the information provided in that certain Statement of Financial Affairs [Docket No. 165] (the "**SOFA**," and, together with items (i) through (iv) above, collectively, the "**Documents**") filed electronically in this case and that the information provided in the SOFA was, to the best of my knowledge, true and correct at the time the SOFA was filed. I was recently made aware that certain items were inadvertently omitted from the SOFA and, accordingly, I anticipate filing an amended SOFA on behalf of the Debtor in the near future. I hereby further declare under penalty of perjury that I was authorized to file the Documents on behalf of the Debtor in this case. I understand that this Declaration is to be filed with the Bankruptcy Court.

ACIS CAPITAL MANAGEMENT, L.P.
Via Shared Services Agreement

By: _____
Isaac Leventon, Authorized Signatory

Dated: May 9, 2018

**PART II: DECLARATION OF ATTORNEY:**

I hereby declare under penalty of perjury that I have given the Debtor a copy of all documents referenced by Part I herein which have been filed with the United States Bankruptcy Court for the Northern District of Texas.

By: /s/ Michael D. Warner
Michael D. Warner, Attorney for Debtor

Dated: May 9, 2018

---

[1] Notwithstanding the foregoing, the Debtor reserves all rights to modify, amend, and supplement the Documents (as defined below), as necessary.