

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 11, 2018

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ACIS CAPITAL MANAGEMENT, L.P., | § | CASE NO. 18-30264-SGJ-7 |
| ACIS CAPITAL MANAGEMENT GP, LLC, | § | CASE NO. 18-30265-SGJ-7 |
| | § | (Jointly Administered Under |
| | § | Case No. 18-30264-SGJ-7) |
| Debtors. | § | |

### ORDER GRANTING TRUSTEE'S EXPEDITED
### MOTION TO CONVERT CASES TO CHAPTER 11

On May 9, 2018 came on for expedited hearing the *Trustee's Expedited Motion to Convert Cases to Chapter 11* (Docket No. 171) (the "Motion to Convert") filed by Diane G. Reed, Chapter 7 Trustee (the "Trustee"), seeking to convert these Chapter 7 cases to cases under Chapter 11 pursuant to 11 U.S.C. § 706(b).

The Court finds that the Trustee provided proper and sufficient notice of the Motion to Convert and the hearing thereon upon the creditors and/or parties in interest who were entitled to notice of same. After considering the Motion to Convert, the evidence and argument of counsel,

the Court further finds that: (i) it has jurisdiction over the matters raised in the Motion to Convert; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) for which it is proper for this Court to enter final orders; (iii) the relief requested in the Motion to Convert is in the best interest of the Debtors and the Debtors' estates, creditors and other parties in interest; and (iv) good and sufficient cause exists for granting the relief requested in the Motion to Convert.  It is therefore

ORDERED that the Motion to Convert is GRANTED.

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. § 706(b) the Debtors' respective Chapter 7 cases are hereby converted to cases under Chapter 11 of the Bankruptcy Code, effective as of the date of entry of this Order.

IT IS FURTHER ORDERED that a true and correct copy of this Order shall be served on all parties in interest within seven (7) days of its entry by counsel to the Trustee.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

### END OF ORDER ###

Submitted by:

David W. Elmquist (SBT #06591300)
REED & ELMQUIST, P.C.
501 N. College Street
Waxahachie, TX  75165
(972) 938-7339
(972) 923-0430 (fax)
E-mail:  delmquist@bcylawyers.com

PROPOSED ATTORNEYS FOR
DIANE G. REED, CHAPTER 7 TRUSTEE