

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 11, 2018

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 18-30264-SGJ-7 |
| | § | Case No. 18-30265-SGJ-7 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, | § | (Jointly Administered Under Case |
| LLC, | § | No. 18-30264-SGJ-7) |
| | § | |
| DEBTORS. | § | Chapter 7 |
| | § | |

### ORDER GRANTING EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE FOR THE CHAPTER 11 ESTATES OF ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC PURSUANT TO BANKRUPTCY CODE SECTION 1104(A)

Upon the *Emergency Motion for an Order Appointing a Trustee for the Chapter 11 Estates of Acis Capital Management, L.P. and Acis Capital Management GP, LLC Pursuant to Bankruptcy Code Section 1104(a)* [Docket No. 173] (the "Motion")[1] filed by Joshua N. Terry ("Mr. Terry") in the above-referenced cases; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest;

---

[1] Unless otherwise indicated, capitalized terms used in this Order shall have the meanings ascribed to them in the Motion.

and that there is sufficient cause for the appointment of a Chapter 11 Trustee; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and1409; and notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, as set forth herein;

2. Sufficient grounds exist for the appointment of a trustee for the Debtors' Chapter 11 estates pursuant to 11 U.S.C. §§ 1104(a)(1) and (2);

3. The United States Trustee is hereby directed to appoint a Chapter 11 Trustee (the "Trustee") in the Debtors' Chapter 11 cases;

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order; and

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### ### END OF ORDER ##

Submitted by:

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
e-mail: rpatel@winstead.com
e-mail: achiarello@winstead.com

By:  /s/ *Rakhee V. Patel*
      Rakhee V. Patel – SBT # 00797213
      Annmarie Chiarello – SBT # 24097496

-and-

BRIAN P. SHAW
State Bar No. 24053473
**ROGGE DUNN GROUP, PC**
1201 Elm Street, Suite 5200
Dallas, Texas 75270-2142
Telephone:  (214) 239-2707
Facsimile:  (214) 220-3833
shaw@roggedunngroup.com

**ATTORNEYS FOR JOSHUA N. TERRY**