

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 16, 2018**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 18-30264-SGJ-11 |
| | § | Case No. 18-30265-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, | § | (Jointly Administered Under Case |
| LLC, | § | No. 18-30264-SGJ-11) |
| | § | |
| DEBTORS. | § | Chapter 11 |
| | § | |

## ORDER SUPPLEMENTING ORDER GRANTING THE EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE FOR THE CHAPTER 11 ESTATES OF ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC PURSUANT TO BANKRUPTCY CODE SECTION 1104(A)

At the request of creditor and party-in-interest Joshua N. Terry ("Mr. Terry"), this Court set a status conference in the above-referenced cases on May 14, 2018 (the "Conference").

On May 11, 2018, this Court entered the *Order Granting Trustee's Expedited Motion to Convert Cases to Chapter 11* [Docket No. 205] (the "Conversion Order").

On May 11, 2018, this Court also entered the *Order Granting the Emergency Motion for an Order Appointing a Trustee for the Chapter 11 Estates of Acis Capital Management, L.P. and Acis Capital Management GP, LLC Pursuant to Bankruptcy Code Section 1104(a)* [Docket

_____

No. 206](the "Trustee Order").[1]  The Trustee Order directs the United States Trustee to appoint a Chapter 11 Trustee in the Acis Capital Management, L.P.'s ("Acis LP") and Acis Capital Management GP, LLC's ("Acis GP," together with Acis LP, the "Debtors") Chapter 11 cases.

On May 14, 2018, the United States Trustee filed the *Chapter 11 Notice of Appointment of Trustee and of Amount of Bond* (the "Trustee Notice").  The Trustee Notice appoints Robin Phelan ("Acis LP Trustee") the Chapter 11 Trustee of Acis LP.

At the Conference, the United States Trustee reported he intended to appoint two trustees in these cases (the "Issue").

This Order supplements the Trustee Order.  Unless expressly modified herein, the Trustee Order is not otherwise altered.

The Court, having jurisdiction to consider the Issue and the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Issue and the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Conference having been adequate and appropriate under the circumstances; and consideration of the arguments of counsel and testimony of witnesses; and for the reasons stated on the record,

**NOW, THEREFORE, IN ACCORDANCE WITH 11 U.S.C. § 1104(D) AND FED. R. BANKR. P. 2009, IT IS HEREBY ORDERED THAT:**

1. The United States Trustee is hereby directed to appoint only one Chapter 11 Trustee for the Debtors' estates;

---

[1] Unless otherwise indicated, capitalized terms used in this Order shall have the meanings ascribed to them in the Trustee Order.

_____

2. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order;

3. The Acis LP Trustee is permitted to operate independently of Acis GP and the direction of Acis GP, without regard to applicable partnership law or agreements between the Debtors, until further order of this Court; and

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### ### END OF ORDER ##

___

Submitted by:

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
e-mail: rpatel@winstead.com
e-mail: achiarello@winstead.com

By: /s/ *Annmarie Chiarello*
      Rakhee V. Patel – SBT # 00797213
      Annmarie Chiarello – SBT # 24097496

-and-

BRIAN P. SHAW
State Bar No. 24053473
**ROGGE DUNN GROUP, PC**
1201 Elm Street, Suite 5200
Dallas, Texas 75270-2142
Telephone: (214) 239-2707
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

**ATTORNEYS FOR JOSHUA N. TERRY**

___