# **<u>Exhibit 6</u>**

**J.P.Morgan**

**CLO Research**
J.P. Morgan Securities LLC
New York
January 29, 2018

# CLO Weekly New Issue Datasheet

**Rishad Ahluwalia**
(44-20) 7134-0254
rishad.ahluwalia@jpmorgan.com
J.P. Morgan Securities plc

**Jacob T Kurosaki, CFA**
(1-212) 834-5318
jacob.t.kurosaki@jpmorgan.com
J.P. Morgan Securities LLC

**Heather Rochford**
(1-212) 834-3578
heather.a.rochford@jpmorgan.com
J.P. Morgan Securities LLC

**Summary**
Deal Issuance
Tranche Issuance
YTD Issuance Totals
YTD AM League Table
CLO Spreads Rolling 1 Year

The data sources contained in this report are J.P. Morgan, unless otherwise indicated.

This material is provided for information only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. This material is not a research report, although it may refer to information and data contained in J.P. Morgan published research reports or models from all J.P. Morgan affiliated regions.  Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice.  Past performance is not indicative of future results.  Securities, financial instruments or strategies mentioned herein may not be suitable for all investors.  The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients.  The recipient of this publication must make its own independent decisions regarding any securities or financial instruments mentioned herein.  Please refer to the most recent published research or model for complete information on the specific stocks mentioned in this publication, including important disclosures and analysts' certifications.  © 2018 JPMorgan Chase & Co.

| Date | Year | Issuer Series | Funded Amount ($mm) | Comments |
|---|---|---|---|---|
| 1/26/2018 | 2018 | Benefit Street Partners CLO 2015-8R | 522.558 | Refinance/Reset |
| 1/26/2018 | 2018 | Venture CLO 2015-22R | 580.5 | Refinance/Reset |
| 1/26/2018 | 2018 | Apidos CLO 2013-12R | 485.2 | Refinance/Reset |
| 1/26/2018 | 2018 | Carlyle US CLO 2013-4R | 386 | Refinance/Reset |
| 1/26/2018 | 2018 | Highland CLO (fka ACIS CLO 2014-3) 2014-3R | 375 | Refinance/Reset |
| 1/24/2018 | 2018 | Lockwood Grove CLO 2014-1R | 367.5 | Refinance/Reset |
| 1/23/2018 | 2018 | Voya CLO 2016-1R | 384.1 | Refinance/Reset |
| 1/22/2018 | 2018 | Canyon Capital CLO 2014-1R | 381 | Refinance/Reset |
| 1/22/2018 | 2018 | Sound Point II CLO  2013-1R | 517.00 | Refinance/Reset |
| 1/19/2018 | 2018 | RR CLO 3 (ALM CLO 2014-14) 2014-14R | 1394.65 | Refinance/Reset |
| 1/18/2018 | 2018 | Venture CLO 2014-16R | 463 | Refinance/Reset |
| 1/17/2018 | 2018 | Greywolf CLO LTD 2015-1R | 653 | Refinance/Reset |
| 1/17/2018 | 2018 | HPS Loan Management 2014-4R | 524.56 | Refinance/Reset |
| 1/16/2018 | 2018 | Telos 2013-4R | 329.2 | Refinance/Reset |
| 1/11/2018 | 2018 | CIFC Funding LTD 2014-1R | 574.6 | Refinance/Reset |
| 1/10/2018 | 2018 | Shackleton CLO LTD 2013-3R | 499.5 | Refinance/Reset |
| 1/4/2018 | 2018 | Great Lakes CLO LTD 2015-1R | 363.56 | Refinance/Reset |
| 12/22/2017 | 2017 | Wind River CLO LTD 2014-2R | 591.15 | Refinance/Reset |
| 12/21/2017 | 2017 | OCTAGON INVESTMENT PARTNERS XXII LTD 2014-1R | 664.369 | Refinance/Reset |
| 12/21/2017 | 2017 | ANCHORAGE CAPITAL CLO LTD 2014-5R | 506.475 | Refinance/Reset |
| 12/12/2017 | 2017 | CIFC Funding LTD 2015-1R | 563.15 | Refinance/Reset |
| 12/12/2017 | 2017 | Voya CLO 2015-1R | 566.5 | Refinance/Reset |
| 12/11/2017 | 2017 | Golub Capital Partners CLO  2015-22(B)R | 463.785 | Refinance/Reset |
| 12/11/2017 | 2017 | Stewart Park CLO LTD 2015-1R | 820.016 | Refinance/Reset |
| 12/8/2017 | 2017 | GOLDENTREE LOAN OPPORTUNITIES XI LTD 2015-11R | 510.5 | Refinance/Reset |
| 12/8/2017 | 2017 | Eaton Vance CDO LTD 2015-1R | 379 | Refinance/Reset |
| 12/8/2017 | 2017 | PALMER SQUARE CLO LTD 2014-1R | 375.4 | Refinance/Reset |
| 12/7/2017 | 2017 | Golub Capital Partners  2014-21R | 612.3 | Refinance/Reset |
| 12/6/2017 | 2017 | Dryden Senior Loan Fund  2015-37R | 449.455 | Refinance/Reset |
| 12/6/2017 | 2017 | KVK CLO LTD 2013-1R | 432.16 | Refinance/Reset |
| 12/6/2017 | 2017 | Babson CLO LTD 2013-1R | 539.66 | Refinance/Reset |
| 12/1/2017 | 2017 | MidOcean Credit CLO 2013-2R | 372 | Refinance/Reset |
| 12/1/2017 | 2017 | CATAMARAN CLO LTD 2013-1R | 509.35 | Refinance/Reset |
| 11/27/2017 | 2017 | CIFC Funding  LTD 2012-2R | 505.45 | Refinance/Reset |
| 11/21/2017 | 2017 | Ivy Hill Middle Market Credit Fund LTD 2014-9R | 298.914 | Refinance/Reset |
| 11/20/2017 | 2017 | Golub CLO 2015-23(B)R | 566.185 | Refinance/Reset |
| 11/20/2017 | 2017 | Carlyle Global Market Strategies 2013-2R | 514 | Refinance/Reset |
| 11/16/2017 | 2017 | YORK CLO LTD 2015-1R | 666 | Refinance/Reset |
| 11/15/2017 | 2017 | MARATHON CLO LTD 2013-5R | 543.8 | Refinance/Reset |
| 11/13/2017 | 2017 | CARLYLE GLOBAL MARKET STRATEGIES 2013-3R | 479.65 | Refinance/Reset |
| 11/9/2017 | 2017 | Saranac  CLO LTD 2014-2R | 319 | Refinance/Reset |
| 11/8/2017 | 2017 | Atlas Senior Loan Fund LTD 2013-1R | 385.83 | Refinance/Reset |
| 11/7/2017 | 2017 | Dryden Senior Loan Fund 2013-30R | 478.0265 | Refinance/Reset |
| 11/2/2017 | 2017 | American Money Management Corporation 2013-12R | 384 | Refinance/Reset |
| 11/1/2017 | 2017 | KKR Financial CLO 11 LTD 2015-11R | 510.4 | Refinance/Reset |
| 10/31/2017 | 2017 | Ares CLO LTD 2015-4R | 658 | Refinance/Reset |
| 10/25/2017 | 2017 | ICG US CLO LTD 2014-1R | 338.515 | Refinance/Reset |
| 10/23/2017 | 2017 | Ivy Hill Middle Market Credit Fund LTD 2013-7R | 375.25 | Refinance/Reset |
| 10/17/2017 | 2017 | Golub Capital Partners CLO  2015-24R | 795.705 | Refinance/Reset |
| 10/16/2017 | 2017 | Catamaran CLO LTD 2014-1R | 627.5 | Refinance/Reset |
| 10/12/2017 | 2017 | Barings CLO LTD 2015-2R | 472.45 | Refinance/Reset |
| 10/12/2017 | 2017 | Mountain View CLO 2013-1R | 379.52 | Refinance/Reset |
| 10/11/2017 | 2017 | BlueMountain CLO LTD 2013-2R | 395.65 | Refinance/Reset |
| 10/6/2017 | 2017 | HPS Investment Partners 2013-2R | 489.4 | Refinance/Reset |
| 10/6/2017 | 2017 | Great Lakes CLO LTD 2014-1R | 349 | Refinance/Reset |
| 10/6/2017 | 2017 | Tralee CDO LTD 2014-3R | 414.75 | Refinance/Reset |
| 10/6/2017 | 2017 | Marble Point 3 CLO (f/k/a ACAS CLO 2013-1)  2013-1R | 371 | Refinance/Reset |
| 10/5/2017 | 2017 | Clear Creek CLO LTD 2015-1R | 278.5 | Refinance/Reset |
| 10/5/2017 | 2017 | GREYWOLF CLO LTD 2013-2R | 387.5 | Refinance/Reset |
| 10/5/2017 | 2017 | Cathedral Lake LTD 2013-1R | 444.5 | Refinance/Reset |
| 10/4/2017 | 2017 | Venture CDO LTD 2014-18R | 553 | Refinance/Reset |
| 10/3/2017 | 2017 | Galaxy CLO LTD 2013-15R | 517.5 | Refinance/Reset |
| 10/2/2017 | 2017 | ELEVATION CLO LTD (f/k/a Arrowpoint 2014-2) 2014-2R | 488.8 | Refinance/Reset |
| 10/2/2017 | 2017 | WIND RIVER CLO LTD 2013-2R | 481.23 | Refinance/Reset |
| 9/29/2017 | 2017 | VOYA CLO LTD 2013-1R | 566 | Refinance/Reset |
| 9/29/2017 | 2017 | MADISON PARK FUNDING CLO XVIII 2015-18R | 690 | Refinance/Reset |
| 9/29/2017 | 2017 | GOLUB CAPITAL PARTNERS CLO 18(M)-R 2014-18R | 780.129 | Refinance/Reset |

| Date | Deal | Amount | Type |
|---|---|---|---|
| 9/28/2017 | 2017 CIFC FUNDING CLO 2013-2R | 590.5 | Refinance/Reset |
| 9/28/2017 | 2017 DENALI CAPITAL CLO X 2013-1R | 323.1 | Refinance/Reset |
| 9/27/2017 | 2017 DRYDEN SENIOR LOAN FUND 2012-25R | 674.2 | Refinance/Reset |
| 9/26/2017 | 2017 MCF CLO LLC 2014-1R | 399.891 | Refinance/Reset |
| 9/25/2017 | 2017 OCP CLO LTD 2014-6R | 932.9 | Refinance/Reset |
| 9/21/2017 | 2017 Anchorage Capital CLO 2013-1R | 516.1 | Refinance/Reset |
| 9/20/2017 | 2017 Neuberger Berman CLO LTD 2013-15R | 379.9 | Refinance/Reset |
| 8/31/2017 | 2017 OZLM Funding LTD 2013-4R | 562.74 | Refinance/Reset |
| 8/28/2017 | 2017 Venture CDO LTD 2013-13R | 531 | Refinance/Reset |
| 8/28/2017 | 2017 Race Point CLO LTD 2015-9R | 478.955 | Refinance/Reset |
| 8/25/2017 | 2017 Saranac V (fka Saranac CLO I) 2013-1R | 320.2 | Refinance/Reset |
| 8/25/2017 | 2017 Garrison Funding LTD 2015-1R | 374.7 | Refinance/Reset |
| 8/18/2017 | 2017 Benefit Street Partners CLO LTD 2015-6R | 588.255 | Refinance/Reset |
| 8/16/2017 | 2017 KKR Financial CLO LTD 2014-10R | 369.3 | Refinance/Reset |
| 8/15/2017 | 2017 Venture CDO LTD 2013-14R | 527.25 | Refinance/Reset |
| 8/9/2017 | 2017 Galaxy XIX CLO 2015-19 | 467.7 | Refinance/Reset |
| 8/9/2017 | 2017 Golub Capital Partners CLO LTD 2013-17R | 785.95 | Refinance/Reset |
| 8/8/2017 | 2017 OZLM XI 2015-11R | 501.48 | Refinance/Reset |
| 8/7/2017 | 2017 Madison Park XI Reset 2013-11R | 501.773685 | Refinance/Reset |
| 8/3/2017 | 2017 Dryden Senior Loan Fund 2013-28R | 493.2 | Refinance/Reset |
| 7/25/2017 | 2017 OCP CLO LTD 2016-11R | 457.3 | Refinance/Reset |
| 7/25/2017 | 2017 Carlyle Global Market Strategies 2013-1R | 552 | Refinance/Reset |
| 7/21/2017 | 2017 CIFC Funding LTD 2013-1R | 467 | Refinance/Reset |
| 7/21/2017 | 2017 York CLO LTD 2016-1R | 607.75 | Refinance/Reset |
| 7/20/2017 | 2017 RR CLO (ALM 2013-10) 2017-1R | 700.75 | Refinance/Reset |
| 7/19/2017 | 2017 Tralee CLO LTD 2013-1R | 376.5 | Refinance/Reset |
| 7/14/2017 | 2017 OZLM Funding 2012-1R | 469.5 | Refinance/Reset |
| 7/13/2017 | 2017 Telos CLO LTD 2013-3R | 441.75 | Refinance/Reset |
| 7/11/2017 | 2017 Silver Creek CLO 2014-1R | 322 | Refinance/Reset |
| 7/10/2017 | 2017 AMMC CLO XIV LTD 2014-14R | 370.8 | Refinance/Reset |
| 7/7/2017 | 2017 Cathedral Lake LTD 2015-2R | 372.15 | Refinance/Reset |
| 7/6/2017 | 2017 Atlas Senior Loan Fund LTD 2014-1R | 462.6 | Refinance/Reset |
| 7/5/2017 | 2017 Benefit Street Partners CLO 2013-3R | 467.7 | Refinance/Reset |
| 6/30/2017 | 2017 Bain Capital Credit CLO LTD 2013-3R | 437.05 | Refinance/Reset |
| 6/30/2017 | 2017 CFIP CLO 2014-1R | 446.8 | Refinance/Reset |
| 6/30/2017 | 2017 Mariner CLO 2016-3R | 460 | Refinance/Reset |
| 6/29/2017 | 2017 Wind River CLO LTD 2013-1R | 415.7 | Refinance/Reset |
| 6/28/2017 | 2017 HPS Loan Management LTD 2014-3R | 470 | Refinance/Reset |
| 6/27/2017 | 2017 Cathedral Lake CLO 2015-3R | 368 | Refinance/Reset |
| 6/27/2017 | 2017 Anchorage Capital CLO LTD 2015-6R | 524.05 | Refinance/Reset |
| 6/27/2017 | 2017 Octagon Investment Partners XV LTD 2013-1R | 458.8 | Refinance/Reset |
| 6/27/2017 | 2017 Palmer Square CLO LTD 2015-2R | 523.6 | Refinance/Reset |
| 6/23/2017 | 2017 MP CLO IV 2013-2 | 372 | Refinance/Reset |
| 6/23/2017 | 2017 Golub Capital Partners CLO 2013-16R | 619.66 | Refinance/Reset |
| 6/23/2017 | 2017 AMMC CLO 2013-13R | 377.8 | Refinance/Reset |
| 6/13/2017 | 2017 Benefit Street Partners CLO LTD 2013-2R | 465 | Refinance/Reset |
| 6/9/2017 | 2017 Cedar Funding LTD 2013-1R | 324 | Refinance/Reset |
| 6/9/2017 | 2017 Ares CLO LTD 2013-2R | 373 | Refinance/Reset |
| 6/9/2017 | 2017 KKR Financial CLO LTD 2014-9R | 462.9 | Refinance/Reset |
| 6/6/2017 | 2017 Battalion CLO LTD 2015-8R | 458.15 | Refinance/Reset |
| 6/6/2017 | 2017 Figueroa CLO LTD 2013-2R | 359 | Refinance/Reset |
| 5/23/2017 | 2017 Madison Park Funding LTD 2015-17R | 751.3 | Refinance/Reset |
| 5/12/2017 | 2017 Steele Creek CLO LTD 2015-1R | 328.375 | Refinance/Reset |
| 5/11/2017 | 2017 LCM LTD Partnership 2014-15R | 570.95 | Refinance/Reset |
| 5/11/2017 | 2017 Palmer Square CLO LTD 2015-1R | 698.5 | Refinance/Reset |
| 5/9/2017 | 2017 Octagon Investment Partners XIV 2012-1R | 674.36 | Refinance/Reset |
| 5/4/2017 | 2017 Oaktree CLO LTD 2014-1R | 399.95 | Refinance/Reset |
| 4/28/2017 | 2017 Neuberger Berman CLO 2014-17R | 540.35 | Refinance/Reset |
| 4/19/2017 | 2017 Neuberger Berman CLO LTD 2013-14R | 382.43 | Refinance/Reset |
| 4/12/2017 | 2017 Ziggurat CLO LTD 2014-1R | 473.5 | Refinance/Reset |
| 4/11/2017 | 2017 CFIP CLO LTD 2013-1R | 489.276 | Refinance/Reset |
| 4/11/2017 | 2017 OCP CLO LTD 2013-4R | 583.57 | Refinance/Reset |
| 4/7/2017 | 2017 Longfellow Place CLO Ltd 2013-1R | 476.9 | Refinance/Reset |
| 4/7/2017 | 2017 Canyon Capital CLO LTD 2015-1R | 391.775 | Refinance/Reset |
| 4/7/2017 | 2017 Venture CLO LTD 2012-10R | 383.5 | Refinance/Reset |
| 4/7/2017 | 2017 Canyon Capital CLO LTD 2014-2R | 370.7 | Refinance/Reset |
| 4/7/2017 | 2017 Cedar Funding LTD 2014-4R | 532.4 | Refinance/Reset |
| 4/3/2017 | 2017 KKR Financial CLO LTD 2013-1R | 463 | Refinance/Reset |

| Date | Deal | Amount | Type |
|---|---|---:|---|
| 3/31/2017 | 2017 Voya CLO LTD 2014-2R | 535.8 | Refinance/Reset |
| 3/30/2017 | 2017 Mariner CLO 2015-1R | 460.5 | Refinance/Reset |
| 3/30/2017 | 2017 Atrium CDO CORP 2013-9R | 875.927 | Refinance/Reset |
| 3/29/2017 | 2017 AMMC CLO 2015-16R | 466 | Refinance/Reset |
| 3/15/2017 | 2017 Palmer Square CLO 2013-2R | 468.486 | Refinance/Reset |
| 2/14/2017 | 2017 Venture CDO LTD 2012-12R | 666 | Refinance/Reset |
| 2/9/2017 | 2017 Race Point CLO LTD 2013-8R | 684.4 | Refinance/Reset |