# Exhibit 7A

April 30, 2018

Acis CLO 2013-1 Ltd.
c/o Appleby Trust (Cayman) Ltd.
PO Box 1350
Grand Cayman KY1-1108, Cayman Islands
Attention: The Directors

U.S. Bank National Association
190 South LaSalle St., 10th Floor
Chicago, IL 60603
Attn: Corporate Trust Services – Acis CLO 2013-1
Facsimile: 312-332-8010

Acis Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, Texas 75201

**Re: Acis CLO 2013-1 Ltd.**

Dear Sir or Madam:

Reference is hereby made to that certain Indenture, dated as of March 18, 2013 (as amended, modified or supplemented from time to time, the "**Indenture**"), among Acis CLO 2013-1 Ltd. (the "**Issuer**"), Acis CLO 2013-1 LLC and U.S. Bank National Association (the "**Trustee**"). Capitalized terms used but not defined herein shall have the meanings set forth in the Indenture.

In accordance with Sections 9.2 and 14.3 of the Indenture, the undersigned Holders of at least 66 2/3% of the Aggregate Outstanding Amount of the Subordinated Notes hereby direct the Issuer, the Trustee and the Portfolio Manager to effect an Optional Redemption of all Secured Notes and the Subordinated Notes in full on June 14, 2018.

Sincerely,

HIGHLAND CLO FUNDING, LTD. (f/k/a Acis Loan Funding, Ltd.)

By: _____
Name: William Scott
Title: Director

By: _____
Name: Heather Bestwick
Title: Director

NEXPOINT STRATEGIC OPPORTUNITIES FUND (f/k/a NexPoint Credit Strategies Fund)

By: _____
Name: Frank Waterhouse
Title: Treasurer, Principal Accounting Officer and Principal Financial Officer

DREXEL LIMITED

By: _____
Name: S. DUNN          G. P. DEAN
Title:
For and on behalf of Enmyn Limited
Corporate Director