# Exhibit 8

| | |
|---|---|
| **From:** | Isaac Leventon <ILeventon@HighlandCapital.com> |
| **Sent:** | Monday, May 21, 2018 5:47 PM |
| **To:** | Robin Phelan |
| **Cc:** | O'Neil, Holly; Acis Legal; Hunter Covitz |
| **Subject:** | Transactional Authorization Request - 5.21.2018 |
| **Attachments:** | Proposed Trades (5.21.2018).xlsx |

Dear Mr. Phelan,

Reference is hereby made to: (i) the Third Amended and Restated Sub-Advisory Agreement dated March 17, 2017 (the "**Sub-Advisory Agreement**") by and between Acis Capital Management, L.P. ("**Acis**") and Highland Capital Management, L.P. ("**Highland**"); (ii) the Fourth Amended and Restated Shared Services Agreement dated March 17, 2017 (the "**Shared Services Agreement**") by and between Acis and Highland; and (iii) those certain written Consents of ~~prior~~ Chapter 11 Trustee of Acis dated May 15, 2018 (collectively, the "**Written Consents**") relating to the authorized traders and authorized signatories of Acis.

On behalf of Highland and pursuant to the Sub-Advisory Agreement, we hereby recommend that Acis enter into the following transactions (the "**Transactions**") on behalf of the following Acis-advised accounts (the "**Acis Accounts**"): sale of the list of assets within the various Acis accounts in the attachment "Proposed Trades 5.21.2018" attached.  These Transactions represent $155 million notional across 11 assets.  All trades will be made at or around market level, reflected in the "Mark" column based on recent trades in the market for these assets.

**These Transactions are made to effectuate the Optional Redemptions Submitted by the subordinated note holders of the Acis CLOs on April 30, 2018.  These specific $155 million in assets were selected because they have relatively low interest rates (spread) and high price levels (marks), meaning there is limited additional return in continuing to hold these instruments.  While we previously had discussed submitting these requests Wednesday (May 18th), there exists a compelling business interest in starting the trades now in order to meet the June 14, 2018 deadline.  After these Transactions are completed, a remaining $1.8 Billion notional across 271 assets remains to be liquidated.**

<u>On behalf and in your capacity as Chapter 11 Trustee of Acis, and in accordance with the Written Consents and pursuant to the terms and subject to the conditions set forth in the Sub-Advisory Agreement and the Shared Services Agreement, as applicable, please confirm the following</u>:

(1)  Acis consents to the Transaction on behalf of the Acis Accounts;
(2)  Any of Hunter Covitz, Neil Desai, Chris Hayes and Ajit Jain is severally authorized to place orders with respect to, and arrange for, the Transactions on behalf of the Acis Accounts; and
(3)  Any of Cliff Stoops, Carter Chism, David Willmore and James Palmers is severally authorized to sign, execute, certify, swear to, acknowledge, deliver, file, receive and record any and all documents that Highland deems appropriate or necessary in connection with the execution and settlement of the Transactions.

<u>In order to effectuate the Transaction and obtain best execution, <mark>Highland requests your consent by no later than 5pm, Thursday May 24, 2018</mark> (the "Deadline")</u>.  If Highland does not receive your consent by the Deadline and if applicable, Highland may proceed with the Transaction*s* for the other Highland Accounts.  There is no assurance that the Transaction*s* will be available to the Acis Accounts on equal or better terms following the Deadline and the Acis Accounts may incur losses as a result of your failure to respond by the Deadline.   Further, Highland believes it has an independent fiduciary obligation to the CLOs and must effectuate the Optional Redemption as directed by the Issuers.  If you instruct Highland not to proceed to undertake the Optional Redemption, Highland reserves it rights to seek appropriate protection and redress at law or in equity.

Thanks,

**ISAAC LEVENTON** | ASSISTANT GENERAL COUNSEL



300 Crescent Court | Suite 700 | Dallas, Texas 75201
O: 972.628.4100 | D: 972.419.4482 | F: 972.628.4147
ileventon@highlandcapital.com | www.highlandcapital.com

| Assets | A1 | A3 | A4 | A5 | A6 | Total | Mark | Spread |
|---|---|---|---|---|---|---|---|---|
| Zebra Technologies Corporation  Tranche B Term Loan | - | 5,393,926 | 5,392,290 | 2,126,595 | 420,404 | 13,333,215 | 100.52 | 2.00% |
| Spectrum Brands, Inc.  2017 Refinanced USD Term Loan | 2,182,651 | 5,262,409 | 5,525,330 | 3,632,934 | 2,242,986 | 18,846,309 | 100.18 | 2.00% |
| Zayo Group LLC (Zayo Capital, Inc.)  2017 Incremental Refinancing B-1 Term Lo | 3,960,000 | 3,482,412 | 1,492,462 | - | - | 8,934,874 | 100.64 | 2.00% |
| DaVita Inc. (fka DaVita HealthCare Partners Inc.)  Tranche B Term Loan | 3,572,489 | 3,075,028 | 1,933,874 | 1,865,218 | - | 10,446,608 | 101.15 | 2.75% |
| Trans Union LLC  2017 Replacement Term B-3 Loan | - | 2,980,906 | 4,690,086 | 3,966,248 | 1,887,783 | 13,525,022 | 100.31 | 2.00% |
| Avolon TLB Borrower 1 (US) LLC  New Term B-1 Loan | 9,659,689 | 2,724,528 | 2,972,212 | - | - | 15,356,428 | 100.27 | 1.75% |
| Allison Transmission, Inc.  New Term Loan | 4,636,889 | 2,483,642 | 4,184,135 | 1,741,968 | 281,511 | 13,328,145 | 100.88 | 1.75% |
| Sabre GLBL Inc. (fka Sabre Inc.)  2018 Other Term B Loan | - | 3,698,132 | 8,157,398 | 6,214,303 | 4,647,863 | 22,717,696 | 100.45 | 2.00% |
| Dell International L.L.C. (EMC Corporation)  Replacement Term A-2 Loan | 8,968,612 | 2,468,354 | 2,962,025 | 1,974,684 | 2,468,354 | 18,842,029 | 100.21 | 1.75% |
| Hilton Worldwide Finance, LLC  Series B-2 Term Loan | 3,141,584 | 2,145,670 | 2,352,106 | 2,804,076 | 3,047,351 | 13,490,787 | 100.80 | 1.75% |
| Berry Global, Inc. (fka Berry Plastics Corporation)  Term O Loan | 5,236,271 | 1,653,842 | - | - | - | 6,890,113 | 100.55 | 2.00% |
| **Totals** | **41,358,185** | **35,368,849** | **39,661,918** | **24,326,025** | **14,996,252** | **155,711,228** | | |