# **<u>Exhibit 10A</u>**

**ACIS CLO 2013-1 LTD.**
c/o Estera Trust (Cayman) Limited
P.O. Box 1350, Clifton House, 75 Fort Street
Grand Cayman, KY1-1108
Cayman Islands

**ISSUER NOTICE OF OPTIONAL REDEMPTION**

May 24, 2018

U.S. Bank National Association
190 S. LaSalle Street, 10th Floor
Chicago, IL 60603
Attention: Corporate Trust Services – ACIS CLO 2013-1

RE: ACIS CLO 2013-1 Ltd. - Notice of Optional Redemption

Ladies and Gentlemen:

Reference is made to the Indenture dated as of March 18, 2013 (as may be amended, restated, extended, supplemented or otherwise modified in writing from time to time, the "Indenture"), by and among ACIS CLO 2013-1 Ltd. (the "Issuer"), ACIS CLO 2013-1 LLC (the "Co-Issuer" and, together with the Issuer, the "Co-Issuers") and U.S. Bank National Association, as trustee (the "Trustee"). All capitalized terms used herein are used with the meanings given to such terms in the Indenture.

Please be notified that, pursuant to section 9.2 of the Indenture, the Holders of at least 66 2/3% of the Aggregate Outstanding Amount of the Subordinated Notes (such Holders, the "Directing Subordinated Noteholders") have directed the Co-Issuers to redeem all Secured Notes and the Subordinated Notes in whole on June 14, 2018 (such direction, "Direction of Subordinated Noteholder").

In accordance with section 9.2 of the Indenture, the Issuer hereby provides to the Trustee written notice of the following with respect to such redemption:

(1) Redemption Date: June 14, 2018

(2) Record Date: The Record Date (a) with respect to the Certificated Notes is May 30, 2018 and (b) with respect to the Global Notes is June 12, 2018.

(3) Principal amount of Notes to be redeemed and applicable Redemption Prices:

| Class of Notes | Principal Amount of Notes to be Redeemed | Redemption Price |
|---|---|---|
| Class X Notes | U.S.$0 | (x) 100% of the Aggregate Outstanding Amount of the Class X Notes, plus (y) accrued and unpaid interest thereon to the Redemption Date plus (z) any applicable Break Funding Amount . |
| Class A-1 Notes | U.S.$45,324,532.54* | (x) 100% of the Aggregate Outstanding Amount of the Class A-1 Notes, plus (y) accrued and unpaid interest thereon to the Redemption Date plus (z) any applicable Break Funding Amount |
| Class A-2A Notes | U.S.$19,689,140.76 | (x) 100% of the Aggregate Outstanding Amount of the Class A-2A Notes, plus (y) accrued and unpaid interest thereon to the Redemption Date plus (z) any applicable Break Funding Amount |
| Class A-2B Notes | U.S.$10,250,000.00 | (x) 100% of the Aggregate Outstanding Amount of the Class A-2B Notes, plus (y) accrued and unpaid interest thereon to the Redemption Date plus (z) any applicable Break Funding Amount |
| Class B Notes | U.S.$62,500,000.00* | (x) 100% of the Aggregate Outstanding Amount of the Class B Notes, plus (y) accrued and unpaid interest thereon to the Redemption Date plus (z) any applicable Break Funding Amount |
| Class C Notes | U.S.$39,500,000.00* | (x) 100% of the Aggregate Outstanding Amount of the Class C Notes, plus (y) accrued and unpaid interest thereon (including interest on any accrued and unpaid Deferred Interest) to the Redemption Date plus (z) any applicable Break Funding Amount |
| Class D Notes | U.S.$21,500,000.00 | (x) 100% of the Aggregate Outstanding Amount of the Class D Notes, plus (y) accrued and unpaid interest thereon (including interest on any accrued and unpaid Deferred Interest) to the Redemption Date plus (z) any applicable Break Funding Amount |
| Class E Notes | U.S.$19,500,000.00 | (x) 100% of the Aggregate Outstanding Amount of the Class E Notes, plus (y) accrued and unpaid interest thereon |

| | | |
|---|---|---|
| | | (including interest on any accrued and unpaid Deferred Interest) to the Redemption Date plus (z) any applicable Break Funding Amount |
| Class F Notes | U.S.$10,000,000.00 | (x) 100% of the Aggregate Outstanding Amount of the Class F Notes, plus (y) accrued and unpaid interest thereon (including interest on any accrued and unpaid Deferred Interest) to the Redemption Date plus (z) any applicable Break Funding Amount |
| Subordinated Notes | U.S.$51,750,000.00 | With respect to each Subordinated Note, its proportional share of the amount of the proceeds of the Assets (including proceeds created when the lien of this Indenture is released) remaining after giving effect to the redemption of the Secured Notes and payment in full of all expenses of the Co-Issuers |

*Principal Amount includes Components of the Combination Notes.

Redemption Price with respect to any Combination Note shall be an amount equal to its allocation of the Redemption Price for each Underlying Class.

The Issuer hereby directs the Trustee (and, for these purposes, this notice shall constitute an Issuer Order) to in the name and at the expense of the Co-Issuers, give notice of redemption pursuant to and in accordance with Section 9.3 of the Indenture (a "Notice of Optional Redemption") to each Holder of Notes at such Holder's address in the Register and each Rating Agency by first class mail, postage prepaid, mailed not later than ten (10) Business Days prior to the Redemption Date. So long as any Notes are listed on the Irish Stock Exchange and so long as the guidelines of such exchange so require, a Notice of Optional Redemption shall also be given to the Noteholders by publication in the Companies Announcements Office of the Irish Stock Exchange.

Should you have any questions, please contact Sheraim Mascal at Estera Trust (Cayman) Limited (Email: sf@estera.com; Tel: +1 (345) 640-0540).

**ACIS CLO 2013-1 LTD.**

By: _____
Name: Richard Gordon
Title: Director