# Exhibit 11A

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

| | | |
|---|---|---|
| MARK D. KOTWICK<br>PARTNER<br>(212) 574-1545<br>kotwick@sewkis.com | TELEPHONE: (212) 574-1200<br>FACSIMILE: (212) 480-8421<br>WWW.SEWKIS.COM | 901 K STREET, NW<br>WASHINGTON, DC 20001<br>TELEPHONE: (202) 737-8833<br>FACSIMILE: (202) 737-5184 |

May 25, 2018

Acis CLO 2013-1 Ltd.
c/o Estera Trust (Cayman) Limited
Clifton House
75 Fort Street, PO Box 1350
Grand Cayman KYI-1108
Cayman Islands
Attention: The Directors

### Acis CLO 2013-1 Ltd.

Dear Mr. Cullinane:

We are counsel for U.S. Bank National Association in its capacity as Indenture Trustee (in such capacity, the "Trustee") under the Indenture, dated as of March 18, 2013 (as amended, modified or supplemented from time to time, the "Indenture"), among Acis CLO 2013-1 Ltd. (the "Issuer"), Acis CLO 2013-1 LLC and the Trustee.[1]

The Trustee confirms receipt of the Issuer Notice of Optional Redemption, dated May 24, 2018, from the Issuer in connection with the proposed Optional Redemption of the Secured Notes and Subordinated Notes. The Trustee also confirms receipt of a May 22, 2018 letter from Robin Phelan, Chapter 11 Trustee for the Bankruptcy Estate of Acis Capital Management, L.P., the Portfolio Manager, objecting to the proposed Optional Redemption.

Please copy us on any future correspondence with the Trustee concerning these matters.

Sincerely yours,

*[signature]*

Mark D. Kotwick

cc: U.S. Bank National Association
190 S. LaSalle Street, 10th Floor
Chicago, IL 60603
Attn: Corporate Trust Services: ACIS CLO 2013-1

---

[1] Capitalized terms used herein but not defined shall have the meanings assigned to them in the Indenture.

SK 03687 0586 7904276 v3