# **<u>Exhibit 12</u>**

| | |
|---|---|
| **From:** | Robin Phelan <robin@phelanlaw.org> |
| **Sent:** | Sunday, May 27, 2018 12:06 PM |
| **To:** | Patel, Sagar; 'Huang, Albert'; 'dpuglisi@puglisiassoc.com'; Wendy Ebanks; Nicola Bashforth; 'acis clo 20156 ltd. [701570.000002] (701570.000002.maplesfs@mfs.maplesfs.com)'; Stern, Jeffrey; 'Yun Zheng'; 'Sheraim Mascal'; 'Structured Finance' |
| **Cc:** | 'Potts, Taylor C'; 'Mah, Elaine P'; 'Marucheau, Louis J'; Calay, Sharan; Kotwick, Mark D.; Alves, Arlene; O'Neil, Holly |
| **Subject:** | RE: ACIS - Issuer Order re Optional Redemption |

Peoples:

As set forth in the correspondence of the Acis Trustee of May 22, 2018, the Redemption Notices of April 30, 2018 regarding the Optional Redemption referenced below were defective and ineffective. In addition, the Issuer Orders of May 24, 2018 do not comply with the relevant Indentures and Portfolio Management Agreements. Consequently, any Notices of Optional Redemption sent by the Indenture Trustee pursuant to those defective notices and orders are not in compliance with the Indenture and are ineffective.

Hope y'all are having a nice Memorial Day weekend.

Robin Phelan, Acis Trustee

Robin Phelan
**PHELANLAW**
4214 Woodfin Drive
Dallas, Texas 75220
214-704-0222
robin@phelanlaw.org
www.phelanlaw.org

---

**From:** Patel, Sagar [mailto:patel@sewkis.com]
**Sent:** Friday, May 25, 2018 2:53 PM
**To:** 'Huang, Albert'; 'dpuglisi@puglisiassoc.com'; Wendy Ebanks; Nicola Bashforth; 'acis clo 20156 ltd. [701570.000002] (701570.000002.maplesfs@mfs.maplesfs.com)'; Stern, Jeffrey; 'Yun Zheng'; 'Sheraim Mascal'; 'Structured Finance'
**Cc:** 'Potts, Taylor C'; 'Mah, Elaine P'; 'Marucheau, Louis J'; Calay, Sharan; Kotwick, Mark D.; Alves, Arlene; Robin Phelan; 'honeil@foley.com'
**Subject:** RE: ACIS - Issuer Order re Optional Redemption

Please see attached.

| | |
|---|---|
| **Sagar Patel** | **SEWARD & KISSEL LLP** |
| Tel: (212) 574-1422 | One Battery Park Plaza |
| Email: patel@sewkis.com | New York, NY 10004 |
| **ESTABLISHED 1890** | Fax: (212) 480-8421 |
| | Web: www.sewkis.com |

**Confidentiality Notice**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Seward & Kissel LLP by return e-mail and destroy the original message and all copies thereof.

**From:** Huang, Albert [mailto:AHuang@winston.com]
**Sent:** Thursday, May 24, 2018 12:56 PM
**To:** 'Potts, Taylor C'; 'Mah, Elaine P'; 'Marucheau, Louis J'
**Cc:** Calay, Sharan; Patel, Sagar; 'dpuglisi@puglisiassoc.com'; Wendy Ebanks; Nicola Bashforth; 'acis clo 20156 ltd. [701570.000002] (701570.000002.maplesfs@mfs.maplesfs.com)'; Stern, Jeffrey; 'Yun Zheng'; 'Sheraim Mascal'; 'Structured Finance'
**Subject:** ACIS - Issuer Order re Optional Redemption

U.S. Bank,

Attached please find Issuer Orders with respect to Optional Redemption from each of the Issuers listed below:

  (1) ACIS CLO 2013-1 Ltd.
  (2) ACIS CLO 2014-3 Ltd.
  (3) ACIS CLO 2014-4 Ltd.
  (4) ACIS CLO 2014-5 Ltd.
  (5) ACIS CLO 2015-6 Ltd.

Please confirm and acknowledge receipt of the attached at your soonest convenience.

Thanks,

**Albert Huang**
**Associate Attorney**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-6879

M: +1 404-933-3473

F: +1 212-294-4700

Bio | VCard | Email | winston.com

**WINSTON & STRAWN LLP**

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.