

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 4, 2018**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 CASES |
| | § | |
| ACIS CAPITAL MANAGEMENT, L.P., *et al.*, | § | CASE NO. 18-30264-sgj11 |
| | § | (Jointly Administered) |
| Debtors. | § | |

**ORDER (i) SETTING MANDATORY SETTLEMENT CONFERENCE; (ii) CONTINUING STATUS CONFERENCE; (iii) CONTINUING AND CONVERTING HEARING ON MOTION FOR ORDER COMPELLING REJECTION OF EXECUTORY CONTRACTS TO A STATUS CONFERENCE; AND (iv) SETTING HEARING ON APPLICATIONS TO EMPLOY COUNSEL AND SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE AND ANY OBJECTIONS THERETO**
[Relates to Docket Nos. 169, 239, 222, 244 and 246]

On May 31, 2018, the Court conducted a status conference (the "Status Conference")

based on the Request for Status Conference [Docket No. 239] filed by Robin Phelan (the

"Trustee"), the Chapter 11 Trustee of the debtors, Acis Capital Management, LP ("Acis LP") and

Acis Capital Management GP, LLC ("Acis GP," and together with Acis LP, the "Debtors").

Counsel for the following parties, as well as party representatives of certain of the following

parties, were present at the Status Conference: the Trustee, Highland Capital Management, LP

("Highland"), Highland CLO Funding, Ltd., Joshua Terry ("Terry"), the Acis CLOs,[1] US Bank

National Association ("US Bank"), and the United States Trustee.

At the Status Conference, the Trustee discussed a proposal that could potentially result in

the replacement of Highland under certain contracts between Highland and Acis LP, as well as

permit the Trustee to pay all creditors in full and provide a return to equity. Based on the

Trustee's outline of the proposal, the Court determined that it would be in the best interests of all

constituents of the Debtors' estates for the Court to: (i) order a mandatory settlement conference

between the parties to discuss the proposal presented by the Trustee at the Status Conference, (ii)

continue the Status Conference to a date after the settlement conference, and (iii) schedule

certain other matters currently pending before the Court to a later date to be heard concurrently

with the continued Status Conference.

**ACCORDINGLY, IT IS ORDERED THAT:**

1.      The Trustee, representatives with settlement authority for Highland and Highland

CLO Funding, Ltd., Mr. Terry, and respective counsel for the foregoing shall participate in good

faith in a mandatory face-to-face settlement conference to discuss the Trustee's proposal on

Friday, June 1, 2018 at 1:00 p.m. at the Winstead offices in Dallas;[2]

2.      The Status Conference is hereby continued until **June 12, 2018 at 1:30 p.m.** and

will be held in the United States Bankruptcy Court for the Northern District of Texas, Dallas

Division, 1100 Commerce Street, Room 1428 (Courtroom No. 1), Dallas, Texas 75242;

3.      The hearing scheduled for June 6, 2018 at 2:30 p.m. on the *Motion of Highland*

*Capital Management, LP for Order Compelling Chapter 7 Trustee to Reject Certain Executory*

---

[1] The Acis CLOs are comprised of Acis CLO 2013-1 Ltd., Acis CLO 2014-3, Acis CLO 2014-4 Ltd., Acis CLO 2014-5 Ltd., and Acis CLO 2015-6 Ltd.

[2] Counsel for and representatives of the Acis CLOs, US Bank, and the U.S. Trustee are welcome to attend, but are not ordered by the Court to attend the settlement conference.

*Contracts and Request for Expedited Hearing* [Docket No. 169] is hereby cancelled and converted to a status conference, which will also occur on June 12, 2018 at 1:30 p.m.;

4.      The Trustee's *Application for Order Authorizing the Employment and Retention of Forshey & Prostok, LLP as Counsel to the Chapter 11 Trustee* [Docket No. 222] and *Application to Employ Winstead PC as Special Counsel to the Chapter 11 Trustee* [Docket No. 246] (collectively, the "Applications to Employ") shall also be heard on June 12, 2018 at 1:30 p.m. At that time, the Court will also hear any objection to either of the Applications to Employ, including the *Motion to Disqualify Winstead, PC as Proposed Special Counsel to Robin Phelan, Chapter 11 Trustee* [Docket No. 244]; and

5.      The *Motion for Expedited Status Conference on Motion to Withdraw the Reference to District Court* (the "Motion for Expedited Hearing") filed by Highland in Adversary No. 18-03078 (the "Highland Adversary"), will also be heard on June 12, 2018 at 1:30 p.m. Counsel for the Highland Entities shall file a separate notice of hearing in the Highland Adversary regarding the hearing on the Motion for Expedited Hearing.

### ### END OF ORDER ###

APPROVED AS TO FORM:


/s/ Jeff P. Prostok
Jeff P. Prostok – SBT #16352500
J. Robert Forshey – SBT #07264200
Suzanne K. Rosen – SBT #00798518
Matthias Kleinsasser – SBT #24071357
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
mkleinsasser@forsheyprostok.com

PROPOSED COUNSEL FOR
THE CHAPTER 11 TRUSTEE


/s/ Rakhee V Patel
Rakhee V. Patel – SBT #00797213
Phillip Lamberson – SBT #00794134
Joe Wielebinski – SBT #21432400
Annmarie Chiarello – SBT #24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
rpatel@winstead.com
plamberson@winstead.com
jwielebinski@winstead.com
achiarello@winstead.com

PROPOSED SPECIAL COUNSEL FOR
ROBIN PHELAN, CHAPTER 11 TRUSTEE

4

/s/ Holland N. O'Neil
Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Shiva D. Beck (TX 24086882)
Melina N. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Ste. 1600
Dallas, Texas 75201
Telephone: (214) 999.3000
Facsimile: (214) 999.4667
honeil@foley.com
jbinford@foley.com
sbeck@foley.com
mbales@foley.com
COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, LP
AND HIGHLAND CLO FUNDING


/s/ Brian P. Shaw
Brian P. Shaw
Texas Bar No. 24053473
**ROGGE DUNN GROUP, PC**
1201 Elm St., Suite 5200
Dallas, Texas 75270
Telephone: (214) 220-3888
Facsimile: (214) 220-3833
shaw@roggedunngroup.com
ATTORNEYS FOR CREDITOR JOSHUA N. TERRY


L:\JPROSTOK\ACIS Capital Management (Trustee Rep)\Pleadings\Order Continuing Status Conference and Setting Other Matters 6.4.18.docx