JULY 2018

BRIGADE CLO PLATFORM



# BRIGADE

CAPITAL MANAGEMENT



CONFIDENTIAL AND PROPRIETARY – NOT FOR PUBLIC DISTRIBUTION

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS

# DISCLAIMER

THIS PRESENTATION SHALL NOT CONSTITUTE AN OFFER TO SELL OR THE SOLICITATION OF ANY OFFER TO BUY WHICH MAY ONLY BE MADE AT THE TIME A QUALIFIED OFFEREE RECEIVES AN OFFERING CIRCULAR ("OFFERING CIRCULAR") DESCRIBING THE OFFERING AND RELATED SUBSCRIPTION AGREEMENT AND IN THE CASE OF ANY INCONSISTENCY BETWEEN THE DESCRIPTIONS OR TERMS IN THIS PRESENTATION AND THE OFFERING CIRCULAR, THE OFFERING CIRCULAR SHALL CONTROL. THESE SECURITIES SHALL NOT BE OFFERED OR SOLD IN ANY JURISDICTION IN WHICH SUCH OFFER, SOLICITATION OR SALE WOULD BE UNLAWFUL UNTIL THE REQUIREMENTS OF THE LAWS OF SUCH JURISDICTION HAVE BEEN SATISFIED. WHILE ALL THE INFORMATION PREPARED IN THIS PRESENTATION IS BELIEVED TO BE ACCURATE, BRIGADE CAPITAL MANAGEMENT, LP AND/OR BRIGADE CAPITAL EUROPE MANAGEMENT LLP, AS APPLICABLE, (TOGETHER, "BRIGADE") MAKE NO EXPRESS WARRANTY AS TO THE COMPLETENESS OR ACCURACY NOR CAN BRIGADE ACCEPT RESPONSIBILITY FOR ERRORS APPEARING IN THE PRESENTATION. IN PARTICULAR, CERTAIN FACTUAL INFORMATION CONTAINED HEREIN HAS BEEN OBTAINED FROM PUBLISHED SOURCES PREPARED BY OTHER PARTIES AND BRIGADE HAS NOT INDEPENDENTLY VERIFIED SUCH INFORMATION. ANY PROJECTIONS, MARKET OUTLOOKS OR ESTIMATES IN THIS PRESENTATION ARE FORWARD LOOKING STATEMENTS AND ARE BASED UPON CERTAIN ASSUMPTIONS. OTHER EVENTS WHICH WERE NOT TAKEN INTO ACCOUNT MAY OCCUR AND MAY SIGNIFICANTLY AFFECT THE RETURNS OR PERFORMANCE ANY PROJECTIONS, OUTLOOKS OR ASSUMPTIONS SHOULD NOT BE CONSTRUED TO BE INDICATIVE OF THE ACTUAL EVENTS WHICH WILL OCCUR. INVESTMENT PARAMETERS MAY CHANGE AT ANY TIME. UNLESS STATED OTHERWISE, ANY PERFORMANCE AND RETURNS REFLECTED HEREIN INCLUDE BOTH REALIZED AND UNREALIZED GAINS AND LOSSES. THIS PRESENTATION IS NOT INTENDED FOR PUBLIC USE OR DISTRIBUTION. NO REGULATOR HAS APPROVED OR ENDORSED BRIGADE OR ANY PRODUCTS MANAGED BY BRIGADE. BRIGADE RESERVES THE RIGHT TO CHANGE ANY TERMS OF AN OFFERING AT ANY TIME. ANY OFFER AND SALE OF SECURITIES WILL BE MADE ONLY PURSUANT TO THE RELEVANT OFFERING CIRCULAR AND IN ACCORDANCE WITH THE APPLICABLE SECURITIES LAWS, AND THIS PRESENTATION IS QUALIFIED IN ITS ENTIRETY BY REFERENCE TO SUCH DOCUMENTATION, INCLUDING ANY RISK FACTORS AND POTENTIAL CONFLICTS OF INTEREST DISCLOSURE SET FORTH THEREIN.

THIS PRESENTATION IS STRICTLY CONFIDENTIAL AND IS PROVIDED EXCLUSIVELY FOR THE USE OF THE PERSON TO WHOM BRIGADE HAS DELIVERED IT IN CONNECTION WITH ONGOING OR INTENDED DISCUSSIONS WITH BRIGADE REGARDING ITS INVESTMENT PRODUCTS AND SERVICES. CERTAIN INFORMATION IN THIS PRESENTATION, INCLUDING THE PERFORMANCE FIGURES CONTAINED HEREIN, REQUIRE FURTHER EXPLANATION AND SHOULD BE DISCUSSED WITH YOUR BRIGADE REPRESENTATIVES. ACCORDINGLY, SUCH INFORMATION SHOULD NOT BE RELIED ON ABSENT SUCH DISCUSSIONS. THIS PRESENTATION MAY NOT BE REPRODUCED OR REDISTRIBUTED IN WHOLE OR IN PART. BRIGADE DISCLAIMS ANY OBLIGATION TO UPDATE THIS DOCUMENT TO REFLECT SUBSEQUENT DEVELOPMENTS. YOU AND YOUR ADVISOR(S) SHOULD CONSIDER ANY LEGAL, TAX AND ACCOUNTING MATTERS RELEVANT TO ANY INVESTMENTS DISCUSSED HEREIN OR ARISING THEREFROM. THIS PRESENTATION IS BEING FURNISHED TO YOU ON THE CONDITION THAT IT WILL NOT FORM A PRIMARY BASIS FOR ANY INVESTMENT DECISION. THE PAST PERFORMANCE OF ANY INVESTMENT VEHICLE OR ACCOUNT MANAGED OR ADVISED BY BRIGADE OR ITS PRINCIPALS IS NOT NECESSARILY INDICATIVE OF THE FUTURE RESULTS OF SUCH VEHICLES OR ACCOUNTS. ANY PORTFOLIO CONSTRUCTION PARAMETERS MENTIONED HEREIN ARE MEASURED AT THE TIME OF INVESTMENT UNLESS OTHERWISE NOTED. WHILE BRIGADE GENERALLY EXPECTS TO ADHERE TO SUCH PARAMETERS DURING NORMAL MARKET CONDITIONS, THEY ARE TARGETS AND NOT INVESTMENT RESTRICTIONS. BRIGADE MAY MODIFY ITS PORTFOLIO CONSTRUCTION TARGETS AT ANY TIME AND IN ANY MANNER WHICH IT BELIEVES IS CONSISTENT WITH ITS OVERALL INVESTMENT OBJECTIVE IN RESPONSE TO MARKET CONDITIONS OR OTHER FACTORS WITHOUT NOTICE TO INVESTORS OR CLIENTS. AN INVESTOR CAN LOSE ALL OR A SUBSTANTIAL PORTION OF THEIR INVESTMENT. FIRM ASSETS UNDER MANAGEMENT AND STRATEGY ASSETS ARE UNAUDITED AND SUBJECT TO CHANGE.



PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.



BRIGADE
CAPITAL MANAGEMENT

# EXECUTIVE SUMMARY[1]

## FIRM OVERVIEW

- Brigade was founded in 2006 and is led by Donald E Morgan III, CIO and Managing Partner.
- Brigade manages approximately $20.1 billion in assets across multiple credit strategies.
- Headquartered in New York with affiliated offices in London, Tokyo, and Sydney.
- 111 professionals globally, including a 47-person investment team.
- 22 employee/member equity partners who have each made a significant investment in the Brigade funds.

## BRIGADE VALUE PROPOSITION

- 30 person global credit research team with deep sector expertise and experience across multiple credit cycles in the leveraged finance market.
- Bottom-up, fundamental research-based process focused on free cash flow generation and asset coverage.
- Team of 12 traders globally, including 1 dedicated loan trader, with strong capital market relationships.
- Actively trading the portfolio based on price target upside/downside to build par and optimize WAS, WARF and Diversity.
- In-house developed software, Themis, allows PMs to monitor portfolio on a line item basis, track deal statistics, run hypothetical trades, and give orders to our traders.

## BRIGADE CLO MANAGEMENT

- Brigade has issued 15 CLOs[2] and currently manages $5.3bn[3] in CLOs across 12 active transactions[4], globally.
- Brigade's first CLO was issued in July 2007. Brigade's first European CLO was issued in July 2017.
- Jared Worman was appointed CLO Portfolio Manager in July 2016. Mr. Morgan, Brigade's CIO, remains actively involved in the Brigade CLO management process.
- Mr. Worman leverages Brigade's expertise in corporate credit research and structured credit analysis to build out the firm's long term CLO management franchise.
- $846mm flagship structured credit fund launched in August 2014. The firm has successfully invested in cash and synthetic structured products since 2008.
- Approximately $1.5bn in CLO tranche investments managed across the firm's various strategies.
- Brigade's first CDO closed in March 2018. This $400mm deal invests in both US loans and bonds.

[1] Data is as of 7/1/2018.
[2] Includes 12 US CLOs, 2 European CLOs and 1 US CDO
[3] CLO AUM depicts the notional amount of debt outstanding to investors as of 4/30/2018.
[4] Includes 9 US CLOs, 2 European CLOs and 1 US CDO.

Exhibit A
Page 3 of 9





BRIGADE
CAPITAL MANAGEMENT

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

# THE BRIGADE CREDIT PLATFORM[1]

Currently managing over $5.3bn[2] in total collateralized loan obligations while leveraging the scope of a $20.1bn[1] credit platform

**TOTAL FIRM AUM**
**$20.1 BILLION**
(as of 7/1/2018)

**OPPORTUNISTIC CREDIT**
Commingled Fund
Managed Accounts
$5.1bn

**CUSTOMIZED CREDIT MANDATES**
Managed Accounts
$2.4bn

**HEDGE FUNDS**
Long/Short Credit Fund
Structured Credit Fund
Distressed Value Fund
Energy Opportunities Funds
Managed Accounts
$4.5bn

**COLLATERALIZED LOAN OBLIGATIONS**
Battalion Series (U.S.)
Armada Series (EUR)
Brigade Debt Funding Series
$5.3bn[2]

**LONG-ONLY HIGH YIELD**
Managed Accounts
$3.0bn

[1] AUM is as of 7/1/2018.
[2] CLO AUM depicts the notional amount of debt outstanding to investors as of 4/30/2018. Includes 8 US CLOs, 2 European CLOs and 1 US CDO.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.



BRIGADE
CAPITAL MANAGEMENT

# BRIGADE CREDIT STRATEGIES

## Approximately $13 billion, or over 66%, of AUM is dedicated to long only/long biased credit strategies

| Strategy | Credit Absolute Return Long/Short | Corporate Structured Credit Long/Short | Distressed/ Stressed Credits Long/Short | Energy Long/Short | Long Biased Credit, Macro short (when applicable) | High Yield and Other Long Only Strategies | CLO Collateral Manager |
|---|---|---|---|---|---|---|---|
| **Fund/Strategy** | Brigade Leveraged Capital Structures Fund | Brigade Structured Credit Strategy | Brigade Distressed Value Fund | Brigade Energy Opportunities Funds I & II (Fund I* & Fund II*) | Opportunistic Credit Strategy | Long Only Accounts | CLO Battalion and Armada Series |
| **AUM[9] 7/1/2018** | $2.5bn | $1bn | $236mm | $403mm (Fund I); $183mm (Fund II) | $5.1bn | $3.0bn | $5.3bn[8] |
| **Inception Date** | 1/1/2007 | 8/1/2014 | 1/1/2011 | 5/1/2015 | 3/1/2009 | 4/1/2009 | 7/1/2007 |
| **Annualized Return ITD[1] 6/30/2018** | 5.96%[2] | 7.85%[3] | 6.36%[4] | 6.30%[5] | 6.82%[6] | 12.92%[7] | - |

[1] The presented net returns assume the reinvestment of all earnings. The 2018 returns were prepared based on unaudited estimates, and the 2007-2017 returns were prepared based on audited financial statements. The returns reflected herein include both realized and unrealized gains and losses.
[2] Brigade Leverage Capital Structures Fund LP
[3] Brigade Structured Credit Fund LP
[4] Brigade Distressed Value Fund LP
[5] Brigade Energy Opportunities Fund LP
[6] Brigade Credit Fund II LP
[7] Brigade Traditional High Yield Strategy Representative Account
[8] CLO AUM depicts the notional amount of debt outstanding to investors as of 6/30/2018. Includes 9 US CLOs, 2 European CLOs and 1 US CDO.
[9] Excludes $2.4bn of additional AUM in other separately managed accounts.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

Exhibit A
Page 5 of 9



**BRIGADE**
CAPITAL MANAGEMENT

# BRIGADE INVESTMENTS [1]

## Brigade manages approximately $8.6 billion in leveraged loans across the spectrum of Brigade investment strategies

**Bank Debt ($8.6bn), 48.3%** [2]

Equities ($800mm), 4.3%

**Other ($300mm), 1.9%** [3]

**Collateralized Loan Obligations ($1.4bn), 7.6%**

Bonds ($6.8bn), 37.9%

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

[1] Firm wide AUM is as of 6/30/2018. Excludes Cash.
[2] Bank Debt invested AUM includes the value of investments held within Collateralized Loan Obligations that are in warehousing.
[3] Other includes: ABS, Synthetic Credit and Other Assets

BRIGADE INVESTMENTS [1]



BRIGADE
CAPITAL MANAGEMENT

# BRIGADE INVESTMENT TEAM [1]

## DONALD E. MORGAN III, CFA
MANAGING PARTNER
Chief Investment Officer
25 years

### STRATEGY HEADS

- Steve Bleier, Co-PM Structured Credit, Co-Head of Trading, 20 Years
- Dylan Ross, Co-PM Structured Credit, Trader, 12 Years
- Ivan Kosticevic, PM of Distressed, Head of Distressed Research, 22 Years
- Doug Pardon, PM of Opportunistic Credit and Long Only High Yield, 17 Years
- Gregory Soeder, Head of Portfolio Strategy, 21 Years
- J. Carney Hawks, PM of Energy, Head of Special Situations, 22 Years
- Thomas O'Shea, Head of European Investments, 22 Years

### JARED WORMAN
CLO PORTFOLIO MANAGER
16 years

| | | |
|---|---|---|
| **Sumit Sabbok** Technology 18 Years | **Kunal Banerjee, CFA** Chemicals 18 Years | **Christopher Chaice** Senior Credit Attorney 18 Years |
| **David You** Distressed 11 Years | **Meagan Bennett** Airlines, Power & Oil Services 12 Years | **Luc-Antoine Lebard** European Technology, Media & Telecom 12 Years |
| **Akshay Nagia** Energy & Power 7 Years | **Doug Ingraham** Aviation 7 Years | **Cecil Boece** Europe 7 Years |
| **Siddhartha Pasricha, PhD** Risk Officer 14 Years | **Rob Lefkowitz, CFA CAIA FRM** Director of Risk 24 Years | **Emily Koinz** Senior Portfolio Analyst 10 Years |
| **Charles Bartels** Trader 13 Years | **Justin Pauley** Senior Structured Credit Analyst 14 Years | **Susanta Basu, PhD** Quantitative Analyst 14 Years |

| | | | |
|---|---|---|---|
| **Scott Hoffman** Energy/Power 18 Years | **Simon Braith** Australia 20 Years | **John Baylis** Media & Cable 21 Years | **Raymond Garson** Healthcare 23 Years |
| **Nial Jacob** European Retail & Consumer Products 13 Years | **Matthew Wodola** Distressed 13 Years | **Kensuke Fushitani** Asian Markets 17 Years | **Niall Sheehan** European Industrials 17 Years |
| **Adam Tinsley** Industrials & Special Situations 9 Years | **Patrick Evans** Credit Attorney 9 Years | **Max Scherr** Financials 10 Years | **Matthew Portal** Retail & Consumer Products 10 Years |
| **Sandro Carissimo** Chemicals & Gaming 3 Years | **Colin Howard** Healthcare 5 Years | **Tyler Williams-Sinclair** Technology & Media 5 Years | **Patrick Robb** Gaming, Homebuilding & Autos 6 Years |
| **Mitch Rosen** CMBS Analyst 17 Years | **Michael Walker** Trader 22 Years | **Xavier Mimaud** Trader 23 Years | **Russ DiMimi** Co-Head of Trading 25 Years |
| | **Michael Bennett** Trading Assistant 5 Years | **Byron Maruto, CFA** Derivatives Trader 9 Years | **Jordan Chirico** Senior Structured Product Analyst 12 Years |

[1] Reflects years of relevant industry experience





BRIGADE
CAPITAL MANAGEMENT

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

# BRIGADE CLOs OUTSTANDING[1]

| Deal Name | Closing Date | Reinvestment End Date | Current Liability Balance[3] | WAS[4] | WARF | Diversity Score | Weighted Average Facility Size (mm) | Second Lien | Equity NAV[5] | Change In NAV (Last 12 months) |
|---|---|---|---|---|---|---|---|---|---|---|
| **EFFECTIVE** | | | | | | | | | | |
| Battalion 5[6] | 4/24/2014 | 4/17/2018 | $416,500,000 | N/A | N/A | N/A | N/A | N/A | 29.2 | 11.8 |
| Battalion 6[6] | 10/16/2014 | 10/17/2018 | $461,100,000 | N/A | N/A | N/A | N/A | N/A | 28.9 | 13.1 |
| Battalion 7 | 11/19/2014 | 10/17/2018 | $411,500,000 | 3.54 | 2,855 | 61 | $1,160 | 1.31% | 37.8 | 7.0 |
| Battalion 8 | 4/9/2015 | 7/18/2022 | $505,775,000 | 3.65 | 2,887 | 75 | $1,299 | 1.08% | 65.1 | 3.0 |
| Battalion 9 | 7/29/2015 | 7/15/2020 | $509,200,000 | 3.61 | 2,897 | 73 | $1,284 | 1.10% | 54.6 | 3.6 |
| Battalion 10 | 12/8/2016 | 1/24/2021 | $404,300,000 | 3.55 | 2,734 | 71 | $1,291 | 1.31% | 87.8 | (1.6) |
| Battalion 11 | 9/21/2017 | 10/24/2021 | $651,750,000 | 3.55 | 2,719 | 71 | $1,250 | 1.24% | 76.9 | N/A |
| Battalion 12 | 5/16/2018 | 5/17/2023 | $612,000,000 | 3.56 | 2,788 | 71 | $1,226 | 1.26% | 70.1 | N/A |
| Armada 1[2] | 9/21/2017 | 10/24/2021 | $430,922,997 | 3.58 | 2,740 | 46 | €596 | 0.00% | 63.0 | N/A |
| BDF 1[7] | 3/14/2018 | N/A | $408,100,000 | 4.97 | 3,112 | 66 | $1,059 | 2.32% | 90.0 | N/A |
| **TOTAL** | | | **$4,811,147,997** | | | | | | | |
| **NOT YET EFFECTIVE** | | | | | | | | | | |
| Armada 2[2] | 4/26/2018 | 5/15/2022 | $480,487,334 | 3.57 | 2,726 | 45 | €885 | 0.00% | N/A | N/A |
| **TOTAL** | | | **$480,487,334** | | | | | | | |
| **GRAND TOTAL** | | | **$5,291,635,331[8]** | | | | | | | |

[1] Source: Themis, Brigade internal system, as of 6/30 2018. The above information is given in relation to previous Brigade CLO issuances. CLO issuances that are in a post-reinvestment period have been excluded. CLO issuances have varied and these examples are not reflective of all past or future CLO portfolio construction or performance. Future CLO issuances, construction, and performance will vary from the above examples.
[2] Armada deals are managed by Brigade's controlled affiliate in the UK, Brigade Capital Europe Management LLP.
[3] Current liability balance shown in USD.
[4] WAS incorporates spread, fixed coupons, and loan floor (when it is above LIBOR for Battalion deals and EURIBOR for Armada deals).
[5] Equity NAV not meaningful until effective date.
[6] Battalion 5 and Battalion 6 are in the process of being redeemed.
[7] BDF 1 refers to Brigade Debt Funding 1, Brigade's first CBO.
[8] CLO AUM depicts the notional amount of debt outstanding to investors as of 6/30 2018.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.



**BRIGADE**
CAPITAL MANAGEMENT

# CLO INVESTMENT PROCESS: INVESTMENT SUMMARY

## Portfolio is rotated to opportunities identified by fundamental research and experience with credit cycle conditions

### STRUCTURE

- Deep understanding of different investor objectives
- Balanced approach to portfolio management focused on par build
- Rigorous modeling of ratings, default, and price scenarios

### PORTFOLIO CONSTRUCTION

- Balanced single-name approach based on credit research, relative value, and rating
- Focus on liquid loans traded by large bracket banks
- Daily monitoring of line items by proprietary Brigade rating system and target exposure
- Diversify exposure at issuer, industry and geography levels
- Conservative but active management, limiting use of second liens and CCC's, with a focus on building par

### FUNDAMENTAL RESEARCH

- Rely on strength of credit research team, over half of which has more than a decade of experience covering specific sectors
- Rigorous modeling and discussion with PM before positions are initiated
- Focus on free cash flow, asset coverage, and downside protection in assessing relative value
- Key criteria include: strength of management, barriers to entry, history through the cycle, and credit documents
- Experienced team willing to take on an active role in structuring more difficult deals

**STRUCTURE**

**PORTOLIO CONSTRUCTION**

**FUNDAMENTAL RESEARCH**

Exhibit A
Page 9 of 9

While Brigade generally expects to adhere to the above exposures during normal market conditions, such exposures are targets and not investment restrictions. Brigade may modify its portfolio exposure targets at any time and in any manner which it believes is consistent with its overall investment objective in response to market conditions or other factors without notice to investors or clients.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.





BRIGADE
CAPITAL MANAGEMENT