Jeff P. Prostok – State Bar No. 16352500
J. Robert Forshey – State Bar No. 07264200
Suzanne K. Rosen – State Bar No. 00798518
Matthew G. Maben – State Bar No. 24037008
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
mmaben@forsheyprostok.com

**COUNSEL FOR ROBIN PHELAN,
CHAPTER 11 TRUSTEE**

Rakhee V. Patel – State Bar No. 00797213
Phillip Lamberson – State Bar No. 00794134
Joe Wielebinski – State Bar No. 21432400
Annmarie Chiarello – State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
rpatel@winstead.com
plamberson@winstead.com
jwielebinski@winstead.com
achiarello@winstead.com

**SPECIAL COUNSEL FOR
ROBIN PHELAN, CHAPTER 11 TRUSTEE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 CASES |
| | § | |
| ACIS CAPITAL MANAGEMENT, L.P., | § | CASE NO. 18-30264-sgj11 |
| ACIS CAPITAL MANAGEMENT GP, LLC, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

## TABULATION OF BALLOTS IN CONNECTION WITH CONFIRMATION OF THE FIRST AMENDED JOINT PLAN FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC

TO THE HONORABLE STACEY G. C. JERNIGAN,
UNITED STATES BANKRUPTCY JUDGE:

Robin Phelan ("Trustee"), the Chapter 11 Trustee for Acis Capital Management, L.P. and Acis Capital Management GP, LLC (the "Debtors"), files this Tabulation of Ballots in connection with confirmation of the *First Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC* (the "Plan")[1].

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Plan.

1. Attached hereto as **Exhibit "A"** is the Affidavit of Linda Breedlove (the "Balloting Agent") certifying the Ballots received prior to the voting deadline in relation to the Plan (the "Affidavit"). A Ballot Summary of all Ballots received by the Balloting Agent is attached to the Affidavit as Exhibit "1" (the "Ballot Summary").

2. Counsel for the Trustee has prepared the Ballot Tabulations for each voting class attached hereto as **Exhibit "B"**, which tabulate the Ballots indicated on the Ballot Summary according to Claim or Interest amount. In preparing the Ballot Tabulations, the following methodology was used:

    a. Claim amounts for each Ballot are based on amounts provided in the Debtors' Schedules, unless a proof of Claim has been filed, in which case, the amount indicated in such Creditor's proof of Claim has been used.

    b. If a Ballot was amended prior to the voting deadline, the amended Ballot has been used for voting purposes.

    c. Ballots that are duplicates of prior Ballots or which were subsequently amended prior to the voting deadline have been disregarded.

    d. If a timely Ballot was later changed to an accepting vote, the original receipt date was used.

3. As reflected in the Ballot Tabulations, the following is a summary of the Ballots cast in each of the Classes under the Plan:

| CLASS | TOTAL BALLOTS COUNTED | | | |
|---|---|---|---|---|
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| **Class 1 Secured Tax Claims** | Class is unimpaired and is deemed to have accepted the Plan. | | | |

| CLASS | TOTAL BALLOTS COUNTED | | | |
|---|---|---|---|---|
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| **Class 2**<br>**HCLOF Claim** | $0.00<br>0.00% | 0<br>0.00% | $0.00<br>0.00% | 0<br>0.00% |
| **Class 3**<br>**Terry Secured Claim** | $8,168,293.56<br>100% | 2<br>100% | $0.00<br>0.00% | 0<br>0.00% |
| **Class 4**<br>**General Unsecured Claims** | $246,453.66<br>100% | 1<br>100% | $0.00<br>0.00% | 0<br>0.00% |
| **Class 5**<br>**Insider Claims** | $0.00<br>0.00% | 0<br>0.00% | $4,672,140.38<br>100% | 1<br>100% |
| **Class 6**<br>**Interests in the Debtor** | $0.00<br>0.00% | 0<br>0.00% | $0.00<br>0.00% | 0<br>0.00% |

4. The Plan contains three separate alternatives – Plan A, Plan B and Plan C. Impaired Creditors entitled to vote on the Plan were entitled to vote separately as to each alternative. The Ballots transmitted to holders of Claims in Impaired Classes requested that such holders indicate their preferences among the three alternatives, to the extent that such alternatives were accepted. Each Creditor who submitted a Ballot voting to accept the Plan (a) voted to accept each of the three Plan alternatives, and (b) indicated the following preferences among the three alternatives: (i) Plan A – first choice; (ii) Plan C – second choice, and (iii) Plan B – third choice. Holders of Class 6 Interests in the Debtors were only entitled to vote on the Plan A alternative. As indicated above, no Ballots were received from holders of Class 6 Interests.

Dated: August 17, 2018.

Respectfully submitted,

/s/ Jeff P. Prostok

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
Matthew G. Maben
State Bar No. 24037008
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
mmaben@forsheyprostok.com

**COUNSEL FOR ROBIN PHELAN, CHAPTER 11 TRUSTEE**

-and-

Rakhee V. Patel
State Bar No. 00797213
rpatel@winstead.com
Phillip Lamberson
State Bar No. 00794134
plamberson@winstead.com
Joe Wielebinski
State Bar No. 21432400
jwielebinski@winstead.com
Annmarie Chiarello
State Bar No. 24097496
achiarello@winstead.com
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)

**SPECIAL COUNSEL FOR ROBIN PHELAN, CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon parties requesting ECF electronic notice and via email on the parties listed below on August 17, 2018.

Andrew Zollinger
andrew.zollinger@dlapiper.com
Thomas R. Califano
thomas.califano@dlapiper.com
DLA PIPER LLP (US)
**Attorneys for Universal-Investment-Luxembourt S.A. and BAYVK R2 Lux S.A., SICAV-FIS**

Thomas M. Melsheimer
tmelsheimer@winston.com
Lane M. Webster
lwebster@winston.com
David Neier
dneier@winston.com
WINSTON & STRAWN LLP
**Attorneys for Issuers and Co-Issuers**

Holland N. O'Neil
honeil@foley.com
FOLEY GARDERE FOLEY & LARDNER LLP
Michael K. Hurst
mhurst@lynnllp.com
LYNN PINKER COX & HURST, LLP
**Attorneys for Highland Capital Management, L.P.**

Mark M. Maloney
KING & SPALDING LLP
mmaloney@slaw.com
**Attorneys for Highland CLO Funding Ltd.**

Brian P. Shaw
shaw@roggedunngroup.com
ROGGE DUNN GROUP, PC
**Attorneys for Joshua N. and Jennifer G. Terry**

Daniel P. Novakov
dnovakov@fbtlaw.com
FROST BROWN TODD LLC
Mark D. Kotwick
kotwick@sewkis.com
Arlene R. Alves
alves@sewkis.com
SEWARD & KISSELL LLP
**Attorneys for U.S. Bank National Association**

/s/ Jeff P. Prostok
Jeff P. Prostok

L:\JPROSTOK\ACIS Capital Management (Trustee Rep)\Plan and Disclosure Statement\Ballot Tabulation 8.17.18.docx

# Exhibit "A"

Jeff P. Prostok – State Bar No. 16352500
J. Robert Forshey – State Bar No. 07264200
Suzanne K. Rosen – State Bar No. 00798518
Matthew G. Maben – State Bar No. 24037008
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
mmaben@forsheyprostok.com

**COUNSEL FOR ROBIN PHELAN,
CHAPTER 11 TRUSTEE**

Rakhee V. Patel – State Bar No. 00797213
Phillip Lamberson – State Bar No. 00794134
Joe Wielebinski – State Bar No. 21432400
Annmarie Chiarello – State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
rpatel@winstead.com
plamberson@winstead.com
jwielebinski@winstead.com
achiarello@winstead.com

**SPECIAL COUNSEL FOR
ROBIN PHELAN, CHAPTER 11 TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 CASES |
| ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, | § § § § | CASE NO. 18-30264-sgj11 (Jointly Administered) |
| Debtors. | § § § | |

**AFFIDAVIT OF LINDA BREEDLOVE, BALLOTING AGENT, REGARDING
TABULATION OF BALLOTS IN RELATION TO THE FIRST AMENDED JOINT
PLAN FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL
MANAGEMENT GP, LLC**

STATE OF TEXAS       §
                     §
COUNTY OF TARRANT    §

BEFORE ME, the undersigned authority in and for said County and State, on this day personally appeared Linda Breedlove who, after being by me duly sworn, stated upon her oath:

1. "My name is Linda Breedlove. I am over the age of eighteen (18) years and I am

competent to make this affidavit.

2.  I am employed as a paralegal with the law firm of Forshey & Prostok, LLP, 777 Main Street, Suite 1290, Fort Worth, Texas 76102. In the scope of my employment, I acted as Balloting Agent for the Ballots received in connection with the *First Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC* in the above-referenced Chapter 11 proceedings.

3.  I received each and every Ballot submitted by mail, fax, electronic mail, overnight delivery, or hand delivery, and each such Ballot has been in my care, custody and control since its receipt. Upon my receipt of each Ballot, I numbered the Ballot and recorded it on a Schedule of Ballots Received. Attached hereto as **Exhibit "1"** is a true and correct accounting of all Ballots received by me prior to the voting deadline of August 13, 2018 at 4:00 p.m. Central Time."

SIGNED this 17th day of August 2018.



Linda Breedlove, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME by the said Linda Breedlove on the 17th day of August 2018.

JULIA ANN GONZALEZ
Notary Public, State of Texas
Comm. Expires 10-28-2021
Notary ID 6367371

Notary Public in and for the State of Texas

L:\JPROSTOK\ACIS Capital Management (Trustee Rep)\Plan and Disclosure Statement\Affidavit of Balloting Agent 8.17.18.docx

*In re: Acis Capital Management, L.P.*
*In re: Acis Capital Management GP, LLC*

### Exhibit 1

### Schedule of Ballots Received

| Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | Schedule Amount | POC Amount | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/13/2018 | Joshua N. Terry | X | | 3 | $8,060,827.84 | $7,949,749.15 | $8,060,827.84 | POC 1-2 |
| 2 | 08/13/2018 | Jennifer G. Terry F/b/o Quest IRAs #1467511 & 1467521 and as trustee of the Terry Family 401k Plan | X | | 4 | $246,453.66 | $0.00 | $246,453.66 | POC 25-1 |
| 3 | 08/13/2018 | Joshua N. Terry F/b/o Quest IRAs No. 1467711 and 1467721 | X | | 3 | $107,465.72 | $0.00 | $107,465.72 | POC 26-1 |
| 4 | 08/13/2018 | Highland Capital Management, L.P. | | X | 5 | $4,672,140.38 | $2,770,731.00 | $4,672,140.38 | POC 27-1 |

L:\PROSTOK\ACIS Capital Management (Trustee Rep)\Plan and Disclosure Statement\Ex. 1 - List of Ballots Received.docx

# Exhibit "B"

*In re: Acis Capital Management, L.P.*
*In re: Acis Capital Management GP, LLC*

**Exhibit B**

**Class 3 Ballots**

| Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | Schedule Amount | POC Amount | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/13/2018 | Joshua N. Terry | X | | 3 | $8,060,827.84 | $7,949,749.15 | $8,060,827.84 | POC 1-2 |
| 3 | 08/13/2018 | Joshua N. Terry F/b/o Quest IRAs No. 1467711 and 1467721 | X | | 3 | $107,465.72 | $0.00 | $107,465.72 | POC 26-1 |

| | $ Ballots | % | No. Ballots | % |
|---|---|---|---|---|
| Accept | $8,168,293.56 | 100.00% | 2 | 100.00% |
| Reject | 0.00 | 0.00% | 0 | 0.00% |
| **TOTALS** | **$8,168,293.56** | **100.00%** | **2** | **100.00%** |

*In re: Acis Capital Management, L.P.*
*In re: Acis Capital Management GP, LLC*

### Exhibit B

### Class 4 Ballots

| Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | Schedule Amount | POC Amount | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 08/13/2018 | Jennifer G. Terry F/b/o Quest IRAs #1467511 & 1467521 and as trustee of the Terry Family 401k Plan | X | | 4 | $246,453.66 | $0.00 | $246,453.66 | POC 25-1 |

| | $ Ballots | % | No. Ballots | % |
|---|---|---|---|---|
| Accept | $246,453.66 | 100% | 1 | 100% |
| Reject | $0.00 | 0.00% | 0 | 0.00% |
| **TOTALS** | **$246,453.66** | **100.00%** | **1** | **100.00%** |

L:\PROSTOK\ACIS Capital Management (Trustee Rep)\Plan and Disclosure Statement\Ex. B - Class 4 ballots.docx

*In re: Acis Capital Management, L.P.*
*In re: Acis Capital Management GP, LLC*

## Exhibit B

## Class 5 Ballots

| Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | Schedule Amount | POC Amount | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 08/13/2018 | Highland Capital Management, L.P. | | X | 5 | $4,672,140.38 | $2,770,731.00 | $4,672,140.38 | POC 27-1 |

| | $ Ballots | % | No. Ballots | % |
|---|---|---|---|---|
| Accept | $0.00 | 0.00% | 0 | 0.00% |
| Reject | $4,672,140.38 | 100% | 1 | 100% |
| **TOTALS** | **$4,672,140.38** | **100.00%** | **1** | **100.00%** |