Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Melina N. Bales (TX 24106851)
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Ste. 1600
Dallas, Texas 75201
Tel:  214.999.3000
Fax: 214.999.4667
honeil@foley.com

Michael K. Hurst (TX 10316310)
A. Shonn Brown (TX 24007164)
Ruben A. Garcia (TX 24101787)
LYNN PINKER COX & HURST, LLP
2100 Ross, Suite 2700
Dallas, Texas 75201
Tel:  214.981.3800
Fax: 214.981.3839
mhurst@lynnllp.com

COUNSEL FOR HIGHLAND CAPITAL
MANAGEMENT LP and  NEUTRA LTD.

Mark M. Maloney
Georgia Bar No. 468104 (*pro hac vice*)
W. Austin Jowers
Georgia Bar No. 405482 (*pro hac vice*)
Paul R. Bessette
Texas Bar No. 02263050
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Tel:  404.572.4600
Fax: 404.572.5100
mmaloney@kslaw.com

COUNSEL FOR HIGHLAND CLO FUNDING LTD.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-30264-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, LP, and | § | Case No. 18-30265-SGJ-11 |
| | § | |
| ACIS CAPITAL MANAGEMENT GP, LLC, | § | (Jointly administered under |
| | § | Case No. 18-30264-SGJ-11) |
| Debtors. | § | |
| | § | Chapter 11 |
| | § | |

**NOTICE OF APPEAL**

1. **APPELLANTS**

   - Highland Capital Management, LP

   - Neutra, Ltd.

   - Highland CLO Funding, Ltd.

1

2. **SUBJECT OF THE APPEAL**

**Doc. 827 – No. 18-30264:** Bench Ruling and Memorandum of Law in Support of: (A) Final Approval of Disclosure Statement; and (b) Confirmation of Chapter 11 Trustee's Third Amended Joint Plan (Appendix A).

**Doc. 829 – No. 18-30264:** Findings of Fact, Conclusions of Law, and Order Granting Final Approval of Disclosure Statement and Confirming the Third Amended Joint Plan for Acis Capital Management LP and Acis Capital Management GP LLC, as Modified (Appendix B).

**Doc. 830 – No. 18-30264:** Findings of Fact, Conclusions of Law, and Order Granting Final Approval of Disclosure Statement and Confirming the Third Amended Joint Plan for Acis Capital Management LP and Acis Capital Management GP LLC, as Modified (Appendix C).

3. **APPELLEES**

| **Chapter 11 Trustee:** | **Counsel:** |
|---|---|
| Robin Phelan, Chapter 11 Trustee | Jeff P. Prostok |
| | jprostok@forsheyprostok.com |
| | J. Robert Forshey |
| | bforshey@forsheyprostok.com |
| | Suzanne K. Rosen |
| | srosen@forsheyprostok.com |
| | Matthew G. Maben |
| | mmaben@forsheyprostok.com |
| | Forshey & Prostok LLP |
| | 777 Main Street, Suite 1290 |
| | Fort Worth, Texas 76102 |
| | Tel: 817.877.8855 |
| | |
| | Rakhee V. Patel |
| | rpatel@winstead.com |
| | Phillip L. Lamberson |
| | plamberson@winstead.com |
| | Joseph J. Wielebinski, Jr. |
| | jwielebinski@winstead.com |
| | Annmarie Antoniette Chiarello |
| | achiarello@winstead.com |
| | Winstead PC |
| | 500 Winstead Building |
| | 2728 N. Harwood Street |
| | Dallas, Texas 75201 |
| | Tel: 214.745.5400 |

| | |
|---|---|
| **Petitioning Creditor:**<br>Joshua N. Terry | **Counsel:**<br>Brian Shaw<br>John M. Lynch<br>Rogge Dunn Group, PC<br>1201 Elm Street, Suite 5200<br>Dallas, Texas 75270<br>Tel: 214.888.5000<br>shaw@roggedunngroup.com<br>lynch@roggedunngroup.com |
| **United States Trustee:**<br>Lisa Lambert<br>1100 Commerce, Room 976<br>Dallas, Texas 75242<br>Tel: 214.767.8967<br>lisa.l.lambert@usdoj.gov | |
| **ACIS CLO 2014-3 Ltd.**<br>**ACIS CLO 2014-4 Ltd.**<br>**ACIS CLO 2014-5 Ltd.**<br>**ACIS CLO 2015-6 Ltd.** | **Counsel:**<br>Joseph E. Bain<br>Amy K. Anderson<br>Jones Walker LLP<br>811 Main, Suite 2900<br>Houston, Texas 77002<br>Tel: 713.437.1800<br>jbain@joneswalker.com<br>aanderson@joneswalker.com<br><br>James T. Bentley<br>Schule Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel: 212.756.2000<br>james.bentley@srz.com |

3

| **U.S. Bank N.A. as CLO Trustee** | **Counsel:** <br> Arlene Alves <br> Seward & Kissel LLP <br> One Battery Park Plaza <br> New York, New York 10004 <br> Tel: 212.574.1200 <br> alves@sewkis.com |
|---|---|

**4.    ELECTION**

No bankruptcy appellate panel exists; appellants elect U.S. District Court review.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark M. Maloney* | */s/ Holland N. O'Neil* |
| Mark M. Maloney | Holland N. O'Neil |
| Georgia Bar No. 468104 (*pro hac vice*) | Texas Bar No. 14864700 |
| W. Austin Jowers | Jason B. Binford |
| Georgia Bar No. 405482 (*pro hac vice*) | Texas Bar No. 24045499 |
| Paul R. Bessette | Melina N. Bales |
| Texas Bar No. 02263050 | Texas Bar No. 24106851 |
| King & Spalding LLP | Foley Gardere |
| 1180 Peachtree Street NE | Foley & Lardner LLP |
| Atlanta, Georgia 30309 | 2021 McKinney, Suite 1600 |
| Tel: 404.572.4600 | Dallas, Texas 75201 |
| Fax: 404.572.5100 | Tel: 214.999.3000 |
| mmaloney@kslaw.com | Fax: 214.999.4667 |
| ajowers@kslaw.com | honeil@foley.com |
| pbessette@kslaw.com | jbinford@foley.com |
| | mbales@foley.com |

*Counsel for:*
***Highland CLO Funding Ltd.***

Michael K. Hurst
Texas Bar No. 10316310
A. Shonn Brown
Texas Bar No. 24007164
Ruben A. Garcia
Texas Bar No. 24101787
Lynn Pinker Cox & Hurst LLP
2100 Ross Avenue, Ste. 2700
Dallas, Texas 75201
Tel: 214.981.3800
Fax: 214.981.3839
mhurst@lynnllp.com

*Counsel for:*
***Highland Capital Management LP
and Neutra Ltd.***

5