# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: ACIS CAPITAL MANAGEMENT, L.P., et al., | § § § | |
| Debtors. | § § | |
| NEUTRA, LTD., | § § | Civil Action No. 3:18-CV-1056-D (Consolidated with Civil Action Nos. 3:18-CV-1057-D, 3:18-CV-1073-D, and 3:18-CV-1084-D) |
| Appellant, | § § | |
| vs. | § § | |
| JOSHUA N. TERRY, | § § | (Bank. Ct. Nos. 18-30264-SGJ-7; 18-30265-SGJ-7) |
| Appellee. | § § § § | |

---

### NOTICE OF APPEAL TO UNITED STATES COURT OF APPEAL FOR THE FIFTH CIRCUIT
---

Neutra, Ltd., appellant in these consolidated cases, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of the district court for the Northern District of Texas, Dallas Division, entered in this case on July 18, 2019:

> Dismissing appellants' appeal from: (1) the bankruptcy court's order entered April 6, 2018 denying Highland CLO Funding, Ltd., CLO Holdco, Ltd., and Neutra, Ltd.'s motion to intervene in proceedings contesting involuntary petitions under Federal Bankruptcy Rule 1018, or in the alternative, Rule 2018 (subject of the appeal docketed as Civil Action No. 3:18-CV-1056-D); (2) the bankruptcy court's order for relief in an involuntary case entered April 13, 2018 (subject of the appeal docketed as Civil Action No. 3:18-CV-1057-D); (3) the bankruptcy court's order for relief in an involuntary case entered April 13, 2018 (subject of the appeal docketed as Civil Action No. 3:18-CV-1073-D); and (4) the bankruptcy court's order entered April 6, 2018 denying Highland CLO Funding, Ltd., CLO Holdco, Ltd., and Neutra Ltd.'s motion to intervene in proceedings contesting

involuntary petitions under Federal Bankruptcy Rule 1018, or in the alternative, Rule 2018 (subject of the appeal docketed as Civil Action No. 3:18-CV-1084-D). [Dkt. Nos. 26, 27]

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

| **Petitioning Creditor:** | **Counsel:** |
|---|---|
| Joshua N. Terry | Brian P. Shaw, Jr. |
| | Rogge Dunn Group, P.C. |
| | 1201 Elm Street, Suite 5200 |
| | Dallas, Texas 75270 |
| | Telephone: (214) 888-5000 |
| | shaw@roggedunngroup.com |

Respectfully submitted,

*/s/ Holland N. O'Neil*

| Holland N. O'Neil | Michael K. Hurst |
|---|---|
| Texas Bar No. 14864700 | Texas Bar No. 10316310 |
| Jason B. Binford | David S. Coale |
| Texas Bar No. 24045499 | Texas Bar No. 00787255 |
| Stacy R. Obenhaus | Ruben A. Garcia |
| Texas Bar No. 15161570 | Texas Bar No. 24101787 |
| Debbie E. Green | Lynn Pinker Cox & Hurst LLP |
| Texas Bar No. 24049852 | 2100 Ross Avenue, Ste. 2700 |
| Foley Gardere | Dallas, Texas 75201 |
| Foley & Lardner LLP | Tel: 214.981.3800 |
| 2021 McKinney, Suite 1600 | Fax: 214.981.3839 |
| Dallas, Texas 75201 | mhurst@lynnllp.com |
| Tel: 214.999.3000 | |
| Fax: 214.999.4667 | |
| honeil@foley.com | |

**Counsel for Neutra, Ltd.**

2