IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE ACIS CAPITAL MANAGEMENT, L.P., et al., | § § § | |
| Debtors. | § § | Civil Action No. 3:19-CV-0291-D |
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | § § § | (Bank. Ct. Nos. 18-30264-SGJ-11 and 18-30265-SGJ-11) |
| Appellants, | § § § | |
| VS. | § § | |
| ROBIN PHELAN, CHAPTER 11 TRUSTEE, et al., | § § § | |
| Appellees. | § § | |

_____

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**JUDGMENT**

This appeal came on for consideration on the briefs, with oral argument.  For the reasons

stated in the court's opinion filed today, the bankruptcy court's January 31, 2019 bench ruling and

memorandum of law in support of: (a) final approval of disclosure statement; and (b) confirmation

of chapter 11 trustee's third amended joint plan; the bankruptcy court's January 31, 2019 findings

of fact, conclusions of law, and order granting final approval of disclosure statement and confirming

the third amended joint plan for Acis Capital Management, L.P. and Acis Capital Management GP

LLC, as modified; and the bankruptcy court's January 31, 2019 findings of fact, conclusions of law,

and order granting final approval of disclosure statement and confirming the third amended joint

plan for Acis Capital Management, L.P. and Acis Capital Management GP LLC, as modified, are

AFFIRMED.

Costs of this appeal are taxed against appellants pursuant to Fed. R. Bankr. P. 8021(a)(2).

Entered: July 18, 2019.


KAREN MITCHELL
Clerk of Court


By: s/ P. Esquivel