IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACIS CAPITAL MANAGEMENT, L.P., | § | Case No. 18-30264-sgj11 |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

## UNOPPOSED MOTION TO CONTINUE

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

COMES NOW NexPoint Strategic Opportunities Fund ("NSOF"), a party-in-interest in the above styled and numbered bankruptcy case of Acis Capital Management, L.P., and files this its *Unopposed Motion to Continue* (the "Motion"), respectfully stating as follows:

1. On May 20, 2021, NSOF filed its *Motion to Reopen Bankruptcy Case* (Dkt. No. 1218, "Motion to Reopen") and *Motion of NexPoint Strategic Opportunities Fund to Confirm Discharge or Plan Injunction Does Not Bar Lawsuit, or, Alternatively, for Relief from All Applicable Injunctions* (Dkt. No. 1219, "Motion to Determine").

2. Acis Capital Management, LP ("Acis"), Josh Terry ("Terry"), and US Bank, N.A. ("US Bank") objected to the Motion to Determine. Highland Capital Management, L.P. joined in these objections.

3. The Motion to Reopen and the Motion to Determine are presently set for hearings on August 24, 2021 at 1:30 p.m.

4. On August 18, 2021, a medical issue affecting the undersigned lead counsel manifested itself, causing the undersigned to be unable to meet with client and witnesses and to be unable to fully prepare for the August 24 hearing. Given the late date, the undersigned is not meaningfully able to ask one of his partners to take over.

5. NSOF therefore requests a short continuance of the August 24 hearings in order to permit the undersigned to properly prepare for the hearings. As evidenced by the Certificate of Conference below, Acis, Terry, and UBS do not oppose the requested continuance, and agree to a resetting of the underlying motions to September 8, 2021 at 9:30 a.m., a proposed date and time provided by the Courtroom Deputy.

WHEREFORE, PREMISES CONSIDERED, NSOF and the undersigned respectfully request that the Court grant this Motion and continue the Motion to Reopen and the Motion to Determine to September 8, 2021 at 9:30 a.m.

RESPECTFULLY SUBMITTED this 20th day of August, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he discussed the relief requested herein with Jeff Prostok, Esq., counsel for Acis and Terry, and with Mark Kotwick, Esq., counsel for US Bank, both of whom informed the undersigned that their respective clients do not oppose said relief provided that a continued hearing be before September 13, 2021, and both of whom agreed to a resetting to the September 8, 2021 date.  The undersigned further certifies that he discussed the relief requested herein with John Morris, Esq., counsel for Highland Capital Management, L.P., but that, as of this filing, he has not heard back.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 20th day of August, 2021, this document was served electronically on all parties entitled to CM/ECF notice, including on counsel for Acis, Terry, US Bank, and Highland.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.