

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 20, 2021

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § § | Case No. 18-30264-sgj11 |
| Debtor. | § § § | (Jointly Administered) |

## ORDER CONTINUING AND RESETTING HEARINGS

CAME ON FOR CONSIDERATION the *Unopposed Motion to Continue* (the "Motion"), filed by NexPoint Strategic Opportunities Fund ("NSOF"). Based on the representations in the Motion, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the August 24, 2021 hearings on the following motions are continued and reset to **September 8, 2021 at 9:30 a.m.** by WebEx:

(i)  *Motion to Reopen Bankruptcy Case* (Dkt. No. 1218); and

(ii)    *Motion of NexPoint Strategic Opportunities Fund to Confirm Discharge or Plan Injunction Does Not Bar Lawsuit, or, Alternatively, for Relief from All Applicable Injunctions* (Dkt. No. 1219);

it is further

ORDERED that NSOF shall provide notice of such reset hearings as is otherwise appropriate.

### END OF ORDER ###