Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359

ATTORNEYS FOR NEXPOINT
STRATEGIC OPPORTUNITIES FUND

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
| ACIS CAPITAL MANAGEMENT, L.P., | § § § § | Case No. 18-30264-sgj11 |
| Debtor. | § § | (Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF NEXPOINT STRATEGIC OPPORTUNITIES FUND FOR SEPTEMBER 8, 2021 HEARINGS**

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

COMES NOW NexPoint Strategic Opportunities Fund ("NSOF") and, for its motions set for hearing on September 8, 2021, including as the same may be continued, including for its *Motion to Confirm Discharge Or Plan Injunction Does Not Bar Lawsuit, Or, Alternatively, For Relief from All Applicable Injunctions*, hereby designates the following witnesses and exhibits:

**I.    WITNESSES**

1. Matt Rogers;

2. Dustin Norris (or other officer for authentication of exhibits);

3. Will Mabry (or other officer for authentication of exhibits);

4. any person called by any other party;

5. any impeachment or rebuttal witness as appropriate.

## II.     EXHIBITS

- A. Third Amended Joint Plan;
- B. Original Complaint;
- C. SDNY Docket Sheet;
- D. Acis 2014-3 Indenture;
- E. Acis-2014-3 Offering Circular;
- F. Acis 2014-4 Indenture;
- G. Acis 2014-4 Offering Circular;
- H. Acis 2014-5 Indenture;
- I. Acis 2014-5 Offering Circular;
- J. Acis 2015-6 Indenture;
- K. Acis 2015-6 Circular;
- L. Acis 2014-3

    1. Monthly Report (2/21/18)
    2. Monthly Report (3/21/18)
    3. Monthly Report (5/21/18)
    4. Monthly Report (6/21/18)
    5. Monthly Report (8/21/18)
    6. Monthly Report (9/21/18)
    7. Monthly Report (11/21/18)
    8. Monthly Report (12/21/18)
    9. Note Valuation (1/22/2018);
    10. Note Valuation (4/19/2018);
    11. Note Valuation (7/20/2018);
    12. Note Valuation (10/22/2018);
    13. Monthly Report (2/21/2019);
    14. Monthly Report (3/21/2019);
    15. Monthly Report (5/21/2019);
    16. Monthly Report (6/21/2019);
    17. Monthly Report (8/21/2019);
    18. Monthly Report (9/21/2019);
    19. Monthly Report (11/21/2019);
    20. Monthly Report (12/21/2019);
    21. Note Valuation (1/22/2019);
    22. Note Valuation (4/19/2019);
    23. Note Valuation (7/22/2019);
    24. Note Valuation (10/22/2019);
    25. Monthly Report (2/21/2020):
    26. Monthly Report (3/21/2020);
    27. Monthly Report (5/21/2020);
    28. Monthly Report (6/21/2020);
    29. Monthly Report (8/21/2020);
    30. Monthly Report (9/21/2020);
    31. Monthly Report (11/21/2020);
    32. Monthly Report (12/21/2020:

      33. Note Valuation (1/22/2020);
      34. Note Valuation (4/21/2020);
      35. Note Valuation (7/21/2020);
      36. Note Valuation (10/21/2020:
      37. Monthly Report (2/21/2021);
      38. Monthly Report (3/21/2021);
      39. Monthly Report (5/21/2021);
      40. Monthly Report (6/21/2021);
      41. Note Valuation (1/20/2021);
      42. Note Valuation (4/21/2021);
      43. Redemption Report (7/15/2021);
      44. Post-redemption NVR Report (7/21/2021)
      45. Form of Note Owner Certification;
      46. Notice of Trading Plan;
      47. Notice of Trading Plan;

M.   Acis 2014-4

      1. Monthly Report (2/21/2018);
      2. Monthly Report (3/21/2018);
      3. Monthly Report (5/21/2018);
      4. Monthly Report (6/21/2018);
      5. Monthly Report (8/21/2018);
      6. Monthly Report (9/21/2018);
      7. Monthly Report (11/21/2018);
      8. Monthly Report (12/21/2018);
      9. Note Valuation (1/22/2018);
      10. Note Valuation (4/19/2018);
      11. Note Valuation (8/20/2018);
      12. Note Valuation (10/22/2018);
      13. Monthly Report (2/21/2019);
      14. Monthly Report (3/21/2019);
      15. Monthly Report (5/21/2019);
      16. Monthly Report (6/21/2019);
      17. Monthly Report (8/21/2019);
      18. Monthly Report (9/21/2019);
      19. Monthly Report (11/21/2019);
      20. Monthly Report (12/21/2019);
      21. Note Valuation (1/22/2019);
      22. Note Valuation (4/19/2019);
      23. Note Valuation (7/22/2019);
      24. Note Valuation (10/22/2019);
      25. Notice of Change of Rating (12/31/2019);
      26. Monthly Report (2/21/2020);
      27. Monthly Report (3/21/2020);
      28. Monthly Report (5/21/2020);

      29. Monthly Report (6/21/2020);
      30. Monthly Report (8/21/2020);
      31. Monthly Report (9/21/2020);
      32. Monthly Report (11/21/2020);
      33. Monthly Report (12/21/2020);
      34. Note Valuation (1/22/2020);
      35. Note Valuation (4/21/2020);
      36. Note Valuation (7/22/2020);
      37. Note Valuation (10/21/2020);
      38. Monthly Report (2/21/2021);
      39. Monthly Report (3/21/2021);
      40. Monthly Report (5/21/2021);
      41. Monthly Report (6/21/2021);
      42. Note Valuation (1/20/2021);
      43. Note Valuation (4/21/2021);
      44. Redemption Report (6/23/2021);
      45. Post-redemption Report (7/21/2021);

N.    Acis 2014-5

      1. Monthly Report (2/21/2018);
      2. Monthly Report (3/21/2018);
      3. Monthly Report (5/21/2018);
      4. Monthly Report (6/21/2018);
      5. Monthly Report (8/21/2018);
      6. Monthly Report (9/21/2018);
      7. Monthly Report (11/21/2018);
      8. Monthly Report (12/21/2018);
      9. Note Valuation (1/22/2018);
      10. Note Valuation (4/19/2018);
      11. Note Valuation (7/20/2018);
      12. Note Valuation (10/22/2018);
      13. Notice of Trading (4/16/2018);
      14. Notice of Trading (12/21/2018);
      15. Monthly Report (2/21/2019);
      16. Monthly Report (3/21/2019);
      17. Monthly Report (5/21/2019);
      18. Monthly Report (6/21/2019);
      19. Monthly Report (8/21/2019);
      20. Monthly Report (9/21/2019);
      21. Monthly Report (11/21/2019);
      22. Monthly Report (12/21/2019);
      23. Note Valuation (1/22/2019);
      24. Note Valuation (4/19/2019);
      25. Note Valuation (7/22/2019);
      26. Note Valuation (10/22/2019);

27. Monthly Report (2/21/2020);
28. Monthly Report (3/21/2020);
29. Monthly Report (5/21/2020);
30. Monthly Report (6/21/2020);
31. Monthly Report (8/21/2020);
32. Monthly Report (9/21/2020);
33. Monthly Report (11/21/2020);
34. Monthly Report (12/21/2020);
35. Note Valuation (1/22/2020);
36. Note Valuation (4/21/2020);
37. Note Valuation (7/22/2020);
38. Note Valuation (10/210202);
39. Monthly Report (2/21/2021);
40. Monthly Report (3/21/2021);
41. Monthly Report (5/21/2021);
42. Monthly Report (6/21/2021);
43. Note Valuation (1/20/2021);
44. Note Valuation (4/21/2021);
45. Report (6/21/2021);
46. Valuation (4/21/2021);
47. Redemption Report (6/23/2021);
48. Redemption Report (6/23/2021);
49. Post-redemption NVR Report (7/21/2021);

O. Acis 2015-6

1. Monthly Report (2/21/2018);
2. Monthly Report (3/21/2018);
3. Monthly Report (5/21/2018);
4. Monthly Report (6/21/2018);
5. Monthly Report (8/21/2018);
6. Monthly Report (9/21/2018);
7. Monthly Report (11/21/2018);
8. Monthly Report (12/21/2018);
9. Note Valuation (1/22/2018);
10. Note Valuation (4/19/2018);
11. Note Valuation (7/20/2018);
12. Note Valuation (10/22/2018);
13. Monthly Report (2/21/2019);
14. Monthly Report (3/21/2019);
15. Monthly Report (5/21/2019);
16. Monthly Report (6/21/2019);
17. Monthly Report (8/21/2019);
18. Monthly Report (9/21/2019);
19. Monthly Report (11/21/2019);
20. Monthly Report (12/21/2019);

      21. Note Valuation (1/22/2019);
      22. Note Valuation (4/19/2019);
      23. Note Valuation (7/22/2019);
      24. Note Valuation (10/22/2019);
      25. Monthly Report (2/21/2020);
      26. Monthly Report (3/21/2020);
      27. Monthly Report (5/21/2020);
      28. Monthly Report (6/21/2020);
      29. Monthly Report (8/21/2020);
      30. Monthly Report (9/21/2020);
      31. Monthly Report (11/21/2020);
      32. Monthly Report (12/21/2020);
      33. Note Valuation (1/22/2020);
      34. Note Valuation (4/21/2020);
      35. Note Valuation (7/22/2020);
      36. Note Valuation (10/21/2020);
      37. Monthly Report (2/21/2021);
      38. Monthly Report (3/21/2021);
      39. Monthly Report (5/21/2021);
      40. Monthly Report (6/21/2021);
      41. Note Valuation (1/20/2021);
      42. Note Valuation (4/21/2021);
      43. Redemption Report (6/23/2021);
      44. Post-Redemption NVR Report (7/21/2021);

P. Matthew Rogers CV;
Q. Notice of Effective Date;
R. Notice Regarding Expiration of Temporary Plan Injunction;
S. NexPoint Strategic Opportunities Fund Annual Report (December 31, 2020);
T. any exhibit offered by any other party;
U. Rebuttal and impeachment exhibits as appropriate.

RESPECTFULLY SUBMITTED this 2d day of September, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Julian P. Vasek, Esq.
    Texas Bar No. 24070790
    500 N. Akard St., Ste. 3800
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584
    Email: drukavina@munsch.com
    Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 2d day of September, 2021, true and correct copies of this document were electronically served by the Court's ECF system on all parties entitled to notice thereof, including counsel for Acis, Terry, US Bank, and Highland, and that, on the same day, all exhibits referenced herein will be made electronically available to counsel for each of the foregoing.

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.