Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 11935020
**FORSHEY & PROSTOK LLP**
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

Jonathan E. Pickhardt (*pro hac vice* pending)
NY State Bar No. 3041191
Blair A. Adams (*pro hac vice* pending)
NY State Bar No. 5221924
Eric D. Winston (*pro hac vice* pending)
CA State Bar No. 202407
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone (212) 849-7000
Facsimile (212) 849-7100
jonpickhardt@quinnemanuel.com
blairadams@quinnemanuel.com
ericwinston@quinnemanuel.com

*Attorneys for reorganized debtor Acis Capital Management L.P. and Joshua N. Terry*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re<br><br>ACIS CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 18-30264 (SGJ11)<br><br>(Jointly administered) |

**ACIS CAPITAL MANAGEMENT, L.P., AND JOSHUA N. TERRY'S
WITNESS AND EXHIBIT LIST IN CONNECTION WITH
HEARIING SET FOR SEPTEMBER 8, 2021**

Reorganized debtor Acis Capital Management, L.P. ("Acis") and Joshua N. Terry (with Acis the "Respondents") file this Witness and Exhibit List in connection with the hearing scheduled for September 8, 2021, at 9:30 a.m.

**WITNESSES**

1. Rebuttal and impeachment witnesses;

2. Any witness designated or called by any other party

**EXHIBITS**

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 1. | Original Complaint by NexPoint Strategic Opportunities Fund, as Plaintiff, against Acis Capital Management, L.P., U.S. Bank, N.A., Joshua N. Terry, and Brigade Capital Management, as Defendants pending as Case No. 1:21-CV-04384 in the U.S. District Court for the Southern District of New York | | | |
| 2. | Bench Ruling and Memorandum of Law in support of: (A) Final Approval of Disclosure Statement; and (B) Confirmation of Chapter 11 Trustee's Third Amended Joint Plan [Docket No. 827] | | | |
| 3. | Findings of Fact, Conclusions of Law, and Order Granting Final Approval of Disclosure Statement and Confirming the Third Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC as Modified [Docket No. 830] | | | |
| 4. | Portfolio Management Agreement – Acis CLO 2014-3 | | | |
| 5. | Portfolio Management Agreement – Acis CLO 2015-6 | | | |
| 6. | Indenture – Acis CLO 2014-3 | | | |
| 7. | Indenture – Acis CLO 2015-6 | | | |
| 8. | Decision on Trustee's Motion to Confirm First Amended Joint Plan for the Debtors [Dkt. No. 549] | | | |
| 9. | Original Compl. & Jury Demand, The Charitable Donor Advised Fund, L.P. v. U.S. Bank N.A., Case No. 1:20- cv-1036 (S.D.N.Y. Feb. 6, 2020), ECF No.1 | | | |
| 10. | Notice of Voluntary Dismissal, id. (S.D.N.Y. Feb. 26, 2020), ECF No. 15 | | | |
| 11. | NexPoint Strategic Opportunities Fund's Responses to Acis Capital Management L.P.'s First Interrogatories and Requests for Production | | | |
| 12. | Spreadsheet produced by NexPoint bates labeled NSOF-000001. | | | |
| 13. | Spreadsheet produced by NexPoint bates labeled NSOF-000002. | | | |
| 14. | Spreadsheet produced by NexPoint bates labeled NSOF-000003. | | | |
| 15. | Email correspondence from Will Mabry produced by NexPoint bates labeled NSOF-000004. | | | |

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 16. | State of Delaware Certificate of Amendment to Formation of NHF TRS, LLC, produced by NexPoint bates labeled NSOF-000006. | | | |
| 17. | Sole Member Consent of NHF TRS, LLC, produced by NexPoint bates labeled NSOF-000007. | | | |
| 18. | Email correspondence from Hunter Covitz produced by NexPoint bates labeled NSOF-000010. | | | |
| 19. | Spreadsheet produced by NexPoint bates labeled NSOF-000012. | | | |
| 20. | Custody Holdings - produced by NexPoint bates labeled NSOF-000013. | | | |
| 21. | Cash and Security Transactions - produced by NexPoint bates labeled NSOF-000014. | | | |
| 22. | Cash and Security Transactions - produced by NexPoint bates labeled NSOF-000015. | | | |
| 23. | Cash and Security Transactions - produced by NexPoint bates labeled NSOF-000017. | | | |
| 24. | Cash and Security Transactions - produced by NexPoint bates labeled NSOF-000018. | | | |
| 25. | Cash and Security Transactions - produced by NexPoint bates labeled NSOF-000020. | | | |
| 26. | Custody Holdings - produced by NexPoint bates labeled NSOF-000023. | | | |
| 27. | US Bank – Notice of Optional Redemption - produced by NexPoint bates labeled NSOF-000024. | | | |
| 28. | NexPoint Strategic Opportunities Fund Annual Report, dated: December 31, 2021 - produced by NexPoint bates labeled NSOF-000034. | | | |
| 29. | Cash and Security Transactions - produced by NexPoint bates labeled NSOF-000090. | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

DATED: September 3, 2021                    Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 11935020
**FORSHEY & PROSTOK LLP**
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

**-AND-**

Jonathan E. Pickhardt (*pro hac vice* pending)
NY State Bar No. 3041191
Blair A. Adams (*pro hac vice* pending)
NY State Bar No. 5221924
Eric D. Winston (*pro hac vice* pending)
CA State Bar No. 202407
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone (212) 849-7000
Facsimile (212) 849-7100
jonpickhardt@quinnemanuel.com
blairadams@quinnemanuel.com
ericwinston@quinnemanuel.com

*ATTORNEYS FOR ACIS CAPITAL MANAGEMENT, L.P. AND JOSHUA N. TERRY*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on September 3, 2021.

                 */s/ Jeff P. Prostok*
                 Jeff P. Prostok