PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., ET AL, | § § § | Case No. 18-30264-sgj11 |
| Debtor. | § § | |

**HIGHLAND CAPITAL MANAGEMENT, L.P.'S WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE HELD ON SEPTEMBER 8, 2021**

Highland Capital Management, L.P. ("HCMLP") respectfully submits the following witness and exhibit list with respect to the matters the Court has set for hearing at 9:30 a.m. (Central Time) on Wednesday, September 8, 2021 (the "Hearing") in the above-styled bankruptcy case (the "Bankruptcy Case").

A. <u>**Witnesses**</u>:

    1. Any witness identified by or called by any other party; and

    2. Any witness necessary for rebuttal.

B. <u>**Exhibits**</u>:

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| A. | Any document entered or filed in the Bankruptcy Case, including any exhibits thereto | | |
| B. | Any document entered or filed in HCMLP's chapter 11 bankruptcy case, including any exhibits thereto | | |
| C. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| D. | All exhibits identified by or offered by any other party at the Hearing | | |

*[Remainder of Page Intentionally Blank]*

Dated: September 3, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*pro hac vice*)
John A. Morris (NY Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on September 3, 2021, a true and correct copy of the foregoing witness and exhibit list was served via electronic mail upon those parties registered to receive electronic service via the Court's CM/ECF system.

      */s/ Zachery Z. Annable*
      Zachery Z. Annable