| | |
|---|---|
| FROST BROWN TODD LLC | SEWARD & KISSEL LLP |
| Daniel P. Novakov | Mark D. Kotwick (*pro hac vice*) |
| Texas Bar No. 15120800 | Arlene R. Alves (*pro hac vice*) |
| 100 Crescent Court, Suite 350 | One Battery Park Plaza |
| Dallas, Texas 75201 | New York, New York 10004 |
| Tel: (214) 580-5840 | Tel.: (212) 574-1200 |
| Fax: (214) 545-3473 | Fax: (212) 480-8421 |
| Email: dnovakov@fbtlaw.com | Email: kotwick @sewkis.com |
| | alves@sewkis.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>ACIS CAPITAL MANAGEMENT, L.P. and<br>ACIS CAPITAL MANAGEMENT GP, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 18-30264-SGJ-11<br>(Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF U.S. BANK NATIONAL ASSOCIATION, AS CLO TRUSTEE, WITH RESPECT TO HEARING TO BE HELD ON SEPTEMBER 8, 2021**

U.S. Bank National Association ("U.S. Bank"), in its capacity as trustee (in such capacity, the "CLO Trustee") under the Indentures for ACIS CLO 2014-3 Ltd ("ACIS-3") and ACIS CLO 2015-6 Ltd ("ACIS-6," together with ACIS-3, the "ACIS CLOs")[1], respectfully submits the following witness and exhibit list with respect to matters the Court has set for hearing at 9:30 a.m. (CT) on September 8, 2021(the "Hearing") in the above captioned bankruptcy case (the "Bankruptcy Case").

**Witness List**

1. Rebuttal and impeachment witnesses.

2. Any witness designated or called by any other party.

---

[1] The CLO Trustee is also the Trustee for related CLOs (1) ACIS CLO 2014-4 Ltd ("ACIS-4") and (2) ACIS CLO 2014-5 Ltd ("ACIS-5," together with ACIS-3, ACIS-4 and ACIS-6, collectively, the "Related ACIS CLOs").

**Exhibit List**

1. Notice to Holders of ACIS-3, dated October 26, 2018.

2. Notice to Holders of ACIS-6, dated October 26, 2018.

3. Notice to Holders of ACIS-3, dated November 2, 2018.

4. Notice to Holders of ACIS-6, dated November 2, 2018.

5. Any document entered or filed in the Bankruptcy Case, including any exhibits thereto.

6. Rebuttal exhibits.

7. Impeachment exhibits.

8. Any exhibits designated or offered by any other party.

Dated: September 4, 2021

                         Respectfully submitted,

                         FROST BROWN TODD LLC

                         Daniel P. Novakov
                         State Bar No. 15120800
                         100 Crescent Court, Suite 350
                         Dallas, Texas 75201
                         Tel: (214) 580-5840
                         Fax: (214) 545-3473
                         Email: dnovakov@fbtlaw.com

                              - and -

                         SEWARD & KISSEL LLP

                         By: */s/ Mark D. Kotwick*
                         Mark D. Kotwick (*pro hac vice*)
                         Arlene R. Alves (*pro hac vice*)
                         One Battery Park Plaza
                         New York, New York 10004
                         Tel.: (212) 574-1200
                         Fax: (212) 480-8421
                         Email: kotwick @sewkis.com
                                alves@sewkis.com

                         *Counsel for the CLO Trustee*

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on September 4, 2021, a true and correct copy of the foregoing *Witness and Exhibit List of U.S. Bank National Association, as CLO Trustee, With Respect to Hearing to be Held on September 8, 2021* was served through the Court's ECF noticing system upon those parties who have requested and agreed to electronic notification.

                                                      */s/ Mark D. Kotwick*

SK 03687 0586 8941414 v1