# Exhibit "10"

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CHARITABLE DONOR ADVISED FUND, L.P., and CLO HOLDCO, LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, MOODY'S INVESTORS SERVICE, INC., ACIS CAPITAL MANAGEMENT, L.P., BRIGADE CAPITAL MANAGEMENT, LP, AND JOSHUA N. TERRY <br><br> *Defendants*. | CASE NO.: 1:20-CV-01036-LGS <br><br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

TO THIS HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs The Charitable Donor Advised Fund, L.P., and CLO HoldCo, LTD. (collectively, the "Plaintiffs") hereby file this Notice of Dismissal Without Prejudice of the above-captioned lawsuit. This notice is filed prior to the responsive pleading date for any of the Defendants in this lawsuit. Accordingly, Plaintiffs respectfully request that the Court administratively dismiss this lawsuit without prejudice.

So Ordered.

Dated: February 26, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

DATED: February 25, 2020          Respectfully submitted,

*/s/ V. Chisara Ezie-Boncoeur*
Michael K. Hurst (*pro hac admission pending*)
Texas State Bar No. 10316310
mhurst@lynnllp.com
V. Chisara Ezie-Boncoeur
New York Bar No. 5333224
cezie-boncoeur@lynnllp.com
John R. Christian (*pro hac admission pending*)
Texas State Bar No. 24109727
jchristian@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 – Telephone
214-981-3839 – Facsimile

**ATTORNEYS FOR THE CHARITABLE DONOR ADVISED FUND, L.P. AND CLO HOLDCO, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, a true and correct copy of the foregoing notice was served ***via ECF and Certified Mail*** on each Defendant.

*/s/ V. Chisara Ezie-Boncoeur*
V. Chisara Ezie-Boncoeur