# Exhibit "11"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ACIS CAPITAL MANAGEMENT, L.P., | § | Case No. 18-30264-sgj11 |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

**NEXPOINT STRATEGIC OPPORTUNITIES FUND'S**
**RESPONSES TO ACIS CAPITAL MANAGEMENT L.P.'S**
**FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION**

TO:    Acis Capital Management, L.P., through its counsel of record, Jeff P. Prostok, Suzanne K. Rosen, Forshey & Prostok LLP, 777 Main Street, Suite 1550, Fort Worth, Texas 76102, jprostok@forsheyprostok.com, srosen@forsheyprostok.com

NexPoint Strategic Opportunities Fund ("NSOF"), a party-in-interest in the above styled and numbered bankruptcy case hereby makes the following objections and gives the following responses to *Acis Capital Management, L.P.'s First Requests for Production of Documents to NexPoint Strategic Opportunities Fund*, and *Acis Capital Management, L.P.'s First Set of Interrogatories to NexPoint Strategic Opportunities Fund*, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and Rules 7033, 7034, and 9014 of the Federal Rules of Bankruptcy Procedure.

## I.    INTERROGATORIES

**Interrogatory No. 1:** Identify NexPoint's holdings or interests in the Notes in each of the Acis CLOs, if any, since the Effective Date of the Chapter 11 Plan. Without limiting the generality of the foregoing, your answer should include and identify:

    (a)    The nature or form of NexPoint's holdings or interests in the Notes in each of the Acis CLOs since the Effective Date;

    (b)    The amount of NexPoint's holdings or interests in the Notes in each of the Acis CLOs since the Effective Date; and

    (c)    Any change in the nature, form or amount of NexPoint's holdings or interests in the Notes in each of the Acis CLOs since the Effective Date.

**RESPONSE**: NSOF responds as follows:

| CLO | Response |
| --- | --- |
| Acis CLO 2013-1, Ltd. | After the Effective Date, NSOF's Acis 2013-1A Zero Coupon interests were transferred to NHF TRS, LLC on March 31, 2021. NSOF currently holds 14mm par of Acis 2013-1A Zero Coupon in NHF TRS, LLC. |
| Acis CLO 2014-3, Ltd. | As of the Effective Date, NSOF's interests in Acis 2014-3A Tranches E&F were on repo. They were pulled off repo May 30, 2020. The interests were transferred to NHF TRS, LLC on March 31, 2021. On May 28, 2021, 3mm par of Tranche E was sold to Brean Capital. The remaining balances of both Tranches E&F were fully paid down on July 16, 2021. |
| Acis CLO 2014-4, Ltd. | NSOF has not held any interest in this CLO since the Effective Date. |
| Acis CLO 2014-5, Ltd. | NSOF has not held any interest in this CLO since the Effective Date. |
| Acis CLO 2014-6, Ltd. | NSOF is unaware of any such CLO. Assuming, however, that this CLO reference is a typo and Acis CLO 2015-6, Ltd. was intended, NSOF has owned 7.5mm of ACIS 2015-6 Sub Notes (equity) for many years. The interests were transferred to NHF TRS, LLC on March 31, 2021. |

## II.     REQUESTS FOR PRODUCTION

**Request for Production No. 1.**     Documents reflecting or pertaining to NexPoint's holdings or interests in the Notes in each of the Acis CLOs since the Effective Date, if any.

**RESPONSE**:  NSOF will produce non-privileged responsive documents that are within its possession, custody or control.

**Request for Production No. 2.**     Documents reflecting or pertaining to the amount of NexPoint's holdings or interests in the Notes in each of the Acis CLOs since the Effective Date, if any.

**RESPONSE**:  NSOF will produce non-privileged responsive documents that are within its possession, custody or control.

**Request for Production No. 3.**     Documents reflecting or pertaining to any change in the nature, form or amount of NexPoint's holdings or interests in the Notes in each of the Acis CLOs since the Effective Date.

**RESPONSE**:  NSOF will produce non-privileged responsive documents that are within its possession, custody or control.

RESPECTFULLY SUBMITTED this 26th day of July, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*
      Davor Rukavina, Esq.
      Texas Bar No. 24030781
      Julian P. Vasek, Esq.
      Texas Bar No. 24070790
      500 N. Akard St., Ste. 3800
      Dallas, Texas  75201
      Telephone: (214) 855-7500
      Facsimile: (214) 855-7584
      Email: drukavina@munsch.com
      Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 26th day of July, 2021, he caused true and correct copies of this document to be served via email on the following recipients:

    Jeff P. Prostok
    Suzanne K. Rosen
    FORSHEY & PROSTOK LLP
    jprostok@forsheyprostok.com
    srosen@forsheyprostok.com

                By: /s/ *Julian P. Vasek*
                    Julian P. Vasek, Esq.

## **Verification**

STATE OF TEXAS              §
                           §
COUNTY OF DALLAS           §

Before me, the undersigned notary, on this day personally appeared

_____, the affiant, whose identity is known to me. After I

administered an oath, affiant testified as follows:

"My name is _____. I am capable of making

this Verification. I have read the foregoing document. The facts stated in the answers to the

interrogatories are within my personal knowledge and/or are based on information I obtained

from other persons, and are true and correct."

NexPoint Strategic Opportunities Fund

By:_____

Title: _____

SUBSCRIBED AND SWORN TO BEFORE ME on this the ____ day of July, 2021.

Notary Public, State of Texas

My Commission Expires: _____