# Exhibit "12"

NexPoint Strategic Opportunities Fund (2367)

**Memo #1:**
NHF is contributing multiple in-kind securities to the new "NHF TRS, LLC". Book a purchase of NHF TRS. Non-taxable, book at cost

Trade Type: Buy
SEI CUSIP: TBD
HCM Ticker: .NHFTRS
Quantity: 1,235,368.8594
Price: 250.00
Net Settle: 308,842,214.86
Account:
Broker: BNY
Trade date: 3/30/2021
Settle date: 3/30/2021

| | Dr: | Cr: | Notes: |
|---|---|---|---|
| NHF TRS - MV Purchase (Cost) | 308,842,214.86 | | |
| NHF TRS - Unrealized Loss | 131,819,759.77 | | |
| NHF Positions - Multiple In-Kind Positions (Cost) | | 308,842,214.86 | New position  See SEI_HGH_Holdings tab |
| NHF Positions - Unrealized Gain (reverse losses) | | 131,819,759.77 | New position  See SEI_HGH_Holdings tab |

**NAV Impact #1:** $0.00

| Fund Name | Asset Class | CUSIP Number | SEDOL Num | Ticker | Security Name | Shares/Par Value | Period End | Maturity D | Base Total Cost |
|---|---|---|---|---|---|---|---|---|---|
| NEXPOINT | ASSET BAC | 00089PAC2 | | | ACIS 2013-1A SUB MTGE 04/ | 14,000,000.00 | 29-Mar-21 | ######## | 7,936,728.39 |
| NEXPOINT | CORPORAT | 00100GAA1 | | | ACIS 2014-3A E FRN | 6,007,580.22 | 29-Mar-21 | 2/1/2026 | 5,310,080.22 |
| NEXPOINT | CORPORAT | 00100GAC7 | | | ACIS 2014-3A F FRN | 5,327,227.55 | 29-Mar-21 | 2/1/2026 | 4,652,227.55 |
| NEXPOINT | CONVERTII | 00306M300 | | | ABERDEEN LOAN FUNDING LT | 14,500.00 | 29-Mar-21 | | 4,897,356.07 |
| NEXPOINT | ASSET BAC | 004524AD6 | | | ACIS 2015-6A SUB MTGE 05/ | 7,500,000.00 | 29-Mar-21 | 5/1/2027 | 3,815,625.00 |
| NEXPOINT | CONVERTII | 107264400 | | | BRENTWOOD CLO LTD | 13,800.00 | 29-Mar-21 | | 8,166,000.00 |
| NEXPOINT | NON-CONV | 107293201 | B2NB553 | | BRENF 0 02/01/22 | 13,600.00 | 29-Mar-21 | | 6,426,000.00 |
| NEXPOINT | ASSET BAC | 12548NAG8 | | | CIFC 2015-1A SUB MTGE 01/ | 3,000,000.00 | 29-Mar-21 | ######## | 2,437,500.00 |
| NEXPOINT | ASSET BAC | 12548YAD1 | | | CIFC 2013-2A SUB MTGE 10/ | 5,462,500.00 | 29-Mar-21 | ######## | 2,703,937.50 |
| NEXPOINT | ASSET BAC | 12549LAE6 | | | CIFC 2014-1A SUB MTGE 01/ | 2,500,000.00 | 29-Mar-21 | ######## | 1,387,500.00 |
| NEXPOINT | ASSET BAC | 12549WAE2 | | | CIFC 2014-4RA SUB MTGE 10 | 3,214,500.00 | 29-Mar-21 | ######## | 1,568,676.45 |
| NEXPOINT | CONVERTII | 27734A806 | | | EASTLAND CLO LTD | 13,006.00 | 29-Mar-21 | | 7,297,265.00 |
| NEXPOINT | NON-CONV | 37866PAB5 | | | GLEAG 0 12/30/49 | 7,750.00 | 29-Mar-21 | | 1,150,577.14 |
| NEXPOINT | NON-CONV | 38977P202 | | | GHLD 0 11/01/21 | 13,700.00 | 29-Mar-21 | | 5,441,750.00 |
| NEXPOINT | NON-CONV | 39364P201 | | | GRNBR 0 11/01/21 | 3,750.00 | 29-Mar-21 | | 1,996,875.00 |
| NEXPOINT | NON-CONV | 39364P300 | | | GRNBR 0 11/01/21 | 39,000.00 | 29-Mar-21 | | 26,413,800.00 |
| NEXPOINT | NON-CONV | 471315200 | | | JASPR 0 08/01/2017 | 125,000.00 | 29-Mar-21 | | 4,781,250.00 |
| NEXPOINT | CONVERTII | 530360205 | B3FMQ14 | | LIBRTY 0 11/01/17 | 10,000.00 | 29-Mar-21 | | 3,615,328.09 |
| NEXPOINT | CONVERTII | 75686X308 | | | REDRI 0 07/27/18 | 8,500.00 | 29-Mar-21 | | 4,921,218.44 |
| NEXPOINT | NON-CONV | 774261127 | | | ROCKW 0 08/01/21 | 10,500.00 | 29-Mar-21 | | 0.00 |
| NEXPOINT | NON-CONV | 77426R203 | | | ROCKW 0 08/01/24 | 4,871.00 | 29-Mar-21 | | 2,618,162.50 |
| NEXPOINT | CONVERTII | 774272207 | B1FDJH0 | | ROCKWALL INVST CORP (PFD) | 4,800.00 | 29-Mar-21 | | 1,554,240.00 |
| NEXPOINT | NON-CONV | 84427P202 | | | SFORK 0 05/01/17 | 6,000.00 | 29-Mar-21 | | 1,848,224.72 |
| NEXPOINT | NON-CONV | 86280C202 | B90H832 | | STRAFD 0 11/01/21 | 2,000.00 | 29-Mar-21 | | 1,030,000.00 |
| NEXPOINT | NON-CONV | 86280C301 | | | STRAFD 0 11/01/21 | 41,500.00 | 29-Mar-21 | | 27,501,587.96 |
| NEXPOINT | ASSET BAC | 88432BAC2 | | | WINDR 2014-2A SUB MTGE 01 | 5,955,627.00 | 29-Mar-21 | ######## | 2,944,313.10 |
| NEXPOINT | ASSET BAC | 91914QAAX | | | VAHA 2004-1A EIN | 1,500,000.00 | 29-Mar-21 | 8/1/2021 | 274,471.52 |
| NEXPOINT | INDUSTRIA | 924BSS909 | | | SPECIALTY FINANCIAL PROD | 49,641,358.05 | 29-Mar-21 | | 50,434,047.72 |
| NEXPOINT | NON-CONV | 95736T206 | B3DLYM0 | | WCHC 0 08/01/22 | 35,507.00 | 29-Mar-21 | | 19,455,061.39 |
| NEXPOINT | RESTRICTEI | ACI04K2R5 | | | LLV HOLDCO | 144.10 | 29-Mar-21 | | 49,971,141.35 |
| NEXPOINT | RESTRICTEI | ACI04K3Y9 | | | LLV HOLDCO | 26,711.57 | 29-Mar-21 | | 33,052,260.18 |
| NEXPOINT | RESTRICTEI | ACI09NHZ0 | | | ENTEGRA TC | 26,220.00 | 29-Mar-21 | | 1,502,335.72 |
| NEXPOINT | TERM LOAI | LLVHOLDC1 | | | LLV HOLDCO, LLC 1ST | 436,029.51 | 29-Mar-21 | ######## | 436,029.51 |
| NEXPOINT | TERM LOAI | LLVHOLDC2 | | | LLV HOLDCO, LLC 2ND | 1,332,518.00 | 29-Mar-21 | ######## | 1,332,518.00 |
| NEXPOINT | TERM LOAI | LLVHOLDC3 | | | LLV HOLDCO, LLC 3RD | 726,715.00 | 29-Mar-21 | ######## | 726,715.00 |
| NEXPOINT | RESTRICTEI | 930WIMKII9 | | | LAKE AT LAS VEGAS | 9,241,411.34 | 29-Mar-21 | 9/3/2021 | 9,241,411.34 |
| | | | | | | | | | 308,842,214.86 |

| Base Amortized Total Amount | Base Market Val | Base Price | Local Mark | Market Pri | Market Pri | Exchange | F Base Accru | Local Accru | Accru | Call/Put In | Base Strike | Base Unrea |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0 | 0 | 0 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 349,395.29 | 5,346,145.64 | 88.99 | 5346146 | 88.99 USD | MN | | 1 | 47221.18 | 47221.18 | 0 | 0 | 0 |
| 330,421.01 | 2,270,730.74 | 42.625 | 2270731 | 42.625 USD | MN | | 1 | 49043.01 | 49043.01 | 0 | 0 | 0 |
| 0.00 | 1,457,250.00 | 100.5 | 1457250 | 100.5 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 1,266,511.38 | 1,350,000.00 | 18 | 1350000 | 18 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 6,762,000.00 | 490 | 6762000 | 490 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 6,664,000.00 | 490 | 6664000 | 490 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,323,750.00 | 44.125 | 1323750 | 44.125 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,816,281.25 | 33.25 | 1816281 | 33.25 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 142,594.12 | 1,000,000.00 | 40 | 1000000 | 40 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,028,640.00 | 32 | 1028640 | 32 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 5,244,452.73 | 403.2333 | 5244453 | 403.2333 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 2,186,662.50 | 282.15 | 2186663 | 282.15 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 5,137,500.00 | 375 | 5137500 | 375 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,493,750.00 | 398.3333 | 1493750 | 398.3333 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 15,534,999.99 | 398.3333 | 15535000 | 398.3333 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 5,000,000.00 | 40 | 5000000 | 40 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 2,341,000.00 | 234.1 | 2341000 | 234.1 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,406,495.00 | 165.47 | 1406495 | 165.47 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 2,598,750.00 | 247.5 | 2598750 | 247.5 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 3,105,262.50 | 637.5 | 3105263 | 637.5 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,188,000.00 | 247.5 | 1188000 | 247.5 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 660,000.00 | 110 | 660000 | 110 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,050,000.00 | 525 | 1050000 | 525 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 14,213,750.00 | 342.5 | 14213750 | 342.5 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,727,131.83 | 29 | 1727132 | 29 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 1207995.52 | 255,000.00 | 17 | 255000 | 17 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 52,684,373.30 | 1.0613 | 52684373 | 1.0613 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 14,676,226.65 | 413.3333 | 14676227 | 413.3333 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 0.00 | 0 | 0 | 0 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 3,209,662.25 | 120.16 | 3209662 | 120.16 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 0.00 | 0 | 0 | 0 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 491,841.29 | 112.8 | 491841.3 | 112.8 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 1,503,080.30 | 112.8 | 1503080 | 112.8 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0.00 | 819,734.52 | 112.8 | 819734.5 | 112.8 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| 0 | 11,475,984.60 | 124.18 | 11475985 | 124.18 USD | MN | | 1 | 0 | 0 | 0 | 0 | 0 |
| | 177,022,455.09 | | | | | | | | | | | |

| Contracts | Expiration | ISIN Number | SIC Code | Moody Rating | S&P Rating | Base Market | Prior Base | Prior Local | Transfers? |
|---|---|---|---|---|---|---|---|---|---|
| | | US00089PAC23 | | NR | NR | 0 | 0 | 0 | 00089PAC2 |
| | | US00100GAA13 | | NA | CCC+ | 88.99 | 88.99 | 0 | 00100GAA1 |
| | | US00100GAC78 | | NA | CCC | 42.625 | 42.625 | 0 | 00100GAC7 |
| | | | | | | 100.5 | 100.5 | 0 | 00306M300 |
| | | US004524AD61 | | NR | NR | 18 | 18 | 0 | 004524AD6 |
| | | | | | | 490 | 490 | 0 | 107264400 |
| | | US1072932015 | | | | 490 | 490 | 0 | 107293201 |
| | | US12548NAG88 | | NR | NR | 44.125 | 44.125 | 0 | 12548NAG8 |
| | | US12548YAD13 | | NR | NR | 33.25 | 33.25 | 0 | 12548YAD1 |
| | | US12549LAE65 | | NR | NR | 40 | 40 | 0 | 12549LAE6 |
| | | US12549WAE21 | | NR | NR | 32 | 32 | 0 | 12549WAE2 |
| | | | | | | 403.2333 | 403.2333 | 0 | 27734A806 |
| | | US37866PAB58 | | WR | | 282.15 | 282.15 | 0 | 37866PAB5 |
| | | US38977P2020 | | | | 375 | 375 | 0 | 38977P202 |
| | | US39364P2011 | | NR | | 398.3333 | 398.3333 | 0 | 39364P201 |
| | | US39364P3001 | | NR | | 398.3333 | 398.3333 | 0 | 39364P300 |
| | | US471315200 | | | | 40 | 40 | 0 | 471315200 |
| | | US5303602057 | | | | 234.1 | 234.1 | 0 | 530360205 |
| | | US75686X3089 | | | | 165.47 | 165.47 | 0 | 75686X308 |
| | | US7742611277 | | NR | | 247.5 | 247.5 | 0 | 774261127 |
| | | KY77426R2030 | 5571 | | | 637.5 | 637.5 | 0 | 77426R203 |
| | | | | | | 247.5 | 247.5 | 0 | 774272207 |
| | | KY84427P2029 | | WR | | 110 | 110 | 0 | 84427P202 |
| | | US86280C2026 | | | | 525 | 525 | 0 | 86280C202 |
| | | US86280C3016 | | NR | | 342.5 | 342.5 | 0 | 86280C301 |
| | | US88432BAC28 | | NR | NR | 29 | 29 | 0 | 88432BAC2 |
| | | | | | | 17 | 17 | 0 | 91914QAAX |
| | | | | | | 1.0613 | 1.0613 | 0 | 924BSS909 |
| | | US9573GT2069 | | NR | | 413.3333 | 413.3333 | 0 | 95736T206 |
| | | | | | B | 0 | 0 | 0 | ACI04K2R5 |
| | | | | | B | 120.16 | 120.16 | 0 | ACI04K3Y9 |
| | | | | | B | 0 | 0 | 0 | ACI09NHZ0 |
| | | | | *** | *** | 112.8 | 112.8 | 0 | LLVHOLDC1 |
| | | | | *** | *** | 112.8 | 112.8 | 0 | LLVHOLDC2 |
| | | | | *** | *** | 112.8 | 112.8 | 0 | LLVHOLDC3 |
| | | | | NR | NR | 124.18 | 124.18 | 0 | 930WMKII9 |

| Type of Security | Name | FMV | Cost | Built in Gain |
|---|---|---:|---:|---:|
| CLO | ABERD | 1,457,250 | 4,897,356 | - |
| CLO | ACIS 2015-6A Zero Coupon - 05/2027 - SUB - 004524AD6 @ Zero Coupon 0.0000 5/1/2027 | 1,350,000 | 3,815,625 | - |
| CLO | ACIS 2013 - 1A Zero Coupon - 04/2024 - SUB - 00089PAC2 @ Zero Coupon 0.0000 4/18/2024 | - | 7,936,728 | - |
| CLO | ACIS 2014-3A Float - 02/2026 - E - 00100GAA1 @ LIBOR 4.7500 2/1/2026 | 5,346,146 | 5,310,080 | 36,065 |
| CLO | ACIS 2014-3A Float - 02/2026 - F - 00100GAC7 @ LIBOR 5.6000 2/1/2026 | 2,270,731 | 4,652,228 | - |
| CLO | Brentwood CLO Ltd Class I Preference Shares | 7,252,000 | 7,260,000 | - |
| CLO | Brentwood CLO Ltd Class II Preference Shares | 6,762,000 | 8,166,000 | - |
| CLO | CIFC 2013 - 2A Zero Coupon - 10/2030 - SUB - 12548YAD1 @ Zero Coupon 0.0000 10/18/2030 | 1,816,281 | 2,703,938 | - |
| CLO | CIFC 2014-1A SUB FIXED - 01/02031 - 12549LAE6 @ 01/18/2031 | 1,000,000 | 1,387,500 | - |
| CLO | CIFC 2014-4A Zero Coupon - 10/2026 - SUB - 12549WAE2 @ LIBOR 0.0000 10/17/2026 | 1,028,640 | 1,568,676 | - |
| CLO | CIFC 2015-1A Zero Coupon - 01/2027 - SUB - 12548NAG8 @ Zero Coupon 0.0000 1/22/2027 | 1,323,750 | 2,437,500 | - |
| CLO | Eastland CLO Ltd Preferred Share | 5,244,453 | 7,297,265 | - |
| Equity | Entegra TC LLC | - | - | - |
| CLO | Gleneagles CLO, LTD. Preference Shares | 2,186,663 | 1,150,577 | 1,036,085 |
| CLO | Grayson Investors Corp. Preferred | 5,137,500 | 5,441,750 | - |
| CLO | Greenbriar CLO LTD Class 1 Preference Shares | 1,493,750 | 1,996,875 | - |
| CLO | Greenbriar CLO LTD Class 2 Preference Shares | 15,535,000 | 26,413,800 | - |
| CLO | JASPR 0 | 5,000,000 | 4,781,250 | 218,750 |
| CLO | Liberty CLO, Ltd. Preferred | 2,341,000 | 3,615,328 | - |
| Debt | LLV Holdco, LLC LLV Holdco, LLC - First Protective Advance @ LIBOR 7% 12/31/2020 | 491,841 | 436,030 | 55,812 |
| Debt | LLV Holdco, LLC LLV Holdco, LLC - Second Protective Advance @ LIBOR 7% 12/31/2020 | 1,503,080 | 1,332,518 | 170,562 |
| Debt | LLV Holdco, LLC LLV Holdco, LLC - Third Protective Advance @ LIBOR 7% 12/31/2020 | 819,735 | 726,715 | 93,020 |
| Debt | LLV Holdco, LLC Revolver @ FIXED 5% 2/28/2017 | 11,475,985 | 9,241,411 | 2,234,573 |
| Equity | LLV Holdco, LLC Series A Membership Interest (Common) | 3,209,662 | 33,052,260 | - |
| Equity | LLV Holdco, LLC Series B Membership Interest (Common) | - | 49,971,141 | - |
| CLO | Red River CLO, Ltd. Red River CLO | 1,406,495 | 4,921,218 | - |
| CLO | Rockwall CDO, Ltd. Preferred Shares | 2,598,750 | - | 2,598,750 |
| CLO | Rockwall II Preferred Share | 3,105,263 | 2,618,163 | 487,100 |
| CLO | Rockwall Preferred I | 1,188,000 | 1,554,240 | - |
| CLO | Southfork CLO Ltd. Variable - 05/2017 - 84427P202 | 660,000 | 1,848,225 | - |
| Equity | Specialty Financial Products Limited Equity | 52,684,373 | 50,434,048 | 2,250,326 |
| CLO | STRAF 2007-1A Class 2 Preference Shares | 14,213,750 | 27,501,588 | - |
| CLO | STRAFD 0 | 1,050,000 | 1,030,000 | 20,000 |
| CLO | VAHA 2004-1A Variable - 08/2012 - 91914QAA4 @ Variable 0.0000 8/1/2012 | 255,000 | 274,472 | - |
| CLO | Westchester CLO, Ltd Class I Preference Shares 144A | 14,676,227 | 19,455,061 | - |
| CLO | WINDR 2014-2A Zero Coupon - 01/2031 - 2A - 88432BAC2 @ Zero Coupon 0.0000 1/15/2031 | 1,727,132 | 2,944,313 | - |
| Tax Blocker (Equity) | Entegra-NHF Holdco, LLC | - | 3,655,401 | - |
| | **TOTAL** | **177,610,455** | **311,829,280** | **9,201,043** |

| Built in Loss | | MV | Differ | Cost | Differ |
|---|---|---|---|---|---|
| (3,440,106) | 00306M300 | 1,457,250.00 | - | 4,897,356.07 | - |
| (2,465,625) | 004524AD6 | 1,350,000.00 | - | 3,815,625.00 | - |
| (7,936,728) | 00089PAC2 | 0.00 | - | 7,936,728.39 | - |
| - | 00100GAA1 | 5,346,145.64 | - | 5,310,080.22 | - |
| (2,381,497) | 00100GAC7 | 2,270,730.74 | - | 4,652,227.55 | - |
| (8,000) | 107293201 | 6,664,000.00 | 588,000.00 | 6,426,000.00 | (834,000.00) |
| (1,404,000) | 107264400 | 6,762,000.00 | - | 8,166,000.00 | - |
| (887,656) | 12548YAD1 | 1,816,281.25 | - | 2,703,937.50 | - |
| (387,500) | 12549LAE6 | 1,000,000.00 | - | 1,387,500.00 | - |
| (540,036) | 12549WAE2 | 1,028,640.00 | - | 1,568,676.45 | - |
| (1,113,750) | 12548NAG8 | 1,323,750.00 | - | 2,437,500.00 | - |
| (2,052,812) | 27734A806 | 5,244,452.73 | 0.01 | 7,297,265.00 | - |
| - | ACI09NHZ0 | 0.00 | - | 1,502,335.72 | 1,502,335.72 |
| - | 37866PAB5 | 2,186,662.50 | - | 1,150,577.14 | - |
| (304,250) | 38977P202 | 5,137,500.00 | - | 5,441,750.00 | - |
| (503,125) | 39364P201 | 1,493,750.00 | - | 1,996,875.00 | - |
| (10,878,800) | 39364P300 | 15,534,999.99 | 0.01 | 26,413,800.00 | - |
| - | 471315200 | 5,000,000.00 | - | 4,781,250.00 | - |
| (1,274,328) | 530360205 | 2,341,000.00 | - | 3,615,328.09 | - |
| - | LLVHOLDC1 | 491,841.29 | (0.00) | 436,029.51 | - |
| - | LLVHOLDC2 | 1,503,080.30 | 0.00 | 1,332,518.00 | - |
| - | LLVHOLDC3 | 819,734.52 | - | 726,715.00 | - |
| - | 930WMKII9 | 11,475,984.60 | 0.01 | 9,241,411.34 | - |
| (29,842,598) | ACI04K3Y9 | 3,209,662.25 | - | 33,052,260.18 | - |
| (49,971,141) | ACI04K2R5 | 0.00 | - | 49,971,141.35 | - |
| (3,514,723) | 75686X308 | 1,406,495.00 | - | 4,921,218.44 | - |
| - | 774261127 | 2,598,750.00 | - | 0.00 | - |
| - | 77426R203 | 3,105,262.50 | - | 2,618,162.50 | - |
| (366,240) | 774272207 | 1,188,000.00 | - | 1,554,240.00 | - |
| (1,188,225) | 84427P202 | 660,000.00 | - | 1,848,224.72 | - |
| - | 924BSS909 | 52,684,373.30 | (0.04) | 50,434,047.72 | - |
| (13,287,838) | 86280C301 | 14,213,750.00 | - | 27,501,587.96 | - |
| - | 86280C202 | 1,050,000.00 | - | 1,030,000.00 | - |
| (19,472) | 91914QAAX | 255,000.00 | - | 274,471.52 | - |
| (4,778,835) | 95736T206 | 14,676,226.65 | 0.02 | 19,455,061.39 | - |
| (1,217,181) | 88432BAC2 | 1,727,131.83 | - | 2,944,313.10 | - |
| (3,655,401) | 0 | 0.00 | - | 0.00 | (3,655,401.00) |
| (143,419,868) | | 177,022,455 | 588,000 | 308,842,215 | (2,987,065) |

Case 18-30264-sgj11 Doc 1243-11 Filed 09/05/21    Entered 09/05/21 13:08:29    Page 13 of 13