# Exhibit "13"

## Repo Instruction

| | | |
|---|---|---|
| Broker | BNP | |
| Broker DTC | 2322 | |
| Account Number / Name | ▉▉▉▉▉ | |
| Fund Name | Nexpoint Strategic Opp Fund | |
| Repo Type: | Repo | X |
| | Reverse Repo | |
| Terminate, Open, Roll: | Terminate | X |
| | Open | |
| | Roll | |
| | | |
| Trade Date | 3/30/2020 | |
| Settlement Date | 3/30/2020 | |
| | | |
| Security ID | 00100GAA1 | |
| Security Name/Description | ACIS 2014-3A E | |
| Quantity | 6,000,000.00 | |
| Price | 65.756712 | |
| Principle | 3,945,402.72 | |
| Haircut | 50% | |
| Currency | USD | |
| Cash Amount, excluding interest | - | *open money |
| Previous Cash Amount Received | (1,972,800.00) | |
| Interest Owed for Expiring Accrual Period | (2,458.59) | |
| Final Money (previous cash + interest) | (1,975,258.59) | *close money |
| Gross Cash to be Received / (Owed) | **(1,975,258.59)** | |

### Interest to be Paid on next Roll

| | |
|---|---|
| Repo Start Date | 3/30/2020 |
| Maturity Date (term) | 3/30/2020 |
| Accrual Period | 0 |
| Rate | 3.20463% |
| Interest Amount | 0.00 |

**Notes:**
Please see the attached repo instructions for Nexpoint Strategic Opportunities Fund to set up today. These instructions will <u>terminate these bonds on repo from 03/16/20</u>.

*[signature]*

Name: Vishal Patel
Title: Authorized Signatory