# Exhibit "14"

## Repo Instruction

| | | |
|---|---|---|
| Broker | BNP | |
| Broker DTC | 2322 | |
| Account Number / Name | ▋▋▋▋ | |
| Fund Name | Nexpoint Strategic Opp Fund | |
| Repo Type: | Repo | X |
| | Reverse Repo | |
| Terminate, Open, Roll: | Terminate | X |
| | Open | |
| | Roll | |
| | | |
| Trade Date | 3/30/2020 | |
| Settlement Date | 3/30/2020 | |
| | | |
| Security ID | 00100GAC7 | |
| Security Name/Description | ACIS 2014-3A F | |
| Quantity | 5,000,000.00 | |
| Price | 55.857207 | |
| Principle | 2,792,860.35 | |
| Haircut | 50% | |
| Currency | USD | |
| Cash Amount, excluding interest | - | *open money |
| Previous Cash Amount Received | (1,396,500.00) | |
| Interest Owed for Expiring Accrual Period | (1,740.38) | |
| Final Money (previous cash + interest) | (1,398,240.38) | *close money |
| Gross Cash to be Received / (Owed) | (1,398,240.38) | |

### Interest to be Paid on next Roll

| | |
|---|---|
| Repo Start Date | 3/30/2020 |
| Maturity Date (term) | 3/30/2020 |
| Accrual Period | 0 |
| Rate | 3.20463% |
| Interest Amount | 0.00 |

**Notes:**

Please see the attached repo instructions for Nexpoint Strategic Opportunities Fund to set up today. These instructions will <u>terminate these bonds on repo from 03/16/20</u>.

*[signature]*

Name: Vishal Patel
Title: Authorized Signatory