# Exhibit "15"

| | |
|---|---|
| From: | Will Mabry |
| Sent: | Tuesday, March 30, 2021 2:38 PM CDT |
| To: | 'Highland ETF Accounting'; 'IFS_Recon' |
| CC: | R-operations; R-Settlement; 'valuationteam@nexpoint.com'; 'Brian D Mitts'; 'Matthew Goetz'; David Willmore; 'Tom Chapline'; 'DC Sauter'; 'Robert Harris'; 'Paul Richards'; 'Taylor Colbert'; Rick Swadley; Paul Broaddus; Heriberto Rios; Joe Sowin; 'Matt Pearson'; 'Brendan Flaherty'; 'Michael Beispiel'; Dustin Norris; Stephanie Vitiello; Jason Post |
| Subject: | NHF (2367) - NHF TRS, LLC In-Kind Contribution / NHF TRS, LLC Purchase 03/30/21 |
| Attachments: | DE Certificate of Amendment of Name Change - Entegra-NHF Superholdco LLC to NHF TRS LLC.pdf, NHF - NHF TRS, LLC In-Kind Contribution 03.30.21.xlsx |

SEI,

Please see below and attached. Please create a new investment position called "NHF TRS, LLC" (see attached formation docs). NHF (2367) is contributing multiple positions to this new "NHF TRS, LLC" position. **Please confirm NAV impact before closing today's NAV**.

Can you please provide a detailed listing of all accrued on interest on these positions as well? We may have to do a clean up entry for accrued interest later this week. As discussed, we'll continue to look into opening a separate SEI FV admin account for the "NHF TRS, LCC" to track the accruals as necessary. Let's target 4/30 to have this admin account operational.

**NexPoint Strategic Opportunities Fund (2367)**

**Memo #1:**
NHF is contributing multiple in-kind securities to the new "NHF TRS, LLC". Book a purchase of NHF TRS. Non-taxable, book at cost

| | | | | |
|---|---|---|---|---|
| Trade Type: | Buy | | | |
| SEI CUSIP: | TBD | | | |
| HCM Ticker: | .NHFTRS | | | |
| Quantity: | 1,235,368.8594 | | | |
| Price: | 250.00 | | | |
| Net Settle: | 308,842,214.86 | | | |
| Account: | Confidential | | | |
| Broker: | BNY | | | |
| Trade date: | 3/30/2021 | | | |
| Settle date: | 3/30/2021 | | | |
| | **Dr:** | **Cr:** | **Notes:** | |
| NHF TRS - MV Purchase (Cost) | 308,842,214.86 | | New position | |
| NHF TRS - Unrealized Loss | 131,819,759.77 | | New position | |
| NHF Positions - Multiple In-Kind Positions (Cost) | | 308,842,214.86 | See SEI_HGH_Holdings tab | |
| NHF Positions - Unrealized Gain (reverse losses) | | 131,819,759.77 | See SEI_HGH_Holdings tab | |

**NAV Impact #1:**   $0.00

Note these positions are temporarily going to be held in the NREO TRS, LLC custody account at BNY on behalf of the NHF TRS, LLC, while the final BNY account is being finalized. We're still working through related documentation, but will provide once available. Please let me know if you have any questions on this.

Thanks,

**WILL MABRY, CPA**
SENIOR MANAGER, FUND ANALYSIS



300 Crescent Court | Suite 700 | Dallas, Texas 75201
O: 972.419.2564 | C: 210.860.3348 | F: 972.628.4147
wmabry@highlandcapital.com | www.highlandcapital.com

NSOF-000005