# Exhibit "16"

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1.   Name of Limited Liability Company: _____
     _____

2.   The Certificate of Formation of the limited liability company is hereby amended as follows:

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the _____ day of _____, A.D. _____.

By: _____
         Authorized Person(s)

Name: _____
         Print or Type