# Exhibit "17"

**SOLE MEMEBER CONSENT**
**OF**
**NHF TRS, LLC**

Effective as of March 31, 2021

The undersigned, being the sole member of NHF TRS, LLC, a Delaware limited liability company ("***Company***"), acting pursuant to the Delaware Limited Liability Company Act and the Limited Liability Company Agreement of the Company, does hereby consent and agree to take the following actions and adopt the following resolutions by a written consent:

*WHEREAS*, the Company desires to appoint officers to whom it will delegate the powers necessary to manage all day-to-day ordinary course operations of the Company ("***Officers***") and to designate certain individual with authority for certain actions on behalf of the Company (***Authorized Signatory***"); and

*NOW, THEREFORE, BE IT*,

*RESOLVED,* that each of the persons listed below is hereby appointed and affirmed as Officer of the Company, to serve in such capacity or capacities until such person's successor(s) shall have been duly elected and qualified:

| Name | Title |
|---|---|
| James Dondero | President and Principal Executive Officer |
| Dustin Norris | Executive Vice President |
| Frank Waterhouse | Treasurer and Principal Accounting Officer |
| Brian Mitts | Assistant Treasurer and Principal Financial Officer |
| David Willmore | Secretary |

*FURTHER RESOLVED,* that each Officer be, and is hereby, authorized, empowered and directed for, in the Company's name and behalf, to do and perform all acts and deeds, to execute and deliver all documents, instruments and other agreements, to waive any and all conditions and do all things necessary or helpful to carry out and comply with the terms and provisions of the resolutions herein; and that all acts and deeds of the Officer on behalf of the Company prior to the date hereof shall be, and they hereby are, in all respects, ratified, approved, confirmed and adopted as the Company's acts and deeds;

*FURTHER RESOLVED,* that Will Mabry, Steven Haltom and Charlie Hoedebeck are hereby, and each shall be, designated to serve as an Authorized Signatory on behalf of the Company with respect to the execution of Trade Confirmations, Assignment Agreements, Participation Agreements and Purchase and Sale Agreements, together with any ancillary documents or agreements necessary or advisable in connection with the execution thereof;

*FURTHER RESOLVED,* that, subject to the following provisions, Will Mabry, Steven Haltom and Charlie Hoedebeck are each authorized to execute wire and funding requests for the transfer of funds from the Company's account to any external account, provided that each such wire or funding request shall not exceed $5 million;

*FURTHER RESOLVED,* that Will Mabry, Steven Haltom and Charlie Hoedebeck each shall be, and is hereby, designated to serve as authorized signatory on behalf of the Company with respect to the execution of an amendment, consent, forbearance and waiver in connection with any trading or financing agreement involving the Company;

NSOF-000007

2

       ***FURTHER RESOLVED,*** that each and all of the past acts of the above individuals on behalf of the Company are hereby ratified, adopted and confirmed; and

       ***FURTHER RESOLVED,*** that this authorization shall remain in effect until further written notice from the Company.

*[signature page to follow]*

NSOF-000008

**IN WITNESS WHEREOF,** the undersigned sole member has executed this Consent to be effective as of the date first set forth above.

SOLE MEMBER

NEXPOINT STRATEGIC OPPORTUNITIES FUND

By: _____
Name:  Dustin Norris
Title:    Executive Vice President

3