# Exhibit "18"

| | |
|---|---|
| **From:** | Hunter Covitz |
| **Sent:** | Friday, May 28, 2021 9:19 AM CDT |
| **To:** | I-Operations |
| **CC:** | Eric Holt; Jason Post; DC Sauter; Joe Sowin |
| **Subject:** | RE: * VCON TICKET * |

I need compliance to approve.

Thank you


Hunter Covitz
Head of Structured Products

hcovitz@nexpoint.com
214.394.5510


**From:** Hunter Covitz
**Sent:** Friday, May 28, 2021 9:18 AM
**To:** SkyView I-Operations <I-operations@highgateconsultants.com>
**Cc:** Eric Holt <eholt@nexpoint.com>; Jason Post <JPost@nexpoint.com>; DC Sauter <dsauter@nexpoint.com>; Joe Sowin <jsowin@nexpoint.com>
**Subject:** FW: * VCON TICKET *

This is T+0 settling today so I am entering it right now.

Hunter Covitz
Head of Structured Products

hcovitz@nexpoint.com
214.394.5510


**From:** Hunter Covitz (NEXPOINT REAL ESTATE) <hcovitz@bloomberg.net>
**Sent:** Friday, May 28, 2021 9:17 AM
**Subject:** * VCON TICKET *

```
--- Original Sender: YUNA CHO, BREAN CAPITAL LLC ---
                 * VCON TICKET *
Trader: YUNA CHO           ISIN: US00100GAA13 CUSIP: 00100GAA1
Buy   5,000,000     of ACIS 2014-3A E Mtge 4.92563%    2/01/26
Price  95-24     Prepay    CPR 0.000 YTM 6.4960  WAL: 2.97YR
Settlement:5/28/21
Next Payment Date:  8/02/21 (0 day delay)
Current Face       USD    5,000,000 (May 21 Factor 1.0000000000)
Principal Value    USD    4,787,500
```

```
+25 days Accrued         17,102.88 (May 21 Coupon 4.92563%)
Total              USD 4,804,602.88
brean buys from highland. t+0  (1 X US0003M) + 475.0BP. FLOOR:0.
000%, CAP:n/a
```

DISCLAIMER-Securities offered through NexPoint Securities, Inc., ("NexPoint Securities") Member FINRA/SIPC. This email may contain privileged and/or confidential information. Use by other than intended recipients is prohibited. If received in error, please immediately delete this email from your computer, destroy any hard copies and notify the sender. NexPoint Securities archives email, which are subject to review by NexPoint Securities and various regulators. This email is for informational purposes only and is not an offer, recommendation or solicitation to purchase or sell any security nor is it an official confirmation of terms. NexPoint Securities makes no representation about the accuracy or completeness of information herein. Past performance is not indicative of future returns. Investments may lose money and such investment losses are not insured.

**NSOF-000011**