# Exhibit "19"

| Fund | Portfolio | Issuer |
|---|---|---|
| NexPoint Strategic Opportunities Fund | NexPoint Strategic Opportunities Fund - Bank of New York | ACIS 2014-3A |
| NexPoint Strategic Opportunities Fund | NexPoint Strategic Opportunities Fund - Bank of New York | ACIS 2013 - 1A |
| NexPoint Strategic Opportunities Fund | NexPoint Strategic Opportunities Fund - Bank of New York | ACIS 2014-3A |
| NexPoint Strategic Opportunities Fund | NexPoint Strategic Opportunities Fund - Bank of New York | ACIS 2014-3A |
| NexPoint Strategic Opportunities Fund | NEXPOINT STRATEGIC OPPORTUNITIES FUND – REPO BNP (Geneva) | ACIS 2014-3A |
| NexPoint Strategic Opportunities Fund | NEXPOINT STRATEGIC OPPORTUNITIES FUND – REPO BNP (Geneva) | ACIS 2014-3A |
| NexPoint Strategic Opportunities Fund | NexPoint Strategic Opportunities Fund - Bank of New York | ACIS 2014-3A |

| Instrument | CounterParty | Analyst | TradeDate | Date |
|---|---|---|---|---|
| ACIS 2014-3A Float - 02/2026 - E - 00100GAA1 @ LIBOR 4.7500 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 31-Mar-21 | 31-Mar-21 |
| ACIS 2013 - 1A Zero Coupon - 04/2024 - SUB - 00089PAC2 @ Zero Coupon 0.0000 4/18/2024 | HIGHLAND TRANSFER | UNKNOWN | 31-Mar-21 | 31-Mar-21 |
| ACIS 2014-3A Float - 02/2026 - F - 00100GAC7 @ LIBOR 5.6000 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 31-Mar-21 | 31-Mar-21 |
| ACIS 2014-3A Float - 02/2026 - F - 00100GAC7 @ LIBOR 5.6000 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 30-Mar-20 | 30-Mar-20 |
| ACIS 2014-3A Float - 02/2026 - F - 00100GAC7 @ LIBOR 5.6000 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 30-Mar-20 | 30-Mar-20 |
| ACIS 2014-3A Float - 02/2026 - E - 00100GAA1 @ LIBOR 4.7500 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 30-Mar-20 | 30-Mar-20 |
| ACIS 2014-3A Float - 02/2026 - E - 00100GAA1 @ LIBOR 4.7500 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 30-Mar-20 | 30-Mar-20 |

| SettleDate | Quantity | UnitPrice | Price | Value | PriceCapita | PriceFactor | OriginalPar | OriginalPar Outstanding | OutstandingRC |
|---|---|---|---|---|---|---|---|---|---|
| 31-Mar-21 | -6,000,000.00 | 1.00 | 88.3947 | 88.3947 | 88.3947 | 0.0100 | -6,000,000.00 | 0.00 | -6,007,580.22 | -6,007,580.22 |
| 31-Mar-21 | -14,000,000.00 | 1.00 | 63.2454 | 63.2454 | 63.2454 | 0.0100 | -14,000,000.00 | 0.00 | -14,000,000.00 | -14,000,000.00 |
| 31-Mar-21 | -5,000,000.00 | 1.00 | 87.3292 | 87.3292 | 87.3292 | 0.0100 | -5,000,000.00 | 0.00 | -5,327,227.55 | -5,327,227.55 |
| 30-Mar-20 | 5,000,000.00 | 1.00 | 86.5000 | 86.5000 | 0.0000 | 0.0000 | 250,000,000,000.00 | 0.00 | 0.00 | 0.00 |
| 30-Mar-20 | -5,000,000.00 | 1.00 | 86.5000 | 86.5000 | 86.5000 | 0.0000 | 250,000,000,000.00 | 0.00 | 0.00 | 0.00 |
| 30-Mar-20 | -6,000,000.00 | 1.00 | 88.3800 | 88.3800 | 88.3800 | 0.0000 | 360,000,000,000.00 | 0.00 | 0.00 | 0.00 |
| 30-Mar-20 | 6,000,000.00 | 1.00 | 88.3800 | 88.3800 | 0.0000 | 0.0000 | 360,000,000,000.00 | 0.00 | 0.00 | 0.00 |

| OutstandingSC | ParAmount | ParAmountRC | ParAmountSC | Amount | AmountRC | AmountSC | Commissio | Commissio | Commissio Fees |
|---|---|---|---|---|---|---|---|---|---|
| -6,007,580.22 | -6,007,580.22 | -6,007,580.22 | -6,007,580.22 | 5,310,382.51 | 5,310,382.51 | 5,310,382.51 | 0.00 | 0.00 | 0.00 |
| -14,000,000.00 | -14,000,000.00 | -14,000,000.00 | -14,000,000.00 | 8,854,356.00 | 8,854,356.00 | 8,854,356.00 | 0.00 | 0.00 | -4,515.73 |
| -5,327,227.55 | -5,327,227.55 | -5,327,227.55 | -5,327,227.55 | 4,652,225.20 | 4,652,225.20 | 4,652,225.20 | 0.00 | 0.00 | 0.00 |
| 0.00 | 5,000.00 | 0.00 | 0.00 | -4,325,000.00 | -4,325,000.00 | -4,325,000.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | -5,000.00 | 0.00 | 0.00 | 4,325,000.00 | 4,325,000.00 | 4,325,000.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | -6,000.00 | 0.00 | 0.00 | 5,302,800.00 | 5,302,800.00 | 5,302,800.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 6,000.00 | 0.00 | 0.00 | -5,302,800.00 | -5,302,800.00 | -5,302,800.00 | 0.00 | 0.00 | 0.00 |

| FeesRC | FeesSC | Settled | Type | InstType | WSOAsset1 | CUSIP |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | TRUE | Sale | ABS | ABS | 00100GAA1 |
| -4,515.73 | -4,515.73 | TRUE | Sale | ABS Liabilit | ABS | 00089PAC2 |
| 0.00 | 0.00 | TRUE | Sale | ABS | ABS | 00100GAC7 |
| 0.00 | 0.00 | TRUE | Purchase | ABS | ABS | 00100GAC7 |
| 0.00 | 0.00 | TRUE | Sale | ABS | ABS | 00100GAC7 |
| 0.00 | 0.00 | TRUE | Sale | ABS | ABS | 00100GAA1 |
| 0.00 | 0.00 | TRUE | Purchase | ABS | ABS | 00100GAA1 |

| Id | FundType | Fund | Portfolio | Issuer |
|---|---|---|---|---|
| 1.96E+09 | Retail Sub-, NHF TRS, LI | NHF TRS, LI | ACIS 2014-3A | |
| 1.96E+09 | Retail Sub-, NHF TRS, LI | NHF TRS, LI | ACIS 2014-3A | |
| 1.96E+09 | Retail Sub-, NHF TRS, LI | NHF TRS, LI | ACIS 2014-3A | |
| 1.96E+09 | Retail Sub-, NHF TRS, LI | NHF TRS, LI | ACIS 2013 - 1A | |

| Instrument | CounterParty | Analyst | TradeDate |
|---|---|---|---|
| ACIS 2014-3A Float - 02/2026 - E - 00100GAA1 @ LIBOR 4.7500 2/1/2026 | Brean Capital, LLC | UNKNOWN | 28-May-21 |
| ACIS 2014-3A Float - 02/2026 - F - 00100GAC7 @ LIBOR 5.6000 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 31-Mar-21 |
| ACIS 2014-3A Float - 02/2026 - E - 00100GAA1 @ LIBOR 4.7500 2/1/2026 | HIGHLAND TRANSFER | UNKNOWN | 31-Mar-21 |
| ACIS 2013 - 1A Zero Coupon - 04/2024 - SUB - 00089PAC2 @ Zero Coupon 0.0000 4/18/2024 | HIGHLAND TRANSFER | UNKNOWN | 31-Mar-21 |

| Date | SettleDate | Quantity | UnitPrice | Price | Value | PriceCapita | PriceFactor | OriginalPar | OriginalPar Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| 28-May-21 | 28-May-21 | -3,000,000.00 | 1.0000 | 95.7500 | 95.7500 | 95.7500 | 0.0100 | -3,000,000.00 | 0.00 -3,000,000.00 |
| 31-Mar-21 | 31-Mar-21 | 5,000,000.00 | 1.0000 | 87.3292 | 87.3292 | 87.3292 | 0.0100 | 5,000,000.00 | 0.00 5,327,227.55 |
| 31-Mar-21 | 31-Mar-21 | 6,000,000.00 | 1.0000 | 88.3947 | 88.3947 | 88.3947 | 0.0100 | 6,000,000.00 | 0.00 6,007,580.22 |
| 31-Mar-21 | 31-Mar-21 | 14,000,000.00 | 1.0000 | 63.2454 | 63.2454 | 63.2454 | 0.0100 | 14,000,000.00 | 0.00 14,000,000.00 |

| OutstandingRC | OutstandingSC | ParAmount | ParAmountRC | ParAmountSC | Amount | AmountRC | AmountSC | Commissio | Commissio |
|---|---|---|---|---|---|---|---|---|---|
| -3,000,000.00 | -3,000,000.00 | -3,000,000.00 | -3,000,000.00 | -3,000,000.00 | 2,872,500.00 | 2,872,500.00 | 2,872,500.00 | 0.00 | 0.00 |
| 5,327,227.55 | 5,327,227.55 | 5,327,227.55 | 5,327,227.55 | 5,327,227.55 | -4,652,225.20 | -4,652,225.20 | -4,652,225.20 | 0.00 | 0.00 |
| 6,007,580.22 | 6,007,580.22 | 6,007,580.22 | 6,007,580.22 | 6,007,580.22 | -5,310,382.51 | -5,310,382.51 | -5,310,382.51 | 0.00 | 0.00 |
| 14,000,000.00 | 14,000,000.00 | 14,000,000.00 | 14,000,000.00 | 14,000,000.00 | -8,854,356.00 | -8,854,356.00 | -8,854,356.00 | 0.00 | 0.00 |

| Commissio | Fees | FeesRC | FeesSC | Settled | Type | InstType | WSOAsset1 CUSIP |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | TRUE | Sale | ABS | ABS 00100GAA1 |
| 0.00 | 0.00 | 0.00 | 0.00 | TRUE | Purchase | ABS | ABS 00100GAC7 |
| 0.00 | 0.00 | 0.00 | 0.00 | TRUE | Purchase | ABS | ABS 00100GAA1 |
| 0.00 | 0.00 | 0.00 | 0.00 | TRUE | Purchase | ABS Liabilit | ABS 00089PAC2 |