# Exhibit "20"

**BNY MELLON**

**Custody Holdings**
**By Security - Details By Status**

\* ▉▉▉▉ - NHF TRS LLC

8/2/2021

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| US00089PAC23 | ACIS CLO 2013- 0.0 18APR24 144A FRN | USD | KY | AVAILABLE | NYV | HARE | 14,000,000.0000<br>14,000,000.0000 | 14,000,000.0000 | | |
| | | | | TOTAL BY UNITS - \* ▉▉▉ - NHF TRS LLC | | | 14,000,000.0000 | 14,000,000.0000 | | |
| | | | | TOTAL BY AMORTIZED FACE - \* ▉▉▉ NHF TRS LLC | | | 14,000,000.0000 | | | |