# Exhibit "21"

Cash And Security Transactions
Posting Date
7/1/2021 - 8/2/2021

* - NHF TRS LLC

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |

**UNITED STATES DOLLAR(USD) NHF TRS LLC**  Confidential

**7/16/2021 - Posted**     Exchange Rate 1.0000000000

**CORPORATE ACTION**

| CA | Redemption | | 7/16/2021 | -3,000,000.0000 | 3,000,000.00 | 3,000,000.00 |
|---|---|---|---|---|---|---|
| | RESULT OF A REDEMPTION - CR | US00100GAA13 | 7/16/2021 | 100.0000000000 | | |
| | ACIS CLO 201 4.92563 01FEB26 144A F | 1211974004074 | 7/16/2021 | 3,000,000.00 | | |
| | GSP #:1211974004074 UNITS/QNTY:        3,000,000.0000 | | 7/16/2021 | | | |
| | TRADE DT:21JUL16  CONT SET DT:21JUL16  CALL/MAT DT:21JUL16 | 0212618934 | 2021-07-16 15:13:13.0609 | | | |
| | SEDOL #: 9A3M8UZ  ISIN #: US00100GAA13 | | 35 | | | |
| | DESC : ACIS CLO 201 4.92563 01FEB26 144A F | Actual | | | | |
| | BROKER : REDEMPTION            ADEL DT: | | | | | |

**INTEREST**

| IT | Interest | | 7/15/2021 | 3,000,000.0000 | 30,374.72 | 30,374.72 |
|---|---|---|---|---|---|---|
| | BOND INTEREST - CR | US00100GAA13 | 7/16/2021 | 0.0101249060 | | |
| | ACIS CLO 201 4.92563 01FEB26 144A F | PSS2107166089399 | 7/16/2021 | | | |
| | PSS2107166089399  EVT: 0212618934  ACT #: 0000000607790 UNIT/QNTY: 3,000,000.0000 | 0212618934 | 7/16/2021 2021-07-16 15:22:25.9323 | 30,374.72 | | |
| | SEDOL #:      ISIN #: US00100GAA13 | | 39 | | | |
| | DESC : ACIS CLO 201 4.92563 01FEB26 144A F | | | | | |
| | EX DT:        RECORD DT:        PAY DT: 21JUL16 | | | | | |
| | EFF DT:        END DT:        CUSIP:00100GAA1 | | | | | |

|  |  |  |  | SUBTOTAL POSTED 7/16/2021 | 3,030,374.72 | 3,030,374.72 |
|---|---|---|---|---|---|---|
|  |  |  |  | TOTAL * | | 3,030,374.72 |

Some fee information may be missing from this report for up to an hour after a trade has been made.