# Exhibit "22"

BNY MELLON

Cash And Security Transactions
Posting Date

Report ID: ICAS0011
Reporting Currency: USD

**NEXPOINT STRATEGIC OPPORTUNITIES**
3/29/2021 - 8/2/2021

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |

**FREE TRANSACTIONS FOR PERIOD**

| SW | Security Withdrawal | | 4/16/2021 | -6,000,000.0000 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| | SECURITY WITHDRAWAL | US00100GAA13 | 4/16/2021 | | | |
| | ACIS CLO 201 4.92563 01FEB26 144A F | 1211060230490 | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | Confidential | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | | 2021-04-16 12:32:25.345111 | | | |
| | | Actual | | | | |

TOTAL 0.00

Some fee information may be missing from this report for up to an hour after a trade has been made.

* Confidential

Case 18-30264-sgj11 Doc 1243-21 Filed 09/05/21 Entered 09/05/21 13:08:29 Page 3 of 3
BNY MELLON | Cash And Security Transactions<br>Posting Date | Report ID: ICAS0011<br>Reporting Currency: USD

**607790 - NHF TRS LLC**  3/29/2021 - 8/2/2021

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |
| | **FREE TRANSACTIONS FOR PERIOD** | | | | | |
| SD | Security Addition | | 4/16/2021 | 6,000,000.0000 | 0.00 | 0.00 |
| | SECURITY DEPOSIT | US00100GAA13 | 4/16/2021 | | | |
| | ACIS CLO 201 4.92563 01FEB26 144A F | 1211060230491 | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | Confidential | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | | 2021-04-16 12:32:25.361892 | | | |
| | | Actual | | | | |
| | | | | TOTAL * | | 5,995,962.45 |

Some fee information may be missing from this report for up to an hour after a trade has been made.

8/2/2021 4:35:15 PM EDT    Page 9 of 9

NSOF-000016