# Exhibit "23"

BNY MELLON

\* — NHF TRS LLC

Cash And Security Transactions
Posting Date
3/29/2021 - 8/2/2021

| Tran Type | Description | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|
| | Cash Detail Transaction Type / ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker / Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker / Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description / Event ID | Transaction Status / Post Timestamp | | | |
| | Market Reference | | | | |
| | Settlement Policy | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | CCY: USD  GRSS: 82,826.0000      WTH: 19,878.2400 | | | | |
| | AMOR BAL: 6,000,000.0000  PRFC: 1.0012     CUFC: 1.0000 | | | | |
| IT | Interest | 5/1/2021 | 6,000,000.0000 | 82,826.00 | 82,826.00 |
| | BOND INTEREST - CR   US00100GAA13 | 5/1/2021 | 0.0138043330 | | |
| | ACIS CLO 201 4.92563 01FEB26 144A F   PSS2105046048273 | 5/4/2021 | | | |
| | Gross 82,826.00 RecDte: 4/30/2021 | 5/3/2021 \* | 82,826.00 | | |
| | PSS #: 2105046048273  UNITS/QNTY: 6,000,000.0000   2101631455 | 2021-05-04 | | | |
| | SEDOL #:       ISIN #: US00100GAA13  EVENT ID: 2101631455 | 15:31:17.9006 | | | |
| | DESC : ACIS CLO 201 4.92563 0 DIV SRC RATE:    0.0138043330 | 47 | | | |
| | EX DT:       RECORD DT: 21APR30  PAY DT: 21MAY01 | | | | |
| | CCY: USD  GRSS: 82,826.0000      WTH: 0.0000 | | | | |
| | AMOR BAL: 6,000,000.0000  PRFC: 1.0012     CUFC: 1.0000 | | | | |
| | | | SUBTOTAL INTEREST (2) | 19,878.24 | 19,878.24 |

5/28/2021 - Posted          Exchange Rate 1.0000000000

**SELL**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| S | Sale | 5/28/2021 | -3,000,000.0000 | 2,882,761.73 | 2,882,761.73 |
| | SECURITY SOLD - CR   US00100GAA13 | 5/28/2021 | 95.7500000000 | | |
| | ACIS CLO 201 4.92563 01FEB26 144A F   1211480205862 | 5/28/2021 | 2,872,500.00 | | |
| | PERSHING LLC   Confidential | 5/28/2021 | 10,261.73 | | |
| | PERSHING LLC | 2021-05-28 | | | |
| | GSP #:1211480205862 UNITS/QNTY:      3,000,000.0000 | 11:15:24.2992 | | | |
| | TRADE DT:21MAY28  CONT SET DT:21MAY28  CALL/MAT   Actual | 47 | | | |
| | DT:21MAY28 | | | | |
| | SEDOL #: 9A3M8UZ  ISIN #: US00100GAA13 | | | | |
| | DESC : ACIS CLO 201 4.92563 01FEB26 144A F | | | | |
| | BROKER : PERSHING LLC            ADEL DT: | | | | |

\*Back Valued Transaction

Some fee information may be missing from this report for up to an hour after a trade has been made.