# Exhibit "24"

BNY MELLON

Cash And Security Transactions
Posting Date
3/29/2021 - 8/2/2021

Report ID: ICAS0011
Reporting Currency: USD

* ▮▮▮▮ - NEXPOINT STRATEGIC OPPORTUNITIES

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |
| | **FREE TRANSACTIONS FOR PERIOD** | | | | | |
| SW | Security Withdrawal | | 4/16/2021 | -5,000,000.0000 | 0.00 | 0.00 |
| | SECURITY WITHDRAWAL | US00100GAC78 | 4/16/2021 | | | |
| | ACIS CLO 201 5.77563 01FEB26 144A F | 1211060263077 | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | Confidential | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | | 2021-04-16 | | | |
| | | | 12:32:25.6971 | | | |
| | | | 54 | | | |
| | | Actual | | | | |
| | | | | TOTAL * | | 0.00 |

Some fee information may be missing from this report for up to an hour after a trade has been made.

* Confidential

Case 18-30264-sgj11 Doc 1243-23 Filed 09/05/21 Entered 09/05/21 13:08:29 Page 3 of 3

BNY MELLON

Cash And Security Transactions
Posting Date
3/29/2021 - 8/2/2021

Report ID: ICAS0011
Reporting Currency: USD

**607790 - NHF TRS LLC**

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |
| | **FREE TRANSACTIONS FOR PERIOD** | | | | | |
| SD | Security Addition | | 4/16/2021 | 5,000,000.0000 | 0.00 | 0.00 |
| | SECURITY DEPOSIT | US00100GAC78 | 4/16/2021 | | | |
| | ACIS CLO 201 5.77563 01FEB26 144A F | 1211060263078 | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | Confidential | 4/16/2021 | | | |
| | BANK OF NEW YORK MELLON/CUST | | 2021-04-16 12:32:25.728488 | | | |
| | | Actual | | | | |
| | | | | TOTAL * | | 5,466,814.85 |

Some fee information may be missing from this report for up to an hour after a trade has been made.