# Exhibit "25"

* Confidential

Case 18-30264-sgj11 Doc 1243-24 Filed 09/05/21 Entered 09/05/21 13:08:29    Page 2 of 4

BNY MELLON

Cash And Security Transactions
Posting Date
3/29/2021 - 8/2/2021

Report ID: ICAS0011
Reporting Currency: USD

* ____ - NHF TRS LLC

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |

**UNITED STATES DOLLAR(USD) NHF TRS LLC -** [Confidential]

**5/3/2021 - Posted**     Exchange Rate 1.0000000000

**INTEREST**

| IT | Interest | | 5/3/2021 | 5,000,000.0000 | 176,471.00 | 176,471.00 |
|---|---|---|---|---|---|---|
| | BOND INTEREST - CR | US00100GAC78 | 5/3/2021 | 0.0464397360 | | |
| | ACIS CLO 201 5.77563 01FEB26 144A F | PSS2105036114041 | 5/3/2021 | | | |
| | Gross 232,198.68 RecDte: 4/30/2021 | | 5/3/2021 | | 176,471.00 | |
| | Bank W/H -55,727.68 | 2103208445 | 2021-05-04 | | | |
| | PSS #: 2105036114041 UNITS/QNTY: 5,000,000.0000 | | 15:31:17.4908 | | | |
| | SEDOL #:    ISIN #: US00100GAC78 EVENT ID: 2103208445 | | 3 | | | |
| | DESC : ACIS CLO 201 5.77563 0 DIV SRC RATE:    0.0464397360 | | | | | |
| | EX DT:    RECORD DT: 21APR30 PAY DT: 21MAY03 | | | | | |
| | CCY: USD  GRSS: 232,198.6800    WTH: 55,727.6800 | | | | | |
| | AMOR BAL: 5,173,199.2800  PRFC: 1.0179   CUFC: 1.0346 | | | | | |

**5/4/2021 - Posted**     Exchange Rate 1.0000000000

**INTEREST**

| IT | Interest | | 5/3/2021 | 5,000,000.0000 | 232,198.68 | 232,198.68 |
|---|---|---|---|---|---|---|
| | BOND INTEREST - CR | US00100GAC78 | 5/3/2021 | 0.0464397360 | | |
| | ACIS CLO 201 5.77563 01FEB26 144A F | PSS2105046048320 | 5/4/2021 | | | |
| | Gross 232,198.68 RecDte: 4/30/2021 | | 5/3/2021 * | | 232,198.68 | |
| | PSS #: 2105046048320 UNITS/QNTY: 5,000,000.0000 | 2103208445 | 2021-05-04 | | | |
| | SEDOL #:    ISIN #: US00100GAC78 EVENT ID: 2103208445 | | 15:41:18.1779 | | | |
| | DESC : ACIS CLO 201 5.77563 0 DIV SRC RATE:    0.0464397360 | | 47 | | | |
| | EX DT:    RECORD DT: 21APR30 PAY DT: 21MAY03 | | | | | |

*Back Valued Transaction

Some fee information may be missing from this report for up to an hour after a trade has been made.

\* Confidential

BNY MELLON

Case 18-30264-sgj11 Doc 1243-24 Filed 09/05/21 Entered 09/05/21 13:08:29 Page 3 of 4

Cash And Security Transactions
Posting Date
3/29/2021 - 8/2/2021

Report ID: ICAS0011
Reporting Currency: USD

\* NHF TRS LLC

| Tran Type | Description | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|
| | Cash Detail Transaction Type / ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker / Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker / Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description / Event ID | Transaction Status / Post Timestamp | | | |
| | Market Reference | | | | |
| | Settlement Policy | | | | |
| | CCY: USD  GRSS: 232,198.6800     WTH: 0.0000<br>AMOR BAL: 5,173,199.2800  PRFC: 1.0179    CUFC: 1.0346 | | | | |
| IT | **Interest Reversal**<br>**BOND INT REVERSAL**<br>**ACIS CLO 201 5.77563 01FEB26 144A F** | 5/3/2021<br>US00100GAC78  5/3/2021<br>PSS2105046048224  5/4/2021 | 5,000,000.0000<br>0.0464397360 | -176,471.00 | -176,471.00 |
| | Gross -232,198.68 RecDte: 4/30/2021<br>Bank W/H 55,727.68<br>PSS #: 2105046048224  UNITS/QNTY: 5,000,000.0000<br>SEDOL #:       ISIN #: US00100GAC78  EVENT ID: 2103208445<br>DESC : ACIS CLO 201 5.77563 0 DIV SRC RATE:    0.0464397360<br>EX DT:      RECORD DT: 21APR30  PAY DT: 21MAY03<br>CCY: USD  GRSS: 232,198.6800     WTH: 55,727.6800<br>AMOR BAL: 5,173,199.2800  PRFC: 1.0179    CUFC: 1.0346 | 2103208445 | 5/3/2021 \*<br>2021-05-04<br>15:31:17.4907<br>76 | -176,471.00 | |
| | | **SUBTOTAL INTEREST (2)** | | **55,727.68** | **55,727.68** |

7/16/2021 - Posted            Exchange Rate 1.0000000000

**CORPORATE ACTION**

| CA | **Redemption**<br>**RESULT OF A REDEMPTION - CR**<br>**ACIS CLO 201 5.77563 01FEB26 144A F** | 7/16/2021<br>US00100GAC78  7/16/2021<br>1211974004071  7/16/2021 | -5,000,000.0000<br>103.4639856000<br>5,173,199.28 | 5,173,199.28 | 5,173,199.28 |
|---|---|---|---|---|---|
| | GSP #:1211974004071 UNITS/QNTY:     5,000,000.0000<br>TRADE DT:21JUL16  CONT SET DT:21JUL16  CALL/MAT DT:21JUL16<br>SEDOL #: 9A4SHEP  ISIN #: US00100GAC78<br>DESC : ACIS CLO 201 5.77563 01FEB26 144A F | 0212618957<br>Actual | 7/16/2021<br>2021-07-16<br>15:13:14.0951<br>51 | | |

\*Back Valued Transaction

Some fee information may be missing from this report for up to an hour after a trade has been made.

* Confidential

BNY MELLON

Case 18-30264-sgj11 Doc 1243-24 Filed 09/05/21 Entered 09/05/21 13:08:29 Page 4 of 4

Cash And Security Transactions
Posting Date
3/29/2021 - 8/2/2021

Report ID: ICAS0011
Reporting Currency: USD

\* NHF TRS LLC

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |
| | BROKER : REDEMPTION       ADEL DT: | | | | | |

**INTEREST**

| IT | Interest | | 7/15/2021 | 5,000,000.0000 | 61,416.89 | 61,416.89 |
|---|---|---|---|---|---|---|
| | BOND INTEREST - CR | US00100GAC78 | 7/16/2021 | 0.0122833780 | | |
| | ACIS CLO 201 5.77563 01FEB26 144A F | PSS2107166089401 | 7/16/2021 | | | |
| | PSS2107166089401   EVT: 0212618957   ACT #: 0000000607790 | | 7/16/2021 | | 61,416.89 | |
| | UNIT/QNTY: 5,000,000.0000 | 0212618957 | 2021-07-16 | | | |
| | SEDOL #:       ISIN #: US00100GAC78 | | 15:22:25.9392 | | | |
| | DESC : ACIS CLO 201 5.77563 01FEB26 144A F | | | | | |
| | EX DT:       RECORD DT:       PAY DT: 21JUL16 | | | | | |
| | EFF DT:       END DT:       CUSIP:00100GAC7 | | | | | |
| | | | **SUBTOTAL POSTED 7/16/2021** | | **5,234,616.17** | **5,234,616.17** |

Some fee information may be missing from this report for up to an hour after a trade has been made.

NSOF-000022