# Exhibit "26"

* Confidential

BNY MELLON

**Custody Holdings**
**By Security - Details By Status**

Report ID: ICUS0016

\* ▮ - NHF TRS LLC

8/2/2021

| ISIN | Description | Ccy | Ctry Inc | Status | Loc | Reg | Traded Shares/Par Amortized Face | Settled Shares/Par | Pending Receive Shares / Par | Pending Deliver Shares/Par |
|---|---|---|---|---|---|---|---|---|---|---|
| US004524AD61 | ACIS CLO 2015- 0.0 01MAY27 144A FRN | USD | KY | AVAILABLE | DTC | DTC | 7,500,000.0000 7,500,000.0000 | 7,500,000.0000 | | |
| | | | | TOTAL BY UNITS - \* ▮ - NHF TRS LLC | | | 7,500,000.0000 | 7,500,000.0000 | | |
| | | | | TOTAL BY AMORTIZED FACE - \* ▮ - NHF TRS LLC | | | 7,500,000.0000 | | | |

NSOF-000023