# Exhibit "29"

**BNY MELLON**

Cash And Security Transactions

Posting Date

03/30/2020 - 03/30/2020

**\* - NEXPOINT STRATEGIC OPPORTUNITIES**

| Tran Type | Description | | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | ISIN | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |

**UNITED STATES DOLLAR(USD) NEXPOINT STRATEGIC OPPORTUNITIES -** Confidential

03/30/2020 - Posted          Exchange Rate 1.0000000000

**BUY**

| B | Close Repo Versus/Pay | | 03/16/2020 | 5,000,000.0000 | (1,398,240.38) | (1,398,240.38) |
|---|---|---|---|---|---|---|
| | SECURITY PURCH - DR | US00100GAC78 | 03/30/2020 | | | |
| | ACIS CLO 201 5.77563 01FEB26 144A F | 1200760261153 | 03/30/2020 | (1,396,500.00) | | |
| | BNP PARIBAS NY/BNP PARIBAS LDN | Confidential | 03/30/2020 | (1,740.38) | | |
| | BNP PARIBAS NY/BNP PARIBAS LDN | | 2020-03-30 | | | |
| | GSP #:1200760261153 UNITS/QNTY:      5,000,000.0000 | | 14:27:48.8151 | | | |
| | TRADE DT:20MAR16  CONT SET DT:20MAR30  CALL/MAT | Actual | 21 | | | |
| | DT:20MAR30 | | | | | |
| | SEDOL #: 9A4SHEP  ISIN #: US00100GAC78 | | | | | |
| | DESC : ACIS CLO 201 7.36325 01FEB26 144A F | | | | | |
| | BROKER : BNP PARIBAS NY BNP PARIBAS LDN      ADEL DT: | | | | | |

TOTAL *        (1,398,240.38)

NSOF-000090

* Confidential

**BNY MELLON**

| | | Cash And Security Transactions | | Report ID: ICAS0011 |
|---|---|---|---|---|
| | | Posting Date | | Reporting Currency: USD |
| NEXPOINT STRATEGIC OPPORTUNITIES | | 03/30/2020 - 03/30/2020 | | |

| Tran Type | Description | ISIN | Trade / Ex Date | Shares/Par/Amount | Local Amount | Reporting Equivalent |
|---|---|---|---|---|---|---|
| | Cash Detail Transaction Type | | Settle / Pay Date | Local Price/Rate | | |
| | Trading Broker | Reference Number | Cash Post Date | Local Principal | | |
| | Clearing Broker | Client Reference | Cash Value Date | Local Income | | |
| | Linked Transaction Description | Event ID | Transaction Status | | | |
| | | | Post Timestamp | | | |
| | | Market Reference | | | | |
| | | Settlement Policy | | | | |

UNITED STATES DOLLAR(USD) NEXPOINT STRATEGIC OPPORTUNITIES - Confidential

03/30/2020 - Posted          Exchange Rate 1.0000000000

BUY

| B | Close Repo Versus/Pay | | 03/16/2020 | 6,000,000.0000 | (1,975,259.36) | (1,975,259.36) |
|---|---|---|---|---|---|---|
| | SECURITY PURCH - DR | US00100GAA13 | 03/30/2020 | | | |
| | ACIS CLO 201 4.92563 01FEB26 144A F | 1200760261430 | 03/30/2020 | (1,972,800.00) | | |
| | BNP PARIBAS NY/BNP PARIBAS LDN | Confidential | 03/30/2020 | (2,459.36) | | |
| | BNP PARIBAS NY/BNP PARIBAS LDN | | 2020-03-30 | | | |
| | GSP #:1200760261430 UNITS/QNTY:     6,000,000.0000 | | 14:27:48.7316 | | | |
| | TRADE DT:20MAR16  CONT SET DT:20MAR30  CALL/MAT | Actual | 48 | | | |
| | DT:20MAR30 | | | | | |
| | SEDOL #: 9A3M8UZ  ISIN #: US00100GAA13 | | | | | |
| | DESC : ACIS CLO 201 6.51325 01FEB26 144A F | | | | | |
| | BROKER : BNP PARIBAS NY BNP PARIBAS LDN      ADEL DT: | | | | | |

TOTAL Confidential                                                                 (1,975,259.36)

NSOF-000091