# EXHIBIT 32

**us bank**

All of us serving you™

**ACIS CLO 2014-3 LTD.**
**ACIS CLO 2014-3 LLC**

**INFORMATIONAL NOTICE UPDATING ON THE BANKRUPTCY OF THE PORTFOLIO MANAGER**

**NOTE: THIS NOTICE CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE REGISTERED AND BENEFICIAL OWNERS OF THE SUBJECT NOTES. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS, AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RE-TRANSMITTAL TO BENEFICIAL OWNERS OF THE NOTES IN A TIMELY MANNER.**

November 2, 2018

To:     The Holders of the Notes described as:

| Class | Rule 144A CUSIP* | Rule 144A ISIN* | Rule 144A Common Code* | Reg. S CUSIP* | Reg. S ISIN* | Reg. S. Common Code* | Accredited Investor CUSIP* | Accredited Investor ISIN* |
|---|---|---|---|---|---|---|---|---|
| **Class A-1A Notes** | 00100FAA3 | US00100FAA30 | 102734564 | G00734AA4 | USG00734AA45 | 102734696 | 00100FAB1 | US00100FAB13 |
| **Class A-1F Notes** | 00100FAC9 | US00100FAC95 | 102734572 | G00734AB2 | USG00734AB28 | 102734700 | 00100FAD7 | US00100FAD78 |
| **Class A-2A Notes** | 00100FAE5 | US00100FAE51 | 102734599 | G00734AC0 | USG00734AC01 | 102734688 | 00100FAF2 | US00100FAF27 |
| **Class A-2B Notes** | 00100FAG0 | US00100FAG00 | 102734602 | G00734AD8 | USG00734AD83 | 102734726 | 00100FAH8 | US00100FAH82 |
| **Class A-X Notes** | 00100FAJ4 | US00100FAJ49 | 102734629 | G00734AE6 | USG00734AE66 | 102734742 | 00100FAK1 | US00100FAK12 |
| **Class B Notes** | 00100FAL9 | US00100FAL94 | 102734645 | G00734AF3 | USG00734AF32 | 102734734 | 00100FAM7 | US00100FAM77 |
| **Class C Notes** | 00100FAN5 | US00100FAN50 | 102734637 | G00734AG1 | USG00734AG15 | 102734769 | 00100FAP0 | US00100FAP09 |
| **Class D Notes** | 00100FAQ8 | US00100FAQ81 | 102734653 | G00734AH9 | USG00734AH97 | 102734793 | 00100FAR6 | US00100FAR64 |
| **Class E Notes** | 00100GAA1 | US00100GAA13 | 102734661 | G00733AA6 | USG00733AA61 | 102734777 | 00100GAB9 | US00100GAB95 |
| **Class F Notes** | 00100GAC7 | US00100GAC78 | 102734670 | G00733AB4 | USG00733AB45 | 102734785 | 00100GAD5 | US00100GAD51 |
| **Sub. Notes** | 00100GAE3 | US00100GAE35 | 102738721 | G00733AC2 | USG00733AC28 | 103176662 | 00100GAF0 | US00100GAF00 |

To:     Those Additional Parties Listed on Schedule I hereto

Reference is hereby made to that certain: (i) Indenture dated as of February 25, 2014 (as supplemented, amended or modified from time to time, the "Indenture"), among ACIS CLO 2014-3 LTD., as issuer (the "Issuer"), ACIS CLO 2014-3 LLC, as co-issuer (the "Co-Issuer" and, together with the Issuer, the "Co-Issuers"), and U.S. BANK NATIONAL ASSOCIATION, as trustee (the "Trustee"), (ii) Portfolio Management Agreement dated as of February 25, 2014 (as supplemented, amended or modified from time to time, the "PMA") between the Issuer and ACIS CAPITAL MANAGEMENT, L.P. ("Acis LP"), as portfolio manager (the "Portfolio Manager") and (iii) the Trustee's notices dated May 10, 2018, June 7, 2018, June 20, 2018, July

---

\* No representation is made as to the correctness of the CUSIP, ISIN or Common Code numbers either as printed on the Notes or as contained in this notice. Such numbers are included solely for the convenience of the Holders.

13, 2018, July 31, 2018, August 7, 2018, August 16, 2018, September 5, 2018 and October 26, 2018 (the "Prior Notices"). Capitalized terms used herein and not otherwise defined shall have the meanings assigned to such terms in the Indenture, the PMA or the Prior Notices, as applicable.

A. Bankruptcy Cases Update

1. Background

The Bankruptcy Cases of the Portfolio Manager and its affiliate are being jointly administered for procedural purposes only as *In re Acis Capital Management, L.P., Acis Capital Management GP, LLC*, under Case No. 18-30264-SGJ-11, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court").

2. Confirmation Schedule for the Chapter 11 Trustee's Plan

In the Prior Notice dated October 26, 2018, the Trustee, at the request of the Chapter 11 Trustee, forwarded a copy of the *Notice of Solicitation of Third Amended Joint Plan for Acis Capital Management L.P. and Acis Capital Management GP, LLC* (Docket No. 666) (the "Portfolio Manager's Notice"). As set forth in the Portfolio Manager's Notice and attached materials, the deadline for filing, objecting to and voting on the *Third Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC* (Docket No. 660) (the "Plan") is November 26, 2018. A combined hearing to consider final approval of the *Disclosure Statement Pursuant to Section 1125 of the United States Bankruptcy Code With Respect to the Third Amended Joint Plan for Acis Capital Management, L.P. and Acis Capital Management GP, LLC* (Docket No. 661) (the "Disclosure Statement") and confirmation of the Plan has been set to commence on December 11, 2018 at 9:30 a.m. (CT) and may continue on December 12 and 13, 2018. The Trustee has filed proofs of claim on behalf of the Secured Parties and may be entitled to vote on the Plan. Unless otherwise instructed and directed in accordance with the Indenture prior to the close of business on November 13, 2018, the Trustee does not intend to vote, object or submit pleadings with respect to the Plan. Holders should consult with their own advisors regarding the Plan.

3. Highland Capital Management, L.P.'s Motion to Dismiss the Debtors' Chapter 11 Cases, or, in the Alternative, Converting the Cases to Chapter 7 for Cause

Highland Capital Management, L.P. ("Highland") has filed *Highland Capital Management, L.P.'s Motion for an Order Dismissing the Debtors' Chapter 11 Cases or, in the Alternative, Converting the Cases to Chapter 7 for Cause* (Docket No. 604) (the "Motion to Dismiss"). A hearing on the Motion to Dismiss has been scheduled to commence after the hearing on confirmation of the Plan on December 11, 2018 at 1:30 p.m. (CT) (or after the conclusion of the confirmation hearing). Unless otherwise instructed and directed in accordance with the Indenture prior to the close of business on November 13, 2018, the Trustee does not intend to object or submit pleadings with respect to the Motion to Dismiss. Holders should consult with their own advisors regarding the Plan.

B. Obtaining Information Regarding the Bankruptcy Cases

The Bankruptcy Cases, including the Portfolio Manager's Notice, the Plan, the Disclosure Statement, the Motion to Dismiss and other pleadings filed in the Bankruptcy Cases, may affect the rights of Holders. Holders are encouraged to review all pleadings filed in the Bankruptcy Cases and consult with their own legal and financial advisors regarding their rights. Unless otherwise instructed and directed in accordance with the Indenture, the Trustee does not intend to take any other action with respect to the actions in the Bankruptcy Cases described above.

Documents, including the motions and orders described above, filed in the Bankruptcy Cases may be viewed during normal business hours at the Clerk's Office of the Bankruptcy Court, located at the Earle Cabell Federal Building, 1100 Commerce Street, Room 1254, Dallas, TX 75242-1496, or obtained through PACER for a fee by registering online at http://pacer.psc.uscourts.gov.

C. <u>General Information for Holders</u>

Please be advised that the Trustee reserves all of the rights, powers, claims and remedies available to it and to the Holders under the transaction documents and applicable law. No delay or forbearance by the Holders or the Trustee to exercise any right or remedy, or otherwise under the terms of the transaction documents, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

This notice is without prejudice and does not and will not waive any other right or remedy that the Trustee and the Holders or any of them may have as of the date hereof or in the future, all of which are hereby reserved.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal, or tax advice by or on behalf of the Trustee, or its directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this notice should seek the advice of its own advisers in respect of the matters set forth herein.

Holders with questions about this notice should direct them in writing, along with evidence of beneficial ownership of the Notes, to Taylor Potts at taylor.potts@usbank.com.

The Trustee may conclude that a specific response to particular inquiries from individual Holders is not consistent with equal and full dissemination of information to all Holders. Holders should not rely on the Trustee as their sole source of information.

U.S. BANK NATIONAL
ASSOCIATION, as Trustee

<u>**SCHEDULE I**</u>

Additional Addressees

<u>**Issuer:**</u>
**Acis CLO 2014-3 Ltd.**
c/o MaplesFS Limited
P.O. Box 1093
Boundary Hall, Cricket Square
Grand Cayman KY1-1102
Cayman Islands
Phone: +1 (345) 945-7099
Facsimile: +1 (345) 945-7100

<u>**Co-Issuer:**</u>
**Acis CLO 2014-3 LLC**
c/o Puglisi & Associates
850 Library Avenue, Suite 204
Newark, Delaware 19711
Attention: Donald J. Puglisi
Facsimile: 302-738-7210

<u>**Portfolio Manager:**</u>
**Acis Capital Management, L.P.**
c/o Robin Phelan, Chapter 11 Trustee
4214 Woodfin Drive
Dallas, Texas 75220-6416
Email: robin@phelanlaw.org

<u>**Irish Stock Exchange:**</u>
Electronic copy to be uploaded to the Irish
Stock Exchange website via
http://www.isedirect.ie

<u>**DTC, Euroclear and Clearstream**</u>
<u>**(as applicable):**</u>
legalandtaxnotices@dtcc.com
lensnotices@dtcc.com
consentannouncements@dtcc.com
voluntaryreorgannouncements@dtcc.com
drit@euroclear.com
ca_general.events@clearstream.com

SK 03687 0586 8081718

4