Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas  75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359

ATTORNEYS FOR NEXPOINT
STRATEGIC OPPORTUNITIES FUND

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § § § | Case No. 18-30264-sgj11 |
| Debtor. | § § § | (Jointly Administered) |

**AGREED MOTION OF NEXPOINT STRATEGIC OPPORTUNITIES FUND TO SEAL ITS SEPTEMBER 8, 2021 HEARING EXHIBITS**

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

COMES NOW NexPoint Strategic Opportunities Fund ("NSOF"), a party-in-interest in the above styled and numbered bankruptcy case (the "Bankruptcy Case) of Acis Capital Management, L.P. (the "Debtor"), and files this its *Agreed Motion to Seal Its September 8, 2021 Hearing Exhibits* (the "Motion"), respectfully stating as follows:

1. At the hearing held in this Bankruptcy Case on September 8, 2021 on the *Motion of NexPoint Strategic Opportunities Fund to Confirm Discharge Or Plan Injunction Does Not Bar Lawsuit, Or, Alternatively, For Relief from All Applicable Injunctions*, the Court admitted the exhibits of NSOF otherwise listed at docket no. 1239 as Exhibits A through S (including all sub-exhibits) (the "Exhibits").

2.  The Exhibits include otherwise confidential and proprietary business information of the Debtor and/or U.S. Bank National Association.

3.  Accordingly, NSOF, with the agreement of the foregoing parties, hereby moves to seal the Exhibits pursuant to 11 U.S.C. § 107 and Fed. R. Bankr. P. 9018.

WHEREFORE, PREMISES CONSIDERED, NSOF respectfully requests that the Exhibits be filed and submitted under seal pending further order of the Court.

RESPECTFULLY SUBMITTED this 16th day of September, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND**

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he discussed the relief requested herein and the proposed order uploaded herewith with Jeff Prostok, Esq., counsel of record for the Debtor, and with Mark Kotwick, Esq., counsel of record for US Bank, both of whom informed the undersigned that their clients agree to said relief and to said order.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 16th day of September, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Debtor and US Bank.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.