

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § § | Case No. 18-30264-sgj-11 |
| Debtor. | § § § | (Jointly Administered) |

### ORDER REOPENING BANKRUPTCY CASE

CAME ON FOR CONSIDERATION the *Motion to Reopen Case* (the "Motion") [Docket No. 1218], filed by NexPoint Strategic Opportunities Fund ("NexPoint") on May 20, 2021. No objection to the Motion was filed by any party. Instead, Acis Capital Management, L.P. (the "Debtor"), and Joshua N. Terry filed their *Notice of Acis Capital Management, L.P.'s and Joshua N. Terry's Non-Opposition to Motion of NexPoint Strategic Opportunities Fund to Reopen Bankruptcy Case* [Docket No. 1221] on June 8, 2021, noting their lack of any objection. The Court conducted a hearing on the Motion on September 8, 2021. For the reasons stated on the record at the hearing, it is—

ORDERED that the Motion is hereby GRANTED, and the Debtor's bankruptcy case is hereby reopened; and it is further—

ORDERED that the Court hereby *sua sponte* shifts, from the Debtor to NexPoint, the responsibility for paying any fees due to the United States Trustee under 28 U.S.C. § 1930(a)(6) which accrue during the time the Debtor's bankruptcy case remains reopened.

### End of Order ###