

CLERK, U.S. BANKRUPTCY COURT
NORTHER DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2021**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § § § | Case No. 18-30264-sgj11 |
| Debtor. | § § § | (Jointly Administered) |

### ORDER SEALING SEPTEMBER 8, 2021 HEARING EXHIBITS OF NEXPOINT STRATEGIC OPPORTUNITIES FUND

CAME ON FOR CONSIDERATION the *Agreed Motion of NexPoint Strategic Opportunities Fund to Seal Its September 8, 2021 Hearing Exhibits* (the "Motion"). Finding that the Motion is agreed to, that no further notice thereof or hearing thereon is required, and that cause exists for granting the Motion, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the exhibits of NexPoint Strategic Opportunities Fund admitted into evidence at the hearings held on September 8, 2021, and listed as Exhibits A through S (including all sub-exhibits) on docket no. 1239, shall be SEALED pending further order of the Court, and the

Clerk shall treat the paper copies thereof as sealed and any electronic copies thereof shall not be filed on the docket but shall likewise be submitted and kept by the Clerk under seal; it is further

ORDERED that the Court shall retain jurisdiction over the enforcement and interpretation of this Order and granting any relief from this Order upon such motion as is otherwise appropriate.

### END OF ORDER ###