

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2021**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § § | Case No. 18-30264-sgj-11 |
| Debtor. | § § § | (Jointly Administered) |

## ORDER REOPENING BANKRUPTCY CASE

CAME ON FOR CONSIDERATION the *Motion to Reopen Case* (the "Motion") [Docket No. 1218], filed by NexPoint Strategic Opportunities Fund ("NexPoint") on May 20, 2021. No objection to the Motion was filed by any party. Instead, Acis Capital Management, L.P. (the "Debtor"), and Joshua N. Terry filed their *Notice of Acis Capital Management, L.P.'s and Joshua N. Terry's Non-Opposition to Motion of NexPoint Strategic Opportunities Fund to Reopen Bankruptcy Case* [Docket No. 1221] on June 8, 2021, noting their lack of any objection. The Court conducted a hearing on the Motion on September 8, 2021. For the reasons stated on the record at the hearing, it is—

ORDERED that the Motion is hereby GRANTED, and the Debtor's bankruptcy case is hereby reopened; and it is further—

ORDERED that the Court hereby *sua sponte* shifts, from the Debtor to NexPoint, the responsibility for paying any fees due to the United States Trustee under 28 U.S.C. § 1930(a)(6) which accrue during the time the Debtor's bankruptcy case remains reopened.

### End of Order ###

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 18-30264-sgj

Acis Capital Management, L.P. Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: mmathews      Page 1 of 9

Date Rcvd: Sep 24, 2021      Form ID: pdf025      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Acis Capital Management, L.P., 300 Crescent Court, Suite 700, Dallas, TX 75201-7849 |
| aty | + | Ashlee N. Lin, Milbank, Tweed, Hadley & McCloy LLP, 2029 Century Park East 33rd Floor, Los Angeles, CA 90067-2901 |
| aty | + | Blair A. Adams, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave., Floor 22, New York, NY 10010-1603 |
| aty | + | Craig A Bruens, Debevoise & Plimpton, 801 Pennsylvania Avenue N.W., Suite 500, Washington, DC 20004-1163 |
| aty | + | Eric R. Reimer, Milbank, Tweed, Hadley &McCloy LLP, 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067-3019, US 90067-2901 |
| aty | + | Eric Winston, Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, TX 90017-5003 |
| aty | + | Erica S. Weisgerber, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022-3916 |
| aty | + | Ira D Kharasch, Pachulski Stang Ziehl & Jones LLPL, 10100 Santa Monica Boulevard, 13th Fl., Los Angeles, CA 90067-4114 |
| aty | + | James T. Bentley, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | + | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4114 |
| aty | + | Mark M. Maloney, King & Spalding LLP, 1180 Peachtree Steet, NE, Atlanta, GA 30309-7525 |
| aty | + | Miguel Cadavid, King & Spalding LLP, 1180 Peachtree Street, NE, Atlanta, GA 30309-7525 |
| aty | | Paul M. Hoffmann, Stinson, Morrison, Hecker, LLP, 1201 Walnut Suite 2900, Kansas City, MO 64106-2150 |
| aty | + | Reed & Elmquist, P.C., 501 N. College Street, Waxahachie, TX 75165-3361 |
| cr | + | Dallas County, Linebarger Goggan Blair & Sampson, LLP, CO Sherrel K Knighton, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Dallas County, Linbarger, Goggan, Blair & Sampson LLP, co Laurie Spindler, 2777 N Stemmons Frwy, No 1000, Dallas, TX 75207-2328 |
| cr | + | Highland Capital Management, L.P., c/o Foley Gardere, Holland ONeil, Jason Binford, 2021 McKinney Avenue, Ste. 1600, Dallas Dallas, TX 75201-3340 |
| cr | + | Highland Employees, c/o Winston & Strawn LLP, 2121 N. Pearl Street, Suite 900, Dallas, TX 75201-2494 |
| intp | + | Investor, c/o Shackelford, Bowen, McKinley Norton, Attn: Frances A. Smith, 9201 N. Central Expressway, 4th Floor Dallas, TX 75231-6033 |
| intp | + | James Dondero, c/o D. Michael Lynn, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000 Fort Worth, TX 76102-3727 |
| cr | + | Joshua Terry, 25 Highland Park Village, Suite 100-848, Dallas, TX 75205-2789 |
| intp | + | Terry Dondero, c/o Bond Ellis Eppich Schafer Jones, LLP, D. Michael Lynn, 420 Throckmorton St., Ste. 1000, Fort Worth, TX 76102-3727 |
| cr | | Texas Comptroller of Public Accounts, John Stern, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | # | The TASA Group, 1166 DeKalb Pike, Blue Bell, PA 19422-1853 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: dneier@winston.com | Sep 24 2021 20:52:00 | David Neier, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4002 |

TOTAL: 1

# BYPASSED RECIPIENTS

| District/off: 0539-3 | User: mmathews | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf025 | Total Noticed: 25 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | ACIS CLO 2014-1 and 3-6, Ltds, c/o Winston & Strawn LLP, 2501 N. Harwood Street, 17th Floor, Dallas, TX 75201-1663 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy K. Anderson | on behalf of Creditor ACIS CLO 2014-1 and 3-6  Ltds aanderson@joneswalker.com, lfields@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com |
| Andrew Ball Zollinger | on behalf of Creditor BayVK R2 Lux S.A. andrew.zollinger@dlapiper.com bill-countryman-0154@ecf.pacerpro.com;Docketingchicago@dlapiper.com |
| Andrew Ball Zollinger | on behalf of Creditor Universal-Investment-Luxembourg S.A. andrew.zollinger@dlapiper.com bill-countryman-0154@ecf.pacerpro.com;Docketingchicago@dlapiper.com |
| Andrew M. Leblanc | on behalf of Creditor Oaktree Capital Management  L.P. aleblanc@milbank.com |
| Annmarie Antoniette Chiarello | on behalf of Plaintiff Robin Phelan  Chapter 11 Trustee achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Trustee Robin Phelan achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management  L.P. achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Plaintiff Acis Capital Management GP  LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Jointly Administered Party/Debtor Acis Capital Management GP  LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Acis Capital Management GP  LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Spec. Counsel Winstead PC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Defendant Robin Phelan  Chapter 11 Trustee achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Financial Advisor Miller Buckfire & Co.  LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Joshua Terry achiarello@winstead.com |
| Annmarie Antoniette Chiarello | |

District/off: 0539-3                     User: mmathews                                  Page 3 of 9
Date Rcvd: Sep 24, 2021                  Form ID: pdf025                                 Total Noticed: 25

| | |
|---|---|
| | on behalf of Debtor Acis Capital Management GP  LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Plaintiff Acis Capital Management  L.P. achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Debtor Acis Capital Management  L.P. achiarello@winstead.com |
| Arlene R. Alves | on behalf of Creditor US Bank National Association as Creditor CLO Trustee alves@sewkis.com |
| Arlene R. Alves | on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE alves@sewkis.com |
| Brian Kinney | on behalf of Creditor Oaktree Capital Management  L.P. bkinney@milbank.com |
| Brian Patrick Shaw | on behalf of Creditor Joshua Terry bshaw@ccsb.com  amckethan@ccsb.com |
| Brian Patrick Shaw | on behalf of Debtor Acis Capital Management GP  LLC bshaw@ccsb.com, amckethan@ccsb.com |
| Bruce E. Bagelman | on behalf of Creditor Stinson Leonard Street LLP bruce.bagelman@stinson.com  stephanie.gratt@stinson.com |
| Bruce E. Bagelman | on behalf of Creditor Stinson LLP bruce.bagelman@stinson.com  stephanie.gratt@stinson.com |
| Bryan C. Assink | on behalf of Interested Party James Dondero bryan.assink@bondsellis.com |
| Daniel P. Novakov | on behalf of Creditor US Bank National Association as Creditor CLO Trustee dnovakov@fbtlaw.com  kotwick@sewkis.com;alves@sewkis.com |
| Daniel P. Novakov | on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE dnovakov@fbtlaw.com, kotwick@sewkis.com;alves@sewkis.com |
| Daniel P. Novakov | on behalf of Creditor ACIS CLO 2014-1 and 3-6  Ltds dnovakov@fbtlaw.com, kotwick@sewkis.com;alves@sewkis.com |
| David Neier | on behalf of Creditor ACIS CLO 2014-1 and 3-6  Ltds dneier@winston.com, david-neier-0903@ecf.pacerpro.com |
| David W. Elmquist | on behalf of Trustee Diane G. Reed delmquist@bcylawyers.com  lpaquette@bcylawyers.com;reed.elmquist@gmail.com |
| Davor Rukavina | on behalf of Creditor NexPoint Strategic Opportunities Fund drukavina@munsch.com |
| Diane G. Reed | on behalf of Trustee Diane G. Reed dgrtrustee@bcylawyers.com  TX03@ecfcbis.com |
| Elizabeth Nicolle Boydston | on behalf of Creditor Oaktree Capital Management  L.P. lboydston@polsinelli.com, dandreacchi@polsinelli.com |
| Erin C. McGee | on behalf of Creditor Highland Capital Management  L.P. emcgee@foley.com, erin-mcgee-3251@ecf.pacerpro.com;ecfbankruptcy@foley.com |
| Forshey & Prostok LLP | jrf@forsheyprostok.com |
| Frances Anne Smith | on behalf of Interested Party Investor frances.smith@judithwross.com  michael.coulombe@judithwross.com |
| Gregory V. Demo | on behalf of Creditor Highland Capital Management  L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Heather H. Jobe | on behalf of Creditor Highland CLO Funding  Ltd. heatherj@bellnunnally.com, agreen@bellnunnally.com |
| Heather H. Jobe | on behalf of Creditor CLO Funding  Ltd. heatherj@bellnunnally.com, agreen@bellnunnally.com |
| Heather H. Jobe | on behalf of Creditor CLO Holdco  Ltd. heatherj@bellnunnally.com, agreen@bellnunnally.com |
| Heather H. Jobe | |

| District/off: 0539-3 | User: mmathews | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf025 | Total Noticed: 25 |

| | |
|---|---|
| | on behalf of Creditor Neutra Ltd. heatherj@bellnunnally.com, agreen@bellnunnally.com |
| Heather H. Jobe | |
| | on behalf of Interested Party Highland CLO Funding Ltd. heatherj@bellnunnally.com, agreen@bellnunnally.com |
| Holland N. O'Neil | |
| | on behalf of Plaintiff Highland Capital Management L.P. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | |
| | on behalf of Creditor Highland CLO Funding Ltd. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | |
| | on behalf of Defendant Highland CLO Funding Ltd. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | |
| | on behalf of Creditor Neutra Ltd. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | |
| | on behalf of Creditor CLO Holdco Ltd. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | |
| | on behalf of Interested Party Highland CLO Funding Ltd. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | |
| | on behalf of Creditor Highland Capital Management L.P. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | |
| | on behalf of Defendant Highland Capital Management L.P. honeil@foley.com, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| J. Robert Forshey | |
| | on behalf of Plaintiff Acis Capital Management GP LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jjones@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| J. Robert Forshey | |
| | on behalf of Plaintiff Acis Capital Management L.P. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jjones@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Jason Alexander Enright | |
| | on behalf of Spec. Counsel Winstead PC jenright@winstead.com |
| Jason Alexander Enright | |
| | on behalf of Plaintiff Robin Phelan Chapter 11 Trustee jenright@winstead.com |
| Jason Alexander Enright | |
| | on behalf of Plaintiff Acis Capital Management L.P. jenright@winstead.com |
| Jason Alexander Enright | |
| | on behalf of Plaintiff Acis Capital Management GP LLC jenright@winstead.com |
| Jason Alexander Enright | |
| | on behalf of Trustee Robin Phelan jenright@winstead.com |
| Jason B. Binford | |
| | on behalf of Interested Party Highland CLO Funding Ltd. JASON.BINFORD@OAG.TEXAS.GOV |
| Jason B. Binford | |
| | on behalf of Plaintiff Highland Capital Management L.P. JASON.BINFORD@OAG.TEXAS.GOV |
| Jason B. Binford | |
| | on behalf of Defendant Highland Capital Management L.P. JASON.BINFORD@OAG.TEXAS.GOV |
| Jason B. Binford | |
| | on behalf of Creditor CLO Funding Ltd. JASON.BINFORD@OAG.TEXAS.GOV |
| Jason B. Binford | |
| | on behalf of Creditor CLO Holdco Ltd. JASON.BINFORD@OAG.TEXAS.GOV |
| Jason B. Binford | |
| | on behalf of Creditor Highland Capital Management L.P. JASON.BINFORD@OAG.TEXAS.GOV |
| Jason B. Binford | |
| | on behalf of Creditor Highland CLO Funding Ltd. JASON.BINFORD@OAG.TEXAS.GOV |

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 5 of 9 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf025 | Total Noticed: 25 |

Jason B. Binford
    on behalf of Creditor Neutra Ltd. JASON.BINFORD@OAG.TEXAS.GOV

Jason Patrick Kathman
    on behalf of Creditor Patrick Daugherty jkathman@spencerfane.com
    gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jeff P. Prostok
    on behalf of Plaintiff Robin Phelan Chapter 11 Trustee jprostok@forsheyprostok.com,
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Debtor Acis Capital Management GP LLC jprostok@forsheyprostok.com,
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Debtor Acis Capital Management L.P. jprostok@forsheyprostok.com,
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Attorney Forshey & Prostok LLP jprostok@forsheyprostok.com
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Jointly Administered Party/Debtor Acis Capital Management GP LLC jprostok@forsheyprostok.com,
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Trustee Robin Phelan jprostok@forsheyprostok.com
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Plaintiff Acis Capital Management GP LLC jprostok@forsheyprostok.com,
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Creditor Joshua Terry jprostok@forsheyprostok.com
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Plaintiff Acis Capital Management L.P. jprostok@forsheyprostok.com,
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Creditor Jennifer G. Terry jprostok@forsheyprostok.com
    jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

John J. Kane
    on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

John J. Kane
    on behalf of Defendant Grant Scott jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com

John Mark Stern
    on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov

John Martin Lynch
    on behalf of Creditor Joshua N. Terry lynch@RoggeDunnGroup.com vanderburg@RoggeDunnGroup.com

John Martin Lynch
    on behalf of Creditor Joshua Terry lynch@RoggeDunnGroup.com vanderburg@RoggeDunnGroup.com

John N. Schwartz
    on behalf of Creditor Oaktree Capital Management L.P. john.schwartz@nortonrosefulbright.com

John Y. Bonds, III
    on behalf of Defendant James Dondero john@bondsellis.com

Joseph E. Bain
    on behalf of Creditor Acis CLO 2014-3 LLC JBain@joneswalker.com
    kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com

Joseph E. Bain

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 6 of 9 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf025 | Total Noticed: 25 |

| | |
|---|---|
| | on behalf of Defendant Acis CLO 2014-4 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Defendant Acis CLO 2014-4 LLC JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor ACIS CLO 2014-1 and 3-6  Ltds JBain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor Acis CLO 2015-6 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Defendant Acis CLO 2014-3 LLC JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Defendant Acis CLO 2015-6 LLC JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor Acis CLO 2014-4 LLC JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Defendant Acis CLO 2014-5 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor Acis CLO 2014-5 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Defendant Acis CLO 2014-3 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Defendant Acis CLO 2014-5 LLC JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor Acis CLO 2014-4 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor Acis CLO 2014-3 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Defendant Acis CLO 2015-6 Ltd. JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor Acis CLO 2015-6 LLC JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph E. Bain | on behalf of Creditor Acis CLO 2014-5 LLC JBain@joneswalker.com kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;msalinas@joneswalker.com |
| Joseph J. Wielebinski, Jr. | on behalf of Trustee Robin Phelan jwielebinski@winstead.com  bmcdearmon@winstead.com |
| Joseph P. Rovira | on behalf of Creditor Hunton Andrews Kurth  LLP josephrovira@HuntonAK.com |
| Joseph Y. Ahmad | on behalf of Plaintiff Acis Capital Management  L.P. joeahmad@azalaw.com |
| Julian Preston Vasek | on behalf of Creditor NexPoint Strategic Opportunities Fund jvasek@munsch.com |
| Katy Leann Hart | on behalf of Creditor Stinson Leonard Street LLP katy.hart@stinson.com  patricia.tomasky@stinson.com |
| Lane M. Webster | on behalf of Defendant Acis CLO 2014-4 LLC lwebster@bradley.com |
| Lane M. Webster | on behalf of Defendant Acis CLO 2015-6 LLC lwebster@bradley.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 7 of 9 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf025 | Total Noticed: 25 |

| | |
|---|---|
| Lane M. Webster | on behalf of Defendant Acis CLO 2014-3 Ltd. lwebster@bradley.com |
| Lane M. Webster | on behalf of Defendant Acis CLO 2015-6 Ltd. lwebster@bradley.com |
| Lane M. Webster | on behalf of Defendant Acis CLO 2014-5 Ltd. lwebster@bradley.com |
| Lane M. Webster | on behalf of Defendant Acis CLO 2014-4 Ltd. lwebster@bradley.com |
| Lane M. Webster | on behalf of Defendant Acis CLO 2014-5 LLC lwebster@bradley.com |
| Lane M. Webster | on behalf of Defendant Acis CLO 2014-3 LLC lwebster@bradley.com |
| Lane M. Webster | on behalf of Creditor ACIS CLO 2014-1 and 3-6 Ltds lwebster@bradley.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Lisa L. Lambert | on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov |
| Louis R. Strubeck, Jr. | on behalf of Interested Party Oaktree Capital Management L.P. louis.strubeck@nortonrosefulbright.com, lou-strubeck-6142@ecf.pacerpro.com |
| Louis R. Strubeck, Jr. | on behalf of Creditor Oaktree Capital Management L.P. louis.strubeck@nortonrosefulbright.com, lou-strubeck-6142@ecf.pacerpro.com |
| Mark D. Kotwick | on behalf of Creditor US Bank National Association as Creditor CLO Trustee kotwick@sewkis.com |
| Mark D. Kotwick | on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE kotwick@sewkis.com |
| Melina Bales | on behalf of Creditor Highland CLO Funding Ltd. mbales@sidley.com, txefilingnotice@sidley.com;melina-bales-1755@ecf.pacerpro.com |
| Melina Bales | on behalf of Interested Party Highland CLO Funding Ltd. mbales@sidley.com, txefilingnotice@sidley.com;melina-bales-1755@ecf.pacerpro.com |
| Melina Bales | on behalf of Creditor CLO Holdco Ltd. mbales@sidley.com, txefilingnotice@sidley.com;melina-bales-1755@ecf.pacerpro.com |
| Melina Bales | on behalf of Creditor Neutra Ltd. mbales@sidley.com, txefilingnotice@sidley.com;melina-bales-1755@ecf.pacerpro.com |
| Melina Bales | on behalf of Creditor Highland Capital Management L.P. mbales@sidley.com, txefilingnotice@sidley.com;melina-bales-1755@ecf.pacerpro.com |
| Melina Bales | on behalf of Plaintiff Highland Capital Management L.P. mbales@sidley.com, txefilingnotice@sidley.com;melina-bales-1755@ecf.pacerpro.com |
| Melissa S. Hayward | on behalf of Creditor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael D. Warner | on behalf of Debtor Acis Capital Management GP LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com |
| Michael Justin Lang | on behalf of Defendant James Dondero mlang@cwl.law nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law |
| Michael Kevin Hurst | on behalf of Interested Party Highland CLO Funding Ltd. mhurst@lynnllp.com, bcongdon@lynnllp.com;tashworth@lynnllp.com;cezie-boncoeur@lynnllp.com;mslusser@lynnllp.com |
| Michael Kevin Hurst | on behalf of Defendant Highland Capital Management L.P. mhurst@lynnllp.com, bcongdon@lynnllp.com;tashworth@lynnllp.com;cezie-boncoeur@lynnllp.com;mslusser@lynnllp.com |
| Michael Kevin Hurst | on behalf of Creditor Highland Capital Management L.P. mhurst@lynnllp.com, |

District/off: 0539-3 User: mmathews Page 8 of 9
Date Rcvd: Sep 24, 2021 Form ID: pdf025 Total Noticed: 25

| | |
|---|---|
| | bcongdon@lynnllp.com;tashworth@lynnllp.com;cezie-boncoeur@lynnllp.com;mslusser@lynnllp.com |
| Paul Richard Bessette | on behalf of Defendant Highland CLO Funding  Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com |
| Paul Richard Bessette | on behalf of Plaintiff Highland CLO Funding  Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com |
| Paul Richard Bessette | on behalf of Creditor Highland Capital Management  L.P. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com |
| Paul Richard Bessette | on behalf of Interested Party Highland CLO Funding  Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com |
| Phillip L. Lamberson | on behalf of Plaintiff Acis Capital Management GP  LLC plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Defendant Robin Phelan  Chapter 11 Trustee plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management GP  LLC plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Plaintiff Acis Capital Management  L.P. plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Trustee Robin Phelan plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Joshua Terry plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Creditor Acis Capital Management  L.P. plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Spec. Counsel Winstead PC plamberson@winstead.com |
| Phillip L. Lamberson | on behalf of Plaintiff Robin Phelan  Chapter 11 Trustee plamberson@winstead.com |
| Rakhee V. Patel | on behalf of Plaintiff Robin Phelan  Chapter 11 Trustee rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Trustee Robin Phelan rpatel@winstead.com  dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Debtor Acis Capital Management  L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Plaintiff Acis Capital Management  L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management  L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Joshua Terry rpatel@winstead.com  dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Debtor Acis Capital Management GP  LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Defendant Robin Phelan  Chapter 11 Trustee rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Plaintiff Acis Capital Management GP  LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Jointly Administered Party/Debtor Acis Capital Management GP  LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Acis Capital Management GP  LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: mmathews | Page 9 of 9 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf025 | Total Noticed: 25 |

Rakhee V. Patel
    on behalf of Spec. Counsel Winstead PC rpatel@winstead.com dgalindo@winstead.com;achiarello@winstead.com

Rebecca T. Matsumura
    on behalf of Interested Party Highland CLO Funding Ltd. rmatsumura@KSLAW.com, jworsham@kslaw.com,JJordan@KSLAW.com

Rebecca T. Matsumura
    on behalf of Plaintiff Highland CLO Funding Ltd. rmatsumura@KSLAW.com, jworsham@kslaw.com,JJordan@KSLAW.com

Rebecca T. Matsumura
    on behalf of Defendant Highland CLO Funding Ltd. rmatsumura@KSLAW.com, jworsham@kslaw.com,JJordan@KSLAW.com

Robert J Liubicic
    on behalf of Creditor Oaktree Capital Management L.P. rliubicic@milbank.com, eayoub@milbank.com

Robin Phelan
    robin@phelanlaw.org

Scott Richard Larson
    on behalf of Creditor Highland CLO Funding Ltd. slarson@bellnunnally.com, tstephenson@bellnunnally.com

Scott Richard Larson
    on behalf of Interested Party Highland CLO Funding Ltd. slarson@bellnunnally.com, tstephenson@bellnunnally.com

Scott Richard Larson
    on behalf of Creditor CLO Funding Ltd. slarson@bellnunnally.com, tstephenson@bellnunnally.com

Scott Richard Larson
    on behalf of Creditor Neutra Ltd. slarson@bellnunnally.com, tstephenson@bellnunnally.com

Scott Richard Larson
    on behalf of Creditor CLO Holdco Ltd. slarson@bellnunnally.com, tstephenson@bellnunnally.com

Shawn M. Bates
    on behalf of Plaintiff Acis Capital Management L.P. sbates@azalaw.com

Sherrel K. Knighton
    on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dallas.Bankruptcy@lgbs.com;Sean.French@lgbs.com;Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;Julie.Wilson@lgbs.com

Suzanne K. Rosen
    on behalf of Trustee Robin Phelan srosen@forsheyprostok.com jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Suzanne K. Rosen
    on behalf of Plaintiff Acis Capital Management GP LLC srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Suzanne K. Rosen
    on behalf of Plaintiff Acis Capital Management L.P. srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Thomas M. Melsheimer
    on behalf of Creditor Highland Employees tmelsheimer@winston.com tom-melsheimer-7823@ecf.pacerpro.com

Thomas R. Califano
    on behalf of Creditor Universal-Investment-Luxembourg S.A. thomas.califano@dlapiper.com nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com;emcdonnell@sidley.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

William Austin Jowers
    on behalf of Creditor Highland Capital Management L.P. ajowers@kslaw.com, mmaloney@kslaw.com;tkim@kslaw.com

William Austin Jowers
    on behalf of Interested Party Highland CLO Funding Ltd. ajowers@kslaw.com, mmaloney@kslaw.com;tkim@kslaw.com

Zachery Z. Annable
    on behalf of Creditor Highland Capital Management L.P. zannable@haywardfirm.com

TOTAL: 178