

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 1, 2021**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re<br><br>ACIS CAPITAL MANAGEMENT, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 18-30264 (SGJ11)<br><br>(Jointly administered) |

### Stipulation and Agreed Order Extending Deadlines

The following is hereby stipulated and agreed by and between NexPoint Strategic Opportunities Fund ("NexPoint"), Acis Capital Management, L.P. ("Acis"), and Joshua N. Terry ("Terry"), and U.S. Bank National Association, in its capacity as the CLO Trustee.

1.   On October 8, 2021, NexPoint filed a Motion For Limited Reconsideration Of Order Reopening Bankruptcy Case. Dkt. 1256.

2.   On October 8, 2021, Nexpoint filed a Motion For Limited Reconsideration Of Order On Motion To Determine Discharge Injunction Of Relief From Same. Dkt. 1257.

2

3. The deadline to respond to the above-referenced motions is currently October 29, 2021.

4. The parties have conferred and are currently engaged in discussions to potentially resolve the above-captioned action. For the purpose of continuing such discussions, the parties have stipulated and agreed to the extension of the deadline for any party to respond to the Motions for Reconsideration by 14 days, through and including November 12, 2021.

5. The parties submit this stipulation and agreed order in good faith and in the interest of conserving judicial and party resources, and not for the purpose of delay.

IT IS HEREBY STIPULATED, AGREED and ORDERED that the deadlines for any party to oppose NexPoint's Motions for Reconsideration is extended by 14 days, through and including November 12, 2021.

# # #  END OF ORDER  # # #

AGREED AS TO SUBSTANCE AND FORM:

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND**

**FROST BROWN TODD LLC**

By: /s/ Daniel P. Novakov
Daniel P. Novakov
State Bar No. 15120800
2101 Cedar Springs Road,
900 Rosewood Court
Dallas, Texas 75201
Tel: (214) 580-5840
Fax: (214) 545-3473
Email: dnovakov@fbtlaw.com

- and –

**SEWARD & KISSEL LLP**

By: /s/ Mark D. Kotwick
Mark D. Kotwick (pro hac vice)
Arlene R. Alves (pro hac vice)
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: kotwick@sewkis.com
          alves@sewkis.com

**COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS THE CLO TRUSTEE**

**FORSHEY & PROSTOK, LLP**

By: /s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
srosen@forsheyprostok.com

- and –

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jonathan E. Pickhardt (pro hac vice)
NY State Bar No. 3041191
Blair A. Adams (pro hac vice)
NY State Bar No. 5221924
Eric D. Winston (pro hac vice)
CA State Bar No. 202407
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone (212) 849-7000
Facsimile (212) 849-7100
jonpickhardt@quinnemanuel.com
blairadams@quinnemanuel.com
ericwinston@quinnemanuel.com

**ATTORNEYS FOR ACIS CAPITAL MANAGEMENT, L.P. AND JOSHUA N. TERRY**