Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas  75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359

ATTORNEYS FOR NEXPOINT
STRATEGIC OPPORTUNITIES FUND

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § § | Case No. 18-30264-sgj11 |
| Debtor. | § § § | (Jointly Administered) |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that, on **December 1, 2021 at 9:30 a.m.**, the Court will conduct a status conference on the following two motions, before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Dallas, TX 75242:

- *Motion of NexPoint Strategic Opportunities Fund for Limited Reconsideration of Order on Motion to Determine Discharge Injunction or Relief from Same* (Dkt. No. 1257); and

- *Motion of NexPoint Strategic Opportunities Fund for Limited Reconsideration of Order Reopening Case* (Dkt. No. 1256).

For more information, please visit www.txnb.uscourts.gov and https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates, which will also contain instructions for remote participation, and by WebEx at

https://us-courts.webex.com/meet/jerniga

NOTICE OF STATUS CONFERENCE – Page 1

Join by phone

1-650-479-3207 Call-in number (US/Canada)

Access code: 479 393 582

RESPECTFULLY SUBMITTED this 24th day of November, 2021.

                                    **MUNSCH HARDT KOPF & HARR, P.C.**

                                    By: /s/ Davor Rukavina
                                         Davor Rukavina, Esq.
                                         Texas Bar No. 24030781
                                         Julian P. Vasek, Esq.
                                         Texas Bar No. 24070790
                                         500 N. Akard St., Ste. 3800
                                         Dallas, Texas 75201
                                         Telephone: (214) 855-7500
                                         Facsimile: (214) 855-7584
                                         Email: drukavina@munsch.com
                                         Email: jvasek@munsch.com

                                  **ATTORNEYS FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 24th day of November, 2021, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including the US Trustee, the Debtor, and US Bank.

                                         By: /s/ Davor Rukavina
                                             Davor Rukavina, Esq.