

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 16, 2021**

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| | § | |
| ACIS CAPITAL MANAGEMENT, L.P., | § § | Case No. 18-30264-sgj11 |
| | § | |
| Debtor. | § § | (Jointly Administered) |

## AGREED *EX PARTE* ORDER RECLOSING BANKRUPTCY CASE

CAME ON for consideration the *Agreed Ex Parte Motion of NSOF Strategic Opportunities Fund to Reclose Bankruptcy Case* (the "Motion"), whereby NexPoint Strategic Opportunities Fund ("NSOF") seeks to reclose the above styled and numbered reopened case (the "Bankruptcy Case") of Acis Capital Management, L.P. (the "Debtor").

Having considered the Motion, finding that no further notice thereof or hearing thereon is needed, as all parties affected by the reopening of this Bankruptcy Case agree that it should be reclosed, and otherwise finding that the reclosing of this reopened Bankruptcy Case is lawful and appropriate, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that this Bankruptcy Case is RECLOSED effective immediately, without prejudice to the rights of Acis or any other party-in-interest to seek to reopen the case for good cause shown; it is further

ORDERED that entry of this Order shall not prejudice any party's substantive or procedural rights in the adversary proceedings docketed as 20-03059 and 20-03060 that remain pending before this Court; it is further

ORDERED that, for the avoidance of doubt, nothing in this Order relieves NSOF and the Debtor from any requirement to pay U.S. Trustee fees as otherwise appropriate, and nothing in this Order relieves the Debtor from any obligation to file quarterly reports for the period that this Bankruptcy Case was reopened.

### # # # END OF ORDER # # #

**AGREED AS TO FORM AND SUBSTANCE:**

| **MUNSCH HARDT KOPF & HARR, P.C.** | **FORSHEY & PROSTOK, LLP** |
|---|---|
| By: /s/ Davor Rukavina<br>    Davor Rukavina, Esq.<br>    Texas Bar No. 24030781<br>    Julian P. Vasek, Esq.<br>    Texas Bar No. 24070790<br>    500 N. Akard St., Ste. 3800<br>    Dallas, Texas 75201<br>    Telephone: (214) 855-7500<br>    Facsimile: (214) 855-7584<br>    Email: drukavina@munsch.com<br>    Email: jvasek@munsch.com<br><br>**ATTORNEYS FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND** | By: /s/ Suzanne K. Rosen (w/ permission)<br>Jeff P. Prostok<br>State Bar No. 16352500<br>Suzanne K. Rosen<br>State Bar No. 00798518<br>FORSHEY & PROSTOK LLP<br>777 Main Street, Suite 1550<br>Fort Worth, Texas 76102<br>Telephone: (817) 877-8855<br>Facsimile: (817) 877-4151<br>jprostok@forsheyprostok.com<br>srosen@forsheyprostok.com<br><br>- and –<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br><br>Jonathan E. Pickhardt (pro hac vice)<br>NY State Bar No. 3041191 |

| | |
|---|---|
| | Blair A. Adams (pro hac vice)<br>NY State Bar No. 5221924<br>Eric D. Winston (pro hac vice)<br>CA State Bar No. 202407<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone (212) 849-7000<br>Facsimile (212) 849-7100<br>jonpickhardt@quinnemanuel.com<br>blairadams@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br><br>**ATTORNEYS FOR ACIS CAPITAL MANAGEMENT, L.P. AND JOSHUA N. TERRY** |
| **FROST BROWN TODD LLC**<br><br>Daniel P. Novakov<br>State Bar No. 15120800<br>2101 Cedar Springs Road, Suite 900<br>Dallas, Texas 75201<br>Tel: (214) 580-5840<br>Fax: (214) 545-3473<br>Email: dnovakov@fbtlaw.com<br><br>- and -<br><br>**SEWARD & KISSEL LLP**<br><br>By: /s/ Mark D. Kotwick (w/ permission)<br>Mark D. Kotwick (*pro hac vice*)<br>Arlene R. Alves (*pro hac vice*)<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel.: (212) 574-1200<br>Fax: (212) 480-8421<br>Email: kotwick @sewkis.com<br>    alves@sewkis.com<br><br>**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS CLO TRUSTEE** | **UNITED STATES TRUSTEE**<br><br>By: /s/ Lisa L. Lambert (w/ permission)<br>Lisa L. Lambert, Esq.<br>Asst. U.S. Trustee, TX 11844250<br>Office of the U.S. Trustee<br>1100 Commerce, Room 976<br>Dallas, TX 75242<br>(214) 767-1080<br>Email: Lisa.L.Lambert@usdoj.gov<br><br>**ATTORNEY FOR THE UNITED STATES TRUSTEE** |